# EXHIBIT 10

**Location of Infringing Content on Oron.com**

| Date Infringement Recorded | Location of Infringing Content | Title of Original Work | Copyright Registration Number |
|---|---|---|---|
| 2/23/11 | http://oron.com/4pao89myd5wj/Amateur-College-Men-Trey.wmv.html | Trey | PA 1-167-385 |
| 4/5/11 | http://oron.com/ac1wirtqb2px/ACM0578-Dyllan2.wmv.html | Dylan II | PA 1-610-794 |
| 4/5/11 | http://oron.com/nlfkzrsdy6n1/ACM0579-Lucas_fucks_Austin.wmv.html | Lucas Fucks Austin | PA 1-610-832 |
| 2/21/11 | http://oron.com/pyvqxx59i18v/ACM.FuckingDante.wmv.html | Fucking Dante | PA 1-611-634 |
| 2/3/11 | http://oron.com/n36t0ye35nt9/ACM.Kelly.wmv.html | Kelly | PA 1-612-271 |
| 3/26/11 | http://oron.com/zt1t4t4sauka/ACM0521-Will_fuck_Derek.wmv.html | Will Fucks Derek | PA 1-612-300 |
| 2/26/11 | http://oron.com/vtzotoj8tu65/ACM0534_Cade-Wade-Jerk-Off.wmv.html | Cad & Wade Jerk Off | PA 1-612-468 |
| 3/26/11 | http://oron.com/yktcx8ckxhtn/ACM0530-Austin.wmv.html | Austin | PA 1-612-734 |
| 3/26/11 | http://oron.com/tvetwrhet100/ACM0525-Fucking_Ian.wmv.html | Fucking Ian | PA 1-612-850 |
| 3/26/11 | http://oron.com/mwzjteennxfd/ACM0526-Kip_Dawson_unscripted.wmv.html | Kip & Dawson Unscripted | PA 1-612-880 |
| 3/26/11 | http://oron.com/7c3zz6pvgqq9/ACM0527_Heath_Fks_Jared.wmv.html | Heath Fucks Jared | PA 1-612-883 |
| 3/26/11 | http://oron.com/j75klvaqq4bk/ACM0528_Dante.wmv.html | Dante | PA 1-612-884 |
| 1/24/11 | http://oron.com/sfgrfd9zp1vy/AmateurCollegeMen_Luca_fucks_Travis.wmv.html | Lucas Fucks Travis | PA 1-612-886 |
| 3/26/11 | http://oron.com/8c12t6njezq4/ACM0529_Lucas_Fks_Travis.wmv.html | Lucas Fucks Travis | PA 1-612-886 |
| 4/5/11 | http://oron.com/w84wyspp1hos/ACM0572-Connor_fucks_Austin.wmv.html | Connor Fucks Austin | PA 1-612-892 |
| 1/24/11 | http://oron.com/4all56zgolba/ACM.ConnorsFuckTravis.wmv.html | Connor Fucks Travis | PA 1-613-533 |
| 1/25/11 | http://oron.com/gzbpvf4u0cer/ACM.Heath.Solo.wmv.html | Heath | PA 1-613-551 |
| 3/26/11 | http://oron.com/ydp722ih4da2/ACM0524-Heath.wmv.html | Heath | PA 1-613-551 |

1

| Date Infringement Recorded | Location of Infringing Content | Title of Original Work | Copyright Registration Number |
|---|---|---|---|
| 3/26/11 | http://oron.com/wtihozi6ek53/ACM0522-Joel.wmv.html | Joel | PA 1-613-557 |
| 3/26/11 | http://oron.com/d63ma4jud44v/ACM0523-Lucas_fucking_Brady.wmv.html | Fucking Brady | PA 1-613-558 |
| 4/7/11 | http://oron.com/qdw1qx2l5dc4/ACM0596-Dawson_Fucks_Cooper.wmv.html | Dawson Fucks Cooper | PA 1-614-033 |
| 4/7/11 | http://oron.com/g6nx7ean39i2/ACM0595-Allen.wmv.html | Allen | PA 1-614-099 |
| 4/5/11 | http://oron.com/mhgmnfajsdpr/ACM0575-Dawsons_Pre-Show_Show.wmv.html | Noah's First Time | PA 1-614-252 |
| 4/5/11 | http://oron.com/lo2qd4eiti0b/ACM0577-Noahs_first_Time_2.wmv.html | Noah's First Time | PA 1-614-252 |
| 4/5/11 | http://oron.com/zigyu08qxv2z/ACM0576-Noahs_first_Time_1.wmv.html | Noah's First Time | PA 1-614-252 |
| 4/5/11 | http://oron.com/sqjx4q59jey0/ACM0574-Dave_fucks_Dante.wmv.html | Dave Fucks Dante | PA 1-614-254 |
| 2/21/11 | http://oron.com/t4d3h48057y5/0213.CF.CadeFcksJeff.wmv.html | Cade Fucks Jeff | PA 1-614-255 |
| 4/5/11 | http://oron.com/5hgf0hhskob9/ACM0571-Cade_fucks_Aaron.wmv.html | Cade Fucks Aaron | PA 1-614-256 |
| 4/5/11 | http://oron.com/y05uyih6galh/ACM0580-TaggingTravis.wmv.html | Tagging Travis | PA 1-614-311 |
| 3/26/11 | http://oron.com/71gugqqarlgl/ACM0500_Travis_Audition.wmv.html | Travis Unscripted | PA 1-614-682 |
| 2/3/11 | http://oron.com/k8jtsoy4k2b7/_CorbinFisher_com_Joel_Fucks_Connor.wmv.002.html | Joel Fucks Connor | PA 1-614-839 |
| 2/3/11 | http://oron.com/wcarv3hltfdd/_CorbinFisher_com_Joel_Fucks_Connor.wmv.001.html | Joel Fucks Connor | PA 1-614-839 |
| 3/25/11 | http://oron.com/sb46fdz43v4o/ACM0496_Wills_Audition.wmv.html | Will Unscripted | PA 1-614-896 |
| 2/22/11 | http://oron.com/ticnuy257ohr/ACM.Rory.wmv.html | Rory | PA 1-614-918 |
| 4/7/11 | http://oron.com/jchfh5hzmwq8/ACM0598-Rory.wmv.html | Rory | PA 1-614-918 |
| 3/25/11 | http://oron.com/wbkld7l6qeka/ACM0499-Derek___Travis_flipflop.wmv.html | Derek & Trevor's Flip Flop | PA 1-614-919 |
| 3/25/11 | http://oron.com/5eri1bl2zm1x/ACM0493-1500kbps.wmv.html | Clay | PA 1-614-938 |
| 3/4/11 | http://oron.com/szm3n85yxbi0/cf-travis-derek-f.wmv.html | Travis Fucks Derek | PA 1-615-208 |

