Marc J. Randazza, NV Bar # 12265
Ronald D. Green, NV Bar # 7360
J. Malcolm DeVoy, NV Bar #11950
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
rlgall@randazza.com

Attorneys for Plaintiff,
Liberty Media Holdings, LLC

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Liberty Media Holdings, LLC, a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>FF Magnat Limited d/b/a Oron.com; Maxim Bochenko a/k/a Roman Romanov; and John Does 1-500,<br><br>Defendants. | Case No.: 2:12-cv-01507<br><br>**SUPPLEMENT TO EMERGENCY MOTION FOR *EX PARTE* TEMPORARY RESTRAINING ORDER** |

Plaintiff Liberty Media Holdings, LLC ("Liberty") hereby files this supplement to its Emergency Motion for *Ex Parte* Motion for Temporary Restraining Order, filed with this Court on June 20, 2012. Through that Motion, Plaintiff Liberty seeks an Order prohibiting Defendants from transferring assets, including domain names and monetary holdings, outside of the United States and, thus, outside of the jurisdictional reach of this Court. Plaintiff Liberty additionally requests that this Court order that Defendants are not permitted to dispose of or delete any and all information that might be probative in this matter, including but not limited to any information contained in the account(s) Defendants maintain with Network Solutions, Inc., Yahoo!, Inc.,

Google, Inc., PayPal, Inc., CCBill, LLC, AlertPay, and any and all other accounts in which Defendants maintain any business records. Plaintiff Liberty further requests that this Court order Defendants to restore any business records that they have deleted since the time that negotiations between Plaintiff and Defendants commenced on May 30, 2012.

Moreover, since this lawsuit was filed, Defendants have unlawfully conditioned their compliance with the Digital Millennium Copyright Act (the "DMCA"), which would require them to remove Liberty's copyrighted material from Oron.com's servers, upon Plaintiff Liberty agreeing to Oron.com's Terms of Service. Agreeing with those Terms of Service would require Liberty to (a) consent to jurisdiction and venue in Hong Kong for all disputes with Defendants (¶ 14.5); (b) agree to cap Defendants' liability to Plaintiff Liberty at $2,500 (¶ 9(e); and (c) require Liberty to pay Defendants' legal fees in any dispute between Plaintiff and Defendants, including the present dispute (¶ 10). (*See* Oron.com Terms of Service, attached hereto as Exhibit 1.) Defendants' new demands for complying with U.S. copyright law further substantiates Plaintiff's belief that Defendants do not plan to litigate the instant matter in good faith, and will engage in further conduct to frustrate Liberty's rights to protect its content and redress ongoing infringement.

Based upon Defendants' demonstrated attempt to move their assets outside of the jurisdiction of this Court and the onerous conditions they have placed upon their compliance with the DMCA, Plaintiff has legitimate concerns that Defendants may additionally attempt to dispose of business records, financial records, and other evidence that might be relevant to the instant lawsuit. (*See* Declaration of Marc J. Randazza in Support of Plaintiff's Emergency Motion for *Ex Parte* Temporary Restraining Order, Docket # 2-1, at ¶¶3-5.) Forbidding Defendants from disposing of evidence will present no hardship upon Defendants. In fact, once Defendants became aware of Plaintiff's claims against them, a duty to preserve evidence attached to their business activities. Moreover, preservation of all evidence is necessary for this Court to provide a full and fair adjudication on the merits.

\\
\\
\\

1 | Dated: June 21, 2012

Respectfully Submitted,

*s/Ronald D. Green*

Marc J. Randazza, Esq., NV Bar # 12265
Ronald D. Green, NV Bar # 7360
J. Malcolm DeVoy, NV Bar #11950
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
rlgall@randazza.com

3
Supplement to Emergency Motion for Temporary Restraining Order

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on June 21, 2012.

Dated: June 21, 2012

                Respectfully Submitted,

                *s/Ronald D. Green*

                Marc J. Randazza, Esq., NV Bar # 12265
                Ronald D. Green, NV Bar # 7360
                J. Malcolm DeVoy, NV Bar #11950
                Randazza Legal Group
                6525 W. Warm Springs Rd., Ste. 100
                Las Vegas, NV 89118
                888-667-1113
                305-437-7662 (fax)
                rlgall@randazza.com