UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LIBERTY MEDIA HOLDINGS, LLC,
a California Corporation,
        Plaintiff,

v.

CV 2:12-cv-01057-GMN-RJJ

FF MAGNAT LIMITED d/b/a
Oron.com; MAXIM BOCHENKO a/k/a
Roman Romanov; and John Does 1-500

## CERTIFICATE OF CASH DEPOSIT

1.    I, __J. Malcolm DeVoy__, herewith tender to the Clerk
(Name of Depositor)
of Court for deposit into the Registry Account of this Court cash in the amount of
$ __100.00__.

2.    This Cash Deposit:

    A. Is tendered on behalf of: __Liberty Media Holdings, LLC__;
(Name of Party)
    B. Is in the nature of the following (e.g., Interpleader Deposit, Bond in Support of Temporary Restraining Order, etc.) : __security in Support of a Temporary Restraining Order as per ECF 11.__

    C. Is tendered pursuant to the following Statute, Rule or Court Order: __Court Order dated 6/21/2012 in the above-captioned case, located on the docket at ECF 11; and pursuant to Federal Rule of Civil Procedure 65__

    D. Is conditioned as follows: __as security for the Temporary Restraining Order.__

Paid Amt $ 100.00   Date 6/22/2012
Receipt # 12171   Initials AC

1

11/99

1  . . .

2

3      3.      The name and address of the Legal Owner of the cash tendered

4  herewith to whom a refund (if applicable) shall be made is:

**Randazza Legal Group**

**6525 W. Warm Springs Road, Suite 100**

**Las Vegas, Nevada 89118**

9  State of Nevada      )                          Dated: June 22, 2012

                             ) ss.

10  County of **Clark**      )

                                    Signature of Depositor

11  On June 22, 2012,
personally appeared before me, a

12  Notary Public,

13

**J. Malcolm DeVoy**

14  (Name of Depositor)
who acknowledged that (s)he

15  executed the above instrument.

ERIKA DILLON
Notary Public-State of Nevada
APPT. NO. 12-6401-1
My App. Expires November 01, 2015

16

17

NOTARY PUBLIC                 Dated: _____

18

19                                         Signature of Attorney for
                                         Party or Party Appearing

20                                         Pro Se (If different from
                                         Depositor)

21

22  RECEIPT:

23  Cash as identified herein is
hereby acknowledged as being

24  received this date.

25  Dated: 6/22/2012

26  CLERK, U.S. DISTRICT COURT

27  By: Ari Caytvero

28

Deputy Clerk