DAVID S. KAHN (Nevada Bar No. 7038)
SHERI M. THOME (Nevada Bar No. 8627)
J. SCOTT BURRIS (Nevada Bar No. 010529)
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727.1400; FAX (702) 727-1401
david.kahn@wilsonelser.com
sheri.thome@wilsonelser.com
j.scott.burris@wilsonelser.com

KENNETH E. KELLER (CA Bar No. 71450) (*pro hac vice in process*)
STAN G. ROMAN (CA BAR. NO. 87652) (*pro hac vice in process*)
MICHAEL D. LISI (CA Bar No. 196974) (*pro hac vice in process*)
**KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
(415) 249-8330; FAX (415) 249-8333
kkeller@kksrr.com
sroman@kksrr.com
mlisi@kksrr.com

STEVAN LIEBERMAN (Washington, DC Bar No. 448218) (*pro have vice in process*)
Greenberg & Lieberman, LLC
2141 Wisconsin Ave., NW Suite C2
Washington, DC 20007
(202) 625-7000; fax: 202-625-7001
stevan@APLegal.com

Attorneys for Defendant FF MAGNAT LIMITED

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, a California Corporation,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a/ ORON.COM; | Case No. CV 2:12-cv-01057<br><br>**DECLARATION OF STEVAN LIEBERMAN IN SUPPORT OF DEFENDANT FF MAGNAT LIMITED'S EMERGENCY MOTION FOR PARTIAL RELIEF FROM TEMPORARY RESTRAINING ORDER AND FOR** |

DECLARATION OF STEVAN LIEBERMAN IN SUPPORT OF DEFENDANT'S
EMERGENCY MOTION FOR PARTIAL RELIEF FROM TEMPORARY
RESTRAINING ORDER AND FOR EXTENSION OF TIME; OR, IN THE
ALTERNATIVE, TO ADVANCE HEARING ON PRELIMINARY INJUNCTION
CASE NO. 2:12-cv-01057

333466.2

| | |
|---|---|
| MAXIM BOCHENKO a/k/a/ ROMAN ROMANOV; and JOHN DOES 1 - 500.<br><br>Defendants. | EXTENSION OF TIME; OR, IN THE ALTERNATIVE, TO ADVANCE HEARING ON PRELIMINARY INJUNCTION<br><br>Judge:       Hon. Gloria N. Navarro |

I, Stevan Lieberman, declare and state as follows:

1. I am a member of the Bars of the State of Maryland and the District of Columbia. I make this declaration in support of Defendants' Motion for Partial Relief from Temporary Restraining Order Stay and for Extension of Time. If called as a witness, I could and would so competently testify.

2. I represent defendant FF Magnat Limited in business and intellectual property matters.

3. I verify that the facts set forth in the accompanying Emergency Motion for Partial Relief from Temporary Restraining Order Stay and for Extension of Time are, to the best of my knowledge, true and correct.

4. I have been informed by Plaintiff's counsel that Plaintiff has already obtained an order, similar in some respects to the Temporary Restraining Order in this action, freezing Oron's assets (up to $3,00,000) in Hong Kong. A true and correct copy of that order, as provided to me by Plaintiff's counsel, is attached as Exhibit A.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 25, 2012 at Washington, D.C.

Stevan Lieberman, Declarant

2
DECLARATION OF STEVAN LIEBERMAN IN SUPPORT OF DEFENDANTS'
MOTION FOR PARTIAL RELIEF FROM TEMPORARY RESTRAINING ORDER
STAY AND FOR EXTENSION OF TIME CASE NO. 2:12-cv-01507

333466.2