Marc J. Randazza, NV Bar # 12265
Ronald D. Green, NV Bar # 7360
J. Malcolm DeVoy, NV Bar #11950
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
rlgall@randazza.com

Attorneys for Plaintiff,
Liberty Media Holdings, LLC

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Liberty Media Holdings, LLC, a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>FF Magnat Limited d/b/a Oron.com; Maxim Bochenko a/k/a Roman Romanov; and John Does 1-500,<br><br>Defendants. | Case No.: 2:12-cv-01507<br><br>**DECLARATION OF LAURA M. TUCKER** |

I, LAURA M. TUCKER, having personal knowledge of the matters set forth herein, declare as follows:

1. I am over the age of 18 and am a law clerk for the Randazza Legal Group law firm (alternatively, the "Firm"), which serves as counsel of record for Plaintiff Liberty Media holdings, LLC in this matter.

2. On June 25, 2012, I navigated my browser to <Oron.com>. I selected the link labeled "Premium," which brought me to the payment options page for <Oron.com>. A true and correct copy of the web page is attached to the Motion in Opposition as Exhibit D.

3. I noted that the website allows customers to purchase premium memberships, which

allows for faster upload and download speeds of content stored on <Oron.com>, among other services.

4. From the membership page, I selected the link for <Oron.com's> official resellers. A true and correct copy of the web page is attached as Exhibit E.

5. I noted that the website gives customers the ability to purchase premium services from resellers from countries throughout the world.

6. I navigated my browser to <WhoIs.sc> and entered the domain name <Gooron.com> in the search box. A true and correct copy of the web page is attached as Exhibit F.

7. I noted that the Registrant of the website is FF Magnat Limited, which also owns the site <Oron.com>.

8. I navigated my browser to <Gooron.com>. A true and correct copy of the web page is attached as Exhibit G.

9. This website appears to operate using the same model as <Oron.com> and allows users to sell access to content they upload and store on the service.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 26, 2012 in Las Vegas, Nevada

By: _____
Laura M. Tucker