# EXHIBIT A

**RANDAZZA** | LEGAL GROUP

Correspondence from:
**Marc J. Randazza, Esq.**
mjr@randazza.com

**Reply to Las Vegas Office
via Email or Fax**

*Settlement Privileged Communication*

June 22, 2012

MARC J. RANDAZZA
Licensed to practice in
Massachusetts
California
Nevada
Arizona
Florida

RONALD D. GREEN
Licensed to practice in
Nevada

JASON A. FISCHER
Licensed to practice in
Florida
California
U.S. Patent Office

J. MALCOLM DEVOY
Licensed to practice in
Wisconsin
Nevada

BETH A. HUTCHENS
Licensed to practice in
Arizona
U.S. Patent Office

ALEX COSTOPOLOUS
Licensed to practice in
Florida

JONATHANE M. RICCI
Licensed to practice in
Michigan
Ontario, Canada
U.S. Tax Court

www.randazza.com

**Las Vegas**
6525 W. Warm Springs Rd
Suite 100
Las Vegas, NV 89118
Tel: 888.667.1113
Fax: 305.437.7662

**Miami**
2 S. Biscayne Boulevard
Suite 2600
Miami, FL 33131
Tel: 888.667.1113
Fax: 305.397.2772

**Phoenix**
1212 East Osborn
Suite 104
Phoenix, AZ 85014
Tel: 888.667.1113
Fax: 305.437.7662

**Toronto**
3230 Yonge Street
Suite 200
Toronto, ON M4N 3P6
Tel: 888.667.1113
Fax: 416.342.1761

Via Fax Only
202-625-7001

Stevan Lieberman
Greenberg & Lieberman
2141 Wisconsin Ave. NW, Suite C-2
Washington, D.C. 20007

  *Re: Potential Settlement*

Dear Stevan:



Ltr. Re Potential Settlement
June 22, 2012
Page 2 of 2



6)      Oron will pay Liberty a one-time payment of $500,000.[1]

**In exchange:**



Best regards,

Marc. J. Randazza

Encls.

---