| Date Infringement Recorded | Location of Infringing Content | Title of Original Work | Copyright Registration Number |
|---|---|---|---|
| 3/11/11 | http://oron.com/v4jun1ljlhwh/0307.cf.travis.derek.wmv.html | Travis Fucks Derek | PA 1-615-208 |
| 3/16/11 | http://oron.com/pezov0ss19ss/ACM0963_-_TRAVIS_FUCKS_DEREK.wmv.html | Travis Fucks Derek | PA 1-615-208 |
| 3/25/11 | http://oron.com/zhtno0vfe01z/ACM0492-1500kbps.wmv.html | Travis Fucks Derek | PA 1-615-208 |
| 3/20/11 | http://oron.com/k3a7vgzr97my/ACM0491_Trent_Matt_Massage.wmv.html | Trent & Matt's Massage | PA 1-615-211 |
| 3/20/11 | http://oron.com/xco6hsag7ab8/ACM0489-Connors_Audition.wmv.html | Connor Unscripted | PA 1-615-214 |
| 3/12/11 | http://oron.com/ecq2grbbiwd9/ACM0488-Travis_first_Time.wmv.html | Travis' First Time | PA 1-615-215 |
| 3/20/11 | http://oron.com/u8rg503hop4k/ACM0488-Travis_first_Time.wmv.html | Travis' First Time | PA 1-615-215 |
| 3/20/11 | http://oron.com/ytvbv7rxw89a/ACM0487-Will.wmv.html | Will | PA 1-615-216 |
| 2/26/11 | http://oron.com/6h5mns2dg658/ACM0486-Ians_First_Time.wmv.html | Ian's First Time | PA 1-615-351 |
| 3/20/11 | http://oron.com/6cfrgtli7xq9/ACM0486-Ians_First_Time.wmv.html | Ian's First Time | PA 1-615-351 |
| 3/19/11 | http://oron.com/frco7ut1c5og/ACM0485-Blowing_Travis.wmv.html | Blowing Travis | PA 1-615-353 |
| 3/19/11 | http://oron.com/287d2nag2x70/ACM0484-Trends_Tag_Team2.wmv.html | Trent's Tag Team 2 | PA 1-615-620 |
| 2/26/11 | http://oron.com/g2408hjsenm8/ACM0482-Logan_and_TJs_Flipflop.wmv.html | Logan & TJ's Flip Flop | PA 1-616-390 |
| 3/19/11 | http://oron.com/jn17jhuspdpc/ACM0482-Logan_and_TJs_Flipflop.wmv.html | Logan & TJ's Flip Flop | PA 1-616-390 |
| 3/19/11 | http://oron.com/kc47qhdph1pc/ACM0476-TJ_fucks_Jared.wmv.html | TJ Fucks Jared | PA 1-616-427 |
| 3/18/11 | http://oron.com/daxdntsdasrq/ACM0471.Gabe_s_3Way.wmv.html | Gabe's 3-Way | PA 1-616-432 |
| 3/18/11 | http://oron.com/xhkqf3kxvygb/ACM0472-Marc.wmv.html | Marc | PA 1-616-435 |
| 2/21/11 | http://oron.com/ynbl4n3jhoel/11.Joel-Fcks-Dante.wmv.html | Joel Fucks Dante | PA 1-617-236 |
| 2/21/11 | http://oron.com/ynbl4n3jhoel/111566.Joel-Fcks-Dante.wmv.html | Joel Fucks Dante | PA 1-617-236 |

3

| Date Infringement Recorded | Location of Infringing Content | Title of Original Work | Copyright Registration Number |
|---|---|---|---|
| 4/5/11 | http://oron.com/mrk9nlhtjm0c/ACM0498-3way_Circle_Jerk_II.wmv.html | 3-Way Circle Jerk II | PA 1-617-359 |
| 2/22/11 | http://oron.com/sx8jg7moxdvz/ACM.NoahFucksLucas.wmv.html | Noah Fucks Lucas | PA 1-617-568 |
| 4/7/11 | http://oron.com/vd7250brv691/ACM0597-Noah_fucks_Lucas.wmv.html | Noah Fucks Lucas | PA 1-617-568 |
| 2/3/11 | http://oron.com/3m459ubgxwam/_CorbinFisher_com_Alex_Fucks_Connor.wmv.002.html | Alex Fucks Connor | PA 1-618-578 |
| 2/3/11 | http://oron.com/auhb1hssru2s/_CorbinFisher_com_Alex_Fucks_Connor.wmv.001.html | Alex Fucks Connor | PA 1-618-578 |
| 3/19/11 | http://oron.com/ri49pocby57i/Corbin_Fisher_-_Lucas_Fucks_Nick.wmv.html | Lucas Fucks Nick | PA 1-619-056 |
| 3/18/11 | http://oron.com/3td96d0gtvi8/ACM0474-BrentJeff_Part2.wmv.html | Fucking Jeff | PA 1-620-383 |
| 3/18/11 | http://oron.com/y348e5425i4u/ACM0473-BrentJeff_Part1.wmv.html | Fucking Jeff | PA 1-620-383 |
| 3/19/11 | http://oron.com/cii68thbdo07/0011_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part2.rar.html | Brent & Ryan's Flip Flop | PA 1-622-272 |
| 3/19/11 | http://oron.com/fjkkhks8okdy/0011_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part1.rar.html | Brent & Ryan's Flip Flop | PA 1-622-272 |
| 3/19/11 | http://oron.com/67y9julfgjlm/0001_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part2.rar.html | Blowing Trevor | PA 1-622-283 |
| 3/19/11 | http://oron.com/qrdh4y3open5/0001_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part1.rar.html | Blowing Trevor | PA 1-622-283 |
| 3/19/11 | http://oron.com/2cyafep7y1p8/0004_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part1.rar.html | Nick's Morning Wood | PA 1-622-285 |
| 3/19/11 | http://oron.com/fjgv31mu01ru/0004_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part2.rar.html | Nick's Morning Wood | PA 1-622-285 |
| 1/14/11 | http://oron.com/2ghhmtr7cgjz/CFNFderek.wmv.html | Derek | PA 1-624-400 |
| 1/14/11 | http://oron.com/9mrr3uhsethm/CF_Carter.mp4.html | Carter | PA 1-626-631 |
| 3/19/11 | http://oron.com/9vd6te5py5l9/0010_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part1.rar.html | Fucking Patrick | PA 1-627-472 |

4

| Date Infringement Recorded | Location of Infringing Content | Title of Original Work | Copyright Registration Number |
|---|---|---|---|
| 3/19/11 | http://oron.com/hhdff3nkvzs0/0010_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part2.rar.html | Fucking Patrick | PA 1-627-472 |
| 3/5/11 | http://oron.com/ezhxtzbyfw7d/cf-jay-f.wmv.html | Jay | PA 1-628-791 |
| 3/6/11 | http://oron.com/xfdlsa7vxgmb/acm0958_jay.wmv.html | Jay | PA 1-628-791 |
| 3/17/11 | http://oron.com/7qb4yp6g6td4/ACM0958_-_JAY.wmv.html | Jay | PA 1-628-791 |
| 3/19/11 | http://oron.com/ybh8feo75xbz/0012_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part2.rar.html | Gabe & Dawson | PA 1-628-869 |
| 3/19/11 | http://oron.com/zb8jvzlcab3b/0012_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part1.rar.html | Gabe & Dawson | PA 1-628-869 |
| 3/25/11 | http://oron.com/58or3vnurjji/ACM0497-Fucking_Travis.wmv.html | Fucking Travis | PA 1-632-686 |
| 3/25/11 | http://oron.com/hk2gapw8fj24/ACM0494-1500kbps.wmv.html | Dawson Fucks Trent | PA 1-634-984 |
| 3/25/11 | http://oron.com/x8t24b8sq2tl/ACM0495-1500kbps.wmv.html | Dawson Fucks Trent | PA 1-634-984 |
| 3/19/11 | http://oron.com/e3hpqtoi4j1h/0002_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part2.rar.html | Pete Fucks Mike | PA 1-635-284 |
| 3/19/11 | http://oron.com/whvvhdu7103n/0002_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part1.rar.html | Pete Fucks Mike | PA 1-635-284 |
| 3/19/11 | http://oron.com/npnjvdhnl1rw/0003_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part1.rar.html | Ryan Fucks Carter | PA 1-635-570 |
| 3/19/11 | http://oron.com/oktdmcznsx9i/0003_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part2.rar.html | Ryan Fucks Carter | PA 1-635-570 |
| 3/19/11 | http://oron.com/4lkjf83ia19v/0005_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part1.rar.html | Kyle Fucks Mason | PA 1-636-203 |
| 3/19/11 | http://oron.com/n3pjv2gj3eng/0005_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part2.rar.html | Kyle Fucks Mason | PA 1-636-203 |

| Date Infringement Recorded | Location of Infringing Content | Title of Original Work | Copyright Registration Number |
|---|---|---|---|
| 3/19/11 | http://oron.com/gek72j54gjn1/0006_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part2.rar.html | Lucas Fucks Cody | PA 1-636-588 |
| 3/19/11 | http://oron.com/warfwog157iq/0006_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part1.rar.html | Lucas Fucks Cody | PA 1-636-588 |
| 3/19/11 | http://oron.com/0057ybrduc6w/0009_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part2.rar.html | Lucas Fucks Dawson | PA 1-637-310 |
| 3/19/11 | http://oron.com/7595xpm17uo6/0009_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part1.rar.html | Lucas Fucks Dawson | PA 1-637-310 |
| 3/19/11 | http://oron.com/cmx0ir84i4ej/0007_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part1.rar.html | Mason Gets Fucked | PA 1-637-363 |
| 3/19/11 | http://oron.com/kngrhcaxrrh8/0007_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part2.rar.html | Mason Gets Fucked | PA 1-637-363 |
| 2/21/11 | http://oron.com/z3oygi0i4rii/ALEC.wmv.html | Alec | PA 1-639-437 |
| 3/19/11 | http://oron.com/iqfz5k6sd144/0014_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part2.rar.html | Palmer | PA 1-639-591 |
| 3/19/11 | http://oron.com/xzcv65nhnhgt/0014_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part1.rar.html | Palmer | PA 1-639-591 |
| 3/19/11 | http://oron.com/hfnq03mpfplv/0008_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part1.rar.html | Dawson Fucks Nate | PA 1-643-704 |
| 3/19/11 | http://oron.com/ho2bk8gx8h08/0008_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part2.rar.html | Dawson Fucks Nate | PA 1-643-704 |
| 3/19/11 | http://oron.com/evnykwlkvgr7/0000_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part2.rar.html | Jacob | PA 1-644-642 |
| 3/19/11 | http://oron.com/q21a1fu3jzhv/0000_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part1.rar.html | Jacob | PA 1-644-642 |
| 3/19/11 | http://oron.com/7xw2jhy6137e/0013_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part1.rar.html | Cody Fucks Lucas | PA 1-645-300 |

| Date Infringement Recorded | Location of Infringing Content | Title of Original Work | Copyright Registration Number |
|---|---|---|---|
| 3/19/11 | http://oron.com/ozl95d296mxc/0013_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part2.rar.html | Cody Fucks Lucas | PA 1-645-300 |
| 3/19/11 | http://oron.com/ggrnkir45ok5/0015_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part1.rar.html | Eric | PA 1-651-054 |
| 3/19/11 | http://oron.com/ro8doj3vjn46/0015_CF_Young_Guys_Hard_Dicks_Big_Muscle_by_letat.wmv.part2.rar.html | Eric | PA 1-651-054 |
| 1/14/11 | http://oron.com/1tml34tdozyj/CorbinFisher.com_Jamie_Fucks_Josh.wmv.html | Jamie Fucks Josh | PA 1-660-066 |
| 1/31/11 | http://oron.com/whcvok58q2aj/ACM.Isaac.wmv.html | Isaac | PA 1-670-670 |
| 2/18/11 | http://oron.com/b788d18d63if/Lucas_&_Dawson_DownUnder.part1.rar.html | Lucas & Dawson Down Under | PA 1-688-594 |
| 2/18/11 | http://oron.com/dooot5zmtmhr/Lucas_&_Dawson_DownUnder.avi.html | Lucas & Dawson Down Under | PA 1-688-594 |
| 2/18/11 | http://oron.com/j0r3q8sr5r2p/Lucas_&_Dawson_DownUnder.part2.rar.html | Lucas & Dawson Down Under | PA 1-688-594 |
| 2/19/11 | http://oron.com/613ztrlouhpn/Lucas_&_Dawson_DownUnder.part2.rar.html | Lucas & Dawson Down Under | PA 1-688-594 |
| 2/19/11 | http://oron.com/dw3bdu3nso38/Lucas_&_Dawson_DownUnder.part1.rar.html | Lucas & Dawson Down Under | PA 1-688-594 |
| 2/19/11 | http://oron.com/fwj97lz5yl3n/Lucas_&_Dawson_DownUnder.avi.html | Lucas & Dawson Down Under | PA 1-688-594 |
| 1/24/11 | http://oron.com/5g1m5iaymb8p/AmateurCollegeMen_Cain_fucks_Joel.wmv.html | Cain Fucks Joel | PA 1-694-289 |
| 1/24/11 | http://oron.com/ct5aymobcc22/cf-downonthefarm-feche.avi.006.html | Down on The Farm | PA 1-698-357 |
| 1/24/11 | http://oron.com/dcoanqyhbe9v/cf-downonthefarm-feche.avi.001.html | Down on The Farm | PA 1-698-357 |

| Date Infringement Recorded | Location of Infringing Content | Title of Original Work | Copyright Registration Number |
|---|---|---|---|
| 1/24/11 | http://oron.com/f4nut3o8jscc/cf-downonthefarm-feche.avi.002.html | Down on The Farm | PA 1-698-357 |
| 1/24/11 | http://oron.com/v0in0pd4p7xv/cf-downonthefarm-feche.avi.004.html | Down on The Farm | PA 1-698-357 |
| 1/24/11 | http://oron.com/x6c4ehuyaa05/cf-downonthefarm-feche.avi.005.html | Down on The Farm | PA 1-698-357 |
| 1/24/11 | http://oron.com/zfdnpldifl8i/cf-downonthefarm-feche.avi.003.html | Down on The Farm | PA 1-698-357 |
| 2/2/11 | http://oron.com/dk63p6tca88f/Down_On_The_Farm.part2.rar.html | Down on The Farm | PA 1-698-357 |
| 2/2/11 | http://oron.com/jclnfh41ceuf/Down_On_The_Farm.part3.rar.html | Down on The Farm | PA 1-698-357 |
| 2/2/11 | http://oron.com/zlo7la10a68y/Down_On_The_Farm.part1.rar.html | Down on The Farm | PA 1-698-357 |
| 2/8/11 | http://oron.com/0xpry2ye2nmc/Down_On_The_Farm.part3.rar.html | Down on The Farm | PA 1-698-357 |
| 2/8/11 | http://oron.com/72hdmp3034rb/Down_On_The_Farm.part2.rar.html | Down on The Farm | PA 1-698-357 |
| 2/8/11 | http://oron.com/bhnfcixykabp/Down_On_The_Farm.part1.rar.html | Down on The Farm | PA 1-698-357 |
| 4/5/11 | http://oron.com/c7bnxqmt2069/3215-Free.part5.rar.html | Down on The Farm | PA 1-698-357 |
| 4/5/11 | http://oron.com/eqfmw3zoxubq/3215-Premium.rar.html | Down on The Farm | PA 1-698-357 |
| 4/5/11 | http://oron.com/jenzsoew3vh9/3215-Free.part2.rar.html | Down on The Farm | PA 1-698-357 |

8

| Date Infringement Recorded | Location of Infringing Content | Title of Original Work | Copyright Registration Number |
|---|---|---|---|
| 4/5/11 | http://oron.com/s9nrnj1j0opv/3215-Free.part4.rar.html | Down on The Farm | PA 1-698-357 |
| 4/5/11 | http://oron.com/xztvvvnns0lp/3215-Free.part3.rar.html | Down on The Farm | PA 1-698-357 |
| 4/5/11 | http://oron.com/z1p0h5yp0q1u/3215-Free.part1.rar.html | Down on The Farm | PA 1-698-357 |
| 1/25/11 | http://oron.com/9oa5yf514s2j/0883.wmv.002.html | Brick | PA 1-699-111 |
| 1/25/11 | http://oron.com/u7zo0fmminpt/0883.wmv.003.html | Brick | PA 1-699-111 |
| 1/25/11 | http://oron.com/wn9bilk62c8p/0883.wmv.001.html | Brick | PA 1-699-111 |
| 1/14/11 | http://oron.com/890qu9fcyhbr/LUCAS_&_CAIN_TAG_TRAVIS.wmv.html | Lucas & Cain Tag Travis | PA 1-701-555 |
| 1/24/11 | http://oron.com/l1tivlg6mwg7/CorbinFisher_Connor_fucks_Brody.wmv.html | Connor Fucks Brody | PA 1-704-574 |
| 2/24/11 | http://oron.com/wsoty997mj19/CONNOR_FUCKS_BRODY.wmv.html | Connor Fucks Brody | PA 1-704-574 |
| 1/24/11 | http://oron.com/56o6qd4u6hw6/AmateurCollegeMen_DoubleDouble.wmv.html | Double Double | PA 1-705-328 |
| 1/5/11 | http://oron.com/nkrbfrimlzpk/Cain_Fucks_Marc_2010.wmv.html | Fucking Marc | PA 1-705-593 |
| 1/30/11 | http://oron.com/uid67u4tvj17/1222-CF.Cain.MarcACM0900.wmv.html | Fucking Marc | PA 1-705-593 |
| 1/30/11 | http://oron.com/5meqz9xbvozo/1222-CFNealACM0901.wmv.html | Neal | PA 1-707-345 |
| 1/14/11 | http://oron.com/85mj8dzt7rb/CFMarcTrey.mp4.html | Marc Fucks Trey | PA 1-709-530 |
| 1/30/11 | http://oron.com/xicywohty7mh/1222-CFMarcFcksTreyACM0905.wmv.html | Marc Fucks Trey | PA 1-709-530 |
| 1/14/11 | http://oron.com/1rjxjiro4q4w/CF_Ryan.mp4.html | Ryan | PA 1-711-048 |
| 2/1/11 | http://oron.com/ed73rfgndm18/Dru_Fucks_Austin.wmv.html | Dru Fucks Austin | PA 1-714-424 |
| 1/14/11 | http://oron.com/q60ww8gsbt3y/CorbinFisher-Keagan.wmv.html | Keagan | PA 1-715-775 |
| 3/3/11 | http://oron.com/clxawnv7fk9x/CF_Keagan.wmv.html | Keagan | PA 1-715-775 |

9

| Date Infringement Recorded | Location of Infringing Content | Title of Original Work | Copyright Registration Number |
|---|---|---|---|
| 2/8/11 | http://oron.com/orh6qjk9xpq5/DAWSON_FUCKS_PRESTON.wmv.html | Dawson Fucks Preston | PA 1-715-779 |
| 2/22/11 | http://oron.com/z3ys062ddko5/[CorbinFisher.com]_DAWSON_FUCKS_PRESTON.wmv.html | Dawson Fucks Preston | PA 1-715-779 |
| 2/1/11 | http://oron.com/qbi9h7d5rbqm/ACM0933-FUCKING_MASON.wmv.html | Fucking Mason | PA 1-715-798 |
| 1/31/11 | http://oron.com/sn0ok3xu92xp/FUCKING_GLEN.wmv.html | Fucking Glen | PA 1-715-831 |
| 2/1/11 | http://oron.com/e8p6wikdlh7x/FUCKING_GLEN.wmv.html | Fucking Glen | PA 1-715-831 |
| 2/22/11 | http://oron.com/ghx9xiiwdqxn/[CorbinFisher.com]_FUCKING_GLEN.wmv.html | Fucking Glen | PA 1-715-831 |
| 3/3/11 | http://oron.com/elcq6hmnwm4h/Fucking_Glen.wmv.html | Fucking Glen | PA 1-715-831 |
| 3/16/11 | http://oron.com/cqg8bcfoey4d | Fucking Glen | PA 1-715-831 |
| 2/14/11 | http://oron.com/7fyjhf37r8xu/ACM0938_TURNER_FUCKS_AUSTIN.wmv.002.html | Turner Fucks Austin | PA 1-715-898 |
| 2/14/11 | http://oron.com/s6u0obw1ih2p/ACM0938_TURNER_FUCKS_AUSTIN.wmv.003.html | Turner Fucks Austin | PA 1-715-898 |
| 2/14/11 | http://oron.com/vi6y3srxad4o/ACM0938_TURNER_FUCKS_AUSTIN.wmv.001.html | Turner Fucks Austin | PA 1-715-898 |
| 3/4/11 | http://oron.com/bbxialmn1w0m/Josh-Justin.wmv.html | Josh Fucks Justin | PA 1-716-423 |
| 2/22/11 | http://oron.com/bkr6r4brsmw5/ACM0941_-_FUCKING_FOSTER.wmv.html | Fucking Foster | PA 1-716-442 |
| 1/18/11 | http://oron.com/vhp25lr6mng1/ACM0948-GLEN_FUCKS_KENNY.wmv.html | Glen Fucks Kenny | PA 1-716-452 |
| 2/22/11 | http://oron.com/jnlb2bl01reu/GLEN_FUCKS_KENNY.wmv.html | Glen Fucks Kenny | PA 1-716-452 |
| 1/24/11 | http://oron.com/ukrs4iq5tewy/cf-prestonaustinbtt-feche.wmv.html | Preston & Austin's Bi Tag Team | PA 1-716-529 |
| 2/4/11 | http://oron.com/2mnzeizzdezf/CorbinFisher_Hunter.part2.rar.html | Hunter II | PA 1-717-200 |
| 2/4/11 | http://oron.com/smh7dfo5zwla/CorbinFisher_Hunter.part1.rar.html | Hunter II | PA 1-717-200 |
| 2/6/11 | http://oron.com/x88e127vss9m/cf-hunter-f.wmv.html | Hunter II | PA 1-717-200 |
| 2/8/11 | http://oron.com/ccdss4v33oj2/ACM0946_-_HUNTER.wmv.html | Hunter II | PA 1-717-200 |

| Date Infringement Recorded | Location of Infringing Content | Title of Original Work | Copyright Registration Number |
|---|---|---|---|
| 2/21/11 | http://oron.com/gfwnbk9u4uqh/ACM0946_-_HUNTER.wmv.html | Hunter II | PA 1-717-200 |
| 2/5/11 | http://oron.com/9jtkshqrsglj/ACM0947_-_CAIN_FUCKS_GLEN.wmv.html | Cain Fucks Glen | PA 1-717-213 |
| 2/21/11 | http://oron.com/v04azwl14nq6/ACM0947_-_CAIN_FUCKS_GLEN.wmv.html | Cain Fucks Glen | PA 1-717-213 |
| 3/14/11 | http://oron.com/if51sepup0ih | Cain Fucks Glen | PA 1-717-213 |
| 3/15/11 | http://oron.com/if51sepup0ih | Cain Fucks Glen | PA 1-717-213 |
| 2/7/11 | http://oron.com/uvbsge6ulsv7/cf-JoshTreybtt-f.wmv.html | Josh & Trey's Bi Tag Team | PA 1-718-761 |
| 2/7/11 | http://oron.com/rz674cqmfgo7/CorbinFisher_-_ACM0949_-_Emmett.wmv.html | Emmett | PA 1-718-797 |
| 2/4/11 | http://oron.com/lskf2dm7qdnt/CorbinFisher_-_Kenny_fucks_Philip.part2.rar.html | Kenny Fucks Philip | PA 1-718-854 |
| 2/4/11 | http://oron.com/mama4mqllb89/CorbinFisher_-_Kenny_fucks_Philip.part1.rar.html | Kenny Fucks Philip | PA 1-718-854 |
| 2/6/11 | http://oron.com/hsxw2o6cw3z4/_CorbinFisher_com_ACM0950_KENNY_FUCKS_PHILIP.wmv.002.html | Kenny Fucks Philip | PA 1-718-854 |
| 2/6/11 | http://oron.com/mqggtdzpn9e6/Kenny_Fucks_Philip.wmv.html | Kenny Fucks Philip | PA 1-718-854 |
| 2/6/11 | http://oron.com/pqx24htp4i7y/_CorbinFisher_com_ACM0950_KENNY_FUC KS_PHILIP.wmv.003.html | Kenny Fucks Philip | PA 1-718-854 |
| 2/6/11 | http://oron.com/tev10c5x4z43/_CorbinFisher_com_ACM0950_KENNY_FUC KS_PHILIP.wmv.001.html | Kenny Fucks Philip | PA 1-718-854 |
| 2/8/11 | http://oron.com/g5jib116im8d/Kenny_Fucks_Philip.wmv.html | Kenny Fucks Philip | PA 1-718-854 |
| 2/12/11 | http://oron.com/wqh3ox7fidky/ACM0950_-_KENNY_FUCKS_PHILIP.wmv.html | Kenny Fucks Philip | PA 1-718-854 |
| 2/21/11 | http://oron.com/k2etsfjsyx20/ACM0950_-_KENNY_FUCKS_PHILIP.wmv.html | Kenny Fucks Philip | PA 1-718-854 |

| Date Infringement Recorded | Location of Infringing Content | Title of Original Work | Copyright Registration Number |
|---|---|---|---|
| 3/3/11 | http://oron.com/a06joo6s71nu/KENNY_FUCKS_PHILIP.html | Kenny Fucks Philip | PA 1-718-854 |
| 2/1/11 | http://oron.com/d84iz2dv9mp5/Dru_Fucks_Turner.wmv.html | Dru Fucks Turner | PA 1-719-028 |
| 2/22/11 | http://oron.com/ad98ovlf5wzm/ACM944_Dru_Fucks_Turner.wmv.html | Dru Fucks Turner | PA 1-719-028 |
| 2/13/11 | http://oron.com/envtmg8u7vog/Dru-Jarred.wmv.html | Dru Fucks Jarrett | PA 1-719-029 |
| 2/19/11 | http://oron.com/ij5irnopijp/KENNY_FUCKS_JOSH.wmv.html | Kenny Fucks Josh | PA 1-719-699 |
| 2/21/11 | http://oron.com/o3s1abdimf0h/KENNY_FUCKS_JOSH.wmv.html | Kenny Fucks Josh | PA 1-719-699 |
| 2/21/11 | http://oron.com/qoqmv8w6xt0z/ACM0955_-_LANG.wmv.html | Lang | PA 1-719-701 |
| 2/24/11 | http://oron.com/qn297udmjjal/cf-jarrett-connor-f.wmv.html | Jarrett Fucks Connor | PA 1-721-049 |
| 3/1/11 | http://oron.com/qqz6863r9to9/Jarrett_Fucks_Connor.wmv.html | Jarrett Fucks Connor | PA 1-721-049 |
| 3/5/11 | http://oron.com/xeny0kbd5d05/cf-kellan-f.wmv.html | Kellan | PA 1-721-905 |
| 3/5/11 | http://oron.com/xeny0kbd5d05/ | Kellan | PA 1-721-905 |
| 3/6/11 | http://oron.com/2683ppegwb92/ACM0961-KELLAN.wmv.html | Kellan | PA 1-721-905 |
| 3/16/11 | http://oron.com/78mnh4uny693/ACM0961_-_KELLAN.wmv.html | Kellan | PA 1-721-905 |
| 2/25/11 | http://oron.com/9f1ijyc2umj7/cf-cainaiden-f.wmv.html | Aiden Fucks Cain | PA 1-721-910 |
| 3/1/11 | http://oron.com/3vb9gt4lg55a/cf-cainaiden-f.wmv.html | Aiden Fucks Cain | PA 1-721-910 |
| 3/16/11 | http://oron.com/5yrd46st6uce/ | Travis Fucks Miles | PA 1-723-443 |
| 3/20/11 | http://oron.com/n20fuyiefqac/ACM0968_-_TRAVIS_FUCKS_MILES.wmv.html | Travis Fucks Miles | PA 1-723-443 |
| 3/16/11 | http://oron.com/bamjk5z0cw33/ | Rudy | PA 1-723-483 |
| 4/5/11 | http://oron.com/lxa2g6ibrbja/ACM0967-RUDY.wmv.html | Rudy | PA 1-723-483 |
| 3/19/11 | http://oron.com/idaykts877md/ACM0969_-_AIDEN_FUCKS_DRU.wmv.html | Aiden Fucks Dru | PA 1-723-489 |
| 4/5/11 | http://oron.com/xovkaf3u37qm/ | Sean | PA 1-727-632 |
| 4/6/11 | http://oron.com/37io45mjxjl5/ACM0973_-_Sean.wmv.html | Sean | PA 1-727-632 |
| 4/7/11 | http://oron.com/03o5wzkg4h7r/cf-sean.wmv.html | Sean | PA 1-727-632 |

| Date Infringement Recorded | Location of Infringing Content | Title of Original Work | Copyright Registration Number |
|---|---|---|---|
| 3/26/11 | http://oron.com/c3dnropftoai/ | Derek's 3-Way | PA 1-727-686 |
| 4/10/11 | http://oron.com/zekzzwdytt8j | Derek's 3-Way | PA 1-727-686 |
| 4/5/11 | http://oron.com/3vybrk6mz3y5/ | Rudy's First Time | PA 1-728-091 |
| 4/6/11 | http://oron.com/94db6o84j7o2/ | CF Unlimited Day 1 | PA 1-728-989 |
| 4/6/11 | http://oron.com/6hiqo7jioa2s/CF_UNLIMITED_DAY_1.wmv.html | CF Unlimited Day 1 | PA 1-728-989 |
| 4/7/11 | http://oron.com/wf9y62gb38p4/JACK_AND_JOSH.wmv.html | Jack Harrer & Josh | PA 1-728-990 |
| 4/11/11 | http://oron.com/nhsmlsdwcvx4/JACK_AND_JOSH.wmv.html | Jack Harrer & Josh | PA 1-728-990 |
| 4/5/11 | http://oron.com/ptef3xc91ex9/ACM0573-Chaz.wmv.html | Chaz | PA 1-730-193 |
| 2/3/11 | http://oron.com/9iqyp6aedii6/_CorbinFisher_com_Lucas_Fucks_Connor.wmv.002.html | Lucas Fucks Connor | PA 1-730-196 |
| 2/3/11 | http://oron.com/nvz96cns0tlv/_CorbinFisher_com_Lucas_Fucks_Connor.wmv.001.html | Lucas Fucks Connor | PA 1-730-196 |
| 2/23/11 | http://oron.com/fzbhx6hr6s48/Philip_fucks_Trey_2011.wmv.html | Philip Fucks Trey | PA 1-738-387 |
| 2/28/11 | http://oron.com/b1cf1igtc4ha/Philip_fucks_Trey.wmv.html | Philip Fucks Trey | PA 1-738-387 |
| 3/14/11 | http://oron.com/z46e0kph3txy/Philip_fucks_Trey.wmv.html | Philip Fucks Trey | PA 1-738-387 |
| 3/19/11 | http://oron.com/4lp9dctcgj9o/Philip_fucks_Trey.wmv.html | Philip Fucks Trey | PA 1-738-387 |
| 3/14/11 | http://oron.com/4e1ky18bxcmv/PHILIP_and_CAIN_TAG_KENNY.html | Philip & Cain Tag Kenny | PA 1-738-389 |
| 3/25/11 | http://oron.com/277xu4yz85eu/PHILIP,_CAIN_&_KENNY.wmv.html | Philip & Cain Tag Kenny | PA 1-738-389 |
| 3/2/11 | http://oron.com/5nujciz70wgg/cf-philipquinn-f.wmv.html | Philip Fucks Quinn | PA 1-738-391 |
| 3/9/11 | http://oron.com/sxbt9one3wpn/ACM0962_-PHILIP_FUCKS_QUINN.wmv.html | Philip Fucks Quinn | PA 1-738-391 |
| 1/24/11 | http://oron.com/l3fxkjfjv8rf/ACM1007FMarc.wmv.html | Jack Fucks Trey | PA 1-745-894 |

13

| Date Infringement Recorded | Location of Infringing Content | Title of Original Work | Copyright Registration Number |
|---|---|---|---|
| 4/5/11 | http://oron.com/iqw70m0qk6t1/ | Ford | PA 1-775-611 |
| 4/8/11 | http://oron.com/zkija6ieyowp/ | Connor Takes All of Aiden | PA 1-775-920 |
| 1/24/11 | http://oron.com/9f7benqz2lz0/CFcarteraustin.wmv.html | Carter Fucks Austin | PA 1-782-555 |
| 1/25/11 | http://oron.com/w0j8gg1rna6w/cf-carteraustin-feche.wmv.html | Carter Fucks Austin | PA 1-782-555 |

14