# EXHIBIT C

## DECLARATION OF
## CUSTODIAN OF RECORDS
## OF PAYPAL INC.

**RE: Liberty Media Holdings LLC, the Identification of John Does; Case No. 2-11-mc-00112**

"I,        Melody Fry,        certify and declare that:

(i.) I am over the age of 18 years and not a party to this action.

(ii.) My business address is 7700 Eastport Parkway, La Vista, NE 68128.

(iii.) I am employed by PayPal, Inc., in the position of Executive Escalations Legal Specialist.

(iv.) I am duly authorized as custodian of the enclosed business records. The records were prepared by PayPal personnel in the ordinary course of their duties at or near the time of the events recorded, and have been kept in the ordinary course of PayPal's business.

(v.) A Subpoena has been served upon PayPal for production of said business records.

(vi.) I have delivered the foregoing records to the Subpoenaing party or the attorney for the Subpoenaing representative.

I declare under the penalty of perjury under the laws of the State of Nebraska that the forgoing is true and correct.

_____6/22/2012_____        _____*Melody Fry* (signature)_____
**Date**                                              **Melody Fry**
                                                      **Executive Escalations Legal Specialist**



# Account Info for Goncharov Fedor

## User Info

| | | |
|---|---|---|
| First Name: | Fedor | |
| Middle Name: | | |
| Last Name: | Goncharov | |
| SSN: | | |
| TIN: | | |
| DOB: | December 11, 1980 | |
| Credit Card Statement Name: | FFMAGNATLIM | |
| Email: | paypal@oron.com | |

## Business Info

| | |
|---|---|
| Name: | FF MAGNAT LIMITED |
| URL: | http://oron.com |
| Customer Service Phone: | +130 32560360  - Trusted |

## Account Info

| | |
|---|---|
| Account Status: | **Limited - High** |
| Account #: | 1349111192229544030 |
| Account Type: | Business - Hong Kong Verified by Card - Cat10A (Hong Kong) |
| Time Created: | Mar 9, 2011 08:51:24 CST |

## Financials

| | |
|---|---|
| Account Balance: | €1,110,635.28 EUR  (Primary) |
| | $0.00 HKD |
| | $0.04 USD |
| | £0.65 GBP |
| | €1,110,636.09 EUR * |
| Total Amount Sent (USD Equiv): | $389,497.93 USD |
| Total Amount Received: | $5,114,882.80 USD |
| Amount Received: (A month is determined by user's signup date, NOT by a calendar month) | Current Month:  -$92,233,720,368,261,900.00 USD<br>Last 3 Months:  $79,654.24 USD<br>$57,950.09 USD<br>$39,476.60 USD |
| Pending Balance To Be Released: | |
| Minimum Reserve Balance: | €1,110,599.00 EUR* (0 % - €0.00 EUR)<br>€1,110,599.00 EUR<br>£0.00 GBP<br>$0.00 HKD<br>$0.00 USD [Details] |
| Rolling Reserve Balance: | €34.28 EUR* (0 % - 0 days)<br>$0.00 USD<br>€34.28 EUR<br>£0.00 GBP [Details] |

## E-mail

| E-mail | Primary | Confirmed | Active |
|---|---|---|---|
| paypal@oron.com | ✓ | ✓ | ✓ |
| nooooo@gmail.com | | ✓ | |

## Aliases

| Name | Login Alias | Privileges | Active |
|---|---|---|---|

## Phone numbers

| Phone Number | Type | Confirmation Status |
|---|---|---|
| **+41 445860180** | Work | Unconfirmed - No Attempt |
| +852 22646466 | Work  - Deleted | Unconfirmed - No Attempt |
| +852 41445860180 | Work  - Deleted | Unconfirmed - No Attempt |
| **+130 32560360** | Customer Service | Unconfirmed - No Attempt |
| +13 032560360 | Customer Service  - Deleted | Unconfirmed - No Attempt |
| +852 13032560360 | Customer Service  - Deleted | Unconfirmed - No Attempt |
| +852 22646466 | Customer Service  - Deleted | Unconfirmed - No Attempt |
| 303-256-0360 | Customer Service  - Deleted | Unconfirmed - No Attempt |
| +41 445860180 | Customer Service  - Deleted | Unconfirmed - No Attempt |

## Addresses

| Date Entered | Address | Use |
|---|---|---|

6/20/2011   FF MAGNAT LIMITED                                                              (Home)
            FLAT/RM 1502 15/F, JUBILEE CENTRE, 46 GLOUCESTER ROAD, WAN CHAI, HK             (CC 7762 Unconfirmed)
            Hong Kong

**IP Summary**

| IPs | Logins | First Used | Last Used | Status |
| --- | --- | --- | --- | --- |
| 176.226.137.89 | 4 | Jun 19, 2012 19:34:15 CDT | Jun 22, 2012 02:22:31 CDT | |
| 66.23.229.34 | 110 | Apr 6, 2011 13:42:39 CDT | Jun 21, 2012 13:48:10 CDT | |
| 176.226.133.223 | 3 | Jun 12, 2012 20:38:53 CDT | Jun 16, 2012 01:02:07 CDT | |
| 78.106.79.32 | 1 | May 31, 2012 01:13:15 CDT | May 31, 2012 01:13:15 CDT | |
| 176.226.145.110 | 1 | May 28, 2012 06:04:49 CDT | May 28, 2012 06:04:49 CDT | |
| 176.226.150.160 | 2 | May 16, 2012 00:41:50 CDT | May 23, 2012 14:21:00 CDT | |
| 176.226.128.205 | 9 | Apr 26, 2012 21:54:31 CDT | May 1, 2012 07:50:02 CDT | |
| 176.226.130.69 | 1 | Apr 12, 2012 14:06:59 CDT | Apr 12, 2012 14:06:59 CDT | |
| 78.106.221.8 | 1 | Mar 30, 2012 04:16:54 CDT | Mar 30, 2012 04:16:54 CDT | |
| 109.191.102.142 | 1 | Mar 21, 2012 04:32:02 CDT | Mar 21, 2012 04:32:02 CDT | |
| 95.29.23.159 | 1 | Mar 20, 2012 08:21:08 CDT | Mar 20, 2012 08:21:08 CDT | |
| 2.94.178.22 | 1 | Mar 8, 2012 02:59:18 CST | Mar 8, 2012 02:59:18 CST | |
| 109.191.101.11 | 8 | Feb 28, 2012 20:02:14 CST | Mar 5, 2012 08:37:03 CST | |
| 109.191.101.172 | 8 | Feb 19, 2012 12:34:17 CST | Feb 27, 2012 20:45:42 CST | |
| 2.93.89.191 | 3 | Feb 21, 2012 23:58:12 CST | Feb 27, 2012 01:01:01 CST | |
| 89.179.239.140 | 1 | Feb 15, 2012 04:04:15 CST | Feb 15, 2012 04:04:15 CST | |
| 27.114.136.5 | 4 | Feb 7, 2012 13:32:43 CST | Feb 13, 2012 23:36:59 CST | |
| 95.29.59.105 | 4 | Feb 9, 2012 00:14:09 CST | Feb 9, 2012 03:02:15 CST | |
| 78.106.169.216 | 1 | Feb 3, 2012 13:09:51 CST | Feb 3, 2012 13:09:51 CST | |
| 2.92.80.62 | 2 | Jan 30, 2012 02:42:25 CST | Jan 30, 2012 03:42:38 CST | |
| 78.29.17.121 | 1 | Jan 28, 2012 13:28:34 CST | Jan 28, 2012 13:28:34 CST | |
| 93.81.59.241 | 2 | Jan 26, 2012 12:19:15 CST | Jan 28, 2012 00:34:23 CST | |
| 78.106.254.209 | 3 | Jan 23, 2012 12:57:40 CST | Jan 26, 2012 06:46:22 CST | |
| 78.29.45.109 | 2 | Jan 26, 2012 05:06:02 CST | Jan 26, 2012 06:18:41 CST | |
| 78.29.45.118 | 3 | Jan 23, 2012 21:46:57 CST | Jan 25, 2012 03:54:12 CST | |
| 78.29.44.117 | 2 | Jan 21, 2012 07:18:42 CST | Jan 22, 2012 07:17:12 CST | |
| 78.106.70.2 | 2 | Jan 20, 2012 08:05:44 CST | Jan 20, 2012 09:06:04 CST | |
| 193.189.69.158 | 1 | Jan 20, 2012 02:46:22 CST | Jan 20, 2012 02:46:22 CST | |
| 176.15.44.14 | 1 | Jan 19, 2012 13:21:20 CST | Jan 19, 2012 13:21:20 CST | |
| 77.235.16.166 | 2 | Jan 19, 2012 12:46:26 CST | Jan 19, 2012 13:12:18 CST | |
| 95.29.153.40 | 3 | Jan 16, 2012 03:09:27 CST | Jan 16, 2012 04:56:28 CST | |
| 80.255.88.91 | 2 | Jan 16, 2012 00:47:14 CST | Jan 16, 2012 04:00:32 CST | |
| 2.94.142.133 | 1 | Jan 11, 2012 12:30:05 CST | Jan 11, 2012 12:30:05 CST | |
| 77.222.113.55 | 6 | Jan 2, 2012 08:58:45 CST | Jan 11, 2012 00:18:56 CST | |
| 176.15.132.163 | 1 | Jan 9, 2012 07:07:57 CST | Jan 9, 2012 07:07:57 CST | |
| 176.15.132.170 | 1 | Jan 6, 2012 06:35:55 CST | Jan 6, 2012 06:35:55 CST | |
| 93.81.97.58 | 2 | Jan 2, 2012 07:55:09 CST | Jan 4, 2012 05:59:40 CST | |
| 212.49.112.213 | 1 | Jan 1, 2012 23:33:20 CST | Jan 1, 2012 23:33:20 CST | |
| 77.222.112.227 | 5 | Dec 23, 2011 11:57:04 CST | Dec 30, 2011 01:36:17 CST | |
| 95.29.241.21 | 3 | Dec 27, 2011 12:10:55 CST | Dec 29, 2011 09:12:57 CST | |
| 2.94.48.84 | 1 | Dec 26, 2011 13:32:43 CST | Dec 26, 2011 13:32:43 CST | |
| 2.94.48.153 | 2 | Dec 21, 2011 04:42:21 CST | Dec 23, 2011 07:42:47 CST | |
| 80.255.89.248 | 1 | Dec 21, 2011 09:37:50 CST | Dec 21, 2011 09:37:50 CST | |
| 178.46.255.180 | 1 | Dec 20, 2011 19:38:49 CST | Dec 20, 2011 19:38:49 CST | |
| 95.29.68.73 | 2 | Dec 19, 2011 07:05:14 CST | Dec 19, 2011 22:31:04 CST | |
| 188.17.101.23 | 1 | Dec 19, 2011 08:59:36 CST | Dec 19, 2011 08:59:36 CST | |
| 31.163.8.86 | 1 | Dec 18, 2011 08:21:57 CST | Dec 18, 2011 08:21:57 CST | |

| IP | Count | First | Last |
|---|---|---|---|
| 2.94.48.93 | 1 | Dec 16, 2011 04:52:32 CST | Dec 16, 2011 04:52:32 CST |
| 93.81.106.175 | 1 | Dec 14, 2011 12:36:11 CST | Dec 14, 2011 12:36:11 CST |
| 95.29.146.208 | 3 | Dec 12, 2011 07:41:40 CST | Dec 13, 2011 12:52:27 CST |
| 93.218.77.92 | 2 | Dec 12, 2011 06:15:44 CST | Dec 12, 2011 14:25:24 CST |
| 93.218.71.166 | 1 | Dec 11, 2011 16:54:51 CST | Dec 11, 2011 16:54:51 CST |
| 93.218.65.14 | 1 | Dec 10, 2011 19:05:53 CST | Dec 10, 2011 19:05:53 CST |
| 93.218.76.20 | 1 | Dec 9, 2011 17:14:24 CST | Dec 9, 2011 17:14:24 CST |
| 89.179.232.133 | 2 | Dec 7, 2011 12:41:02 CST | Dec 8, 2011 07:13:59 CST |
| 93.218.77.173 | 2 | Dec 7, 2011 04:04:25 CST | Dec 7, 2011 18:13:43 CST |
| 93.218.76.103 | 1 | Dec 6, 2011 19:24:09 CST | Dec 6, 2011 19:24:09 CST |
| 93.218.77.33 | 1 | Dec 5, 2011 16:03:53 CST | Dec 5, 2011 16:03:53 CST |
| 93.81.147.166 | 7 | Nov 24, 2011 12:07:26 CST | Dec 5, 2011 06:11:07 CST |
| 93.218.76.230 | 3 | Apr 18, 2011 07:14:26 CDT | Dec 1, 2011 17:45:31 CST |
| 93.218.77.182 | 1 | Nov 30, 2011 14:17:51 CST | Nov 30, 2011 14:17:51 CST |
| 93.218.75.155 | 1 | Nov 29, 2011 17:44:48 CST | Nov 29, 2011 17:44:48 CST |
| 93.218.71.48 | 1 | Nov 27, 2011 20:40:56 CST | Nov 27, 2011 20:40:56 CST |
| 93.218.78.244 | 1 | Nov 24, 2011 22:05:26 CST | Nov 24, 2011 22:05:26 CST |
| 2.92.38.205 | 1 | Nov 23, 2011 03:26:56 CST | Nov 23, 2011 03:26:56 CST |
| 93.218.75.22 | 2 | Nov 21, 2011 23:30:56 CST | Nov 22, 2011 17:25:20 CST |
| 78.106.195.215 | 4 | Nov 18, 2011 04:48:33 CST | Nov 21, 2011 07:18:42 CST |
| 190.41.177.105 | 4 | Nov 15, 2011 02:43:46 CST | Nov 17, 2011 10:59:27 CST |
| 176.15.180.233 | 1 | Nov 16, 2011 05:45:03 CST | Nov 16, 2011 05:45:03 CST |
| 93.81.147.58 | 10 | Nov 2, 2011 09:24:35 CDT | Nov 14, 2011 07:34:18 CST |
| 190.81.22.3 | 1 | Nov 11, 2011 07:16:40 CST | Nov 11, 2011 07:16:40 CST |
| 190.42.97.241 | 5 | Nov 1, 2011 17:44:44 CDT | Nov 6, 2011 10:40:55 CST |
| 2.92.98.219 | 9 | Oct 20, 2011 14:52:35 CDT | Nov 1, 2011 09:04:30 CDT |
| 190.108.80.202 | 2 | Nov 1, 2011 00:29:15 CDT | Nov 1, 2011 00:39:51 CDT |
| 93.218.76.22 | 3 | Oct 29, 2011 12:30:16 CDT | Oct 29, 2011 14:22:08 CDT |
| 93.218.74.164 | 3 | Oct 28, 2011 02:21:56 CDT | Oct 28, 2011 16:04:07 CDT |
| 93.218.70.71 | 1 | Oct 27, 2011 17:06:52 CDT | Oct 27, 2011 17:06:52 CDT |
| 93.218.77.192 | 1 | Oct 26, 2011 14:40:08 CDT | Oct 26, 2011 14:40:08 CDT |
| 93.218.77.133 | 6 | Oct 25, 2011 00:03:29 CDT | Oct 25, 2011 15:46:43 CDT |
| 93.218.77.111 | 2 | Oct 24, 2011 09:52:40 CDT | Oct 24, 2011 11:14:29 CDT |
| 93.218.77.201 | 2 | Aug 25, 2011 20:41:13 CDT | Oct 21, 2011 11:59:15 CDT |
| 93.218.77.70 | 2 | Oct 19, 2011 16:36:54 CDT | Oct 19, 2011 16:36:56 CDT |
| 78.106.148.179 | 1 | Oct 19, 2011 06:21:00 CDT | Oct 19, 2011 06:21:00 CDT |
| 176.15.36.150 | 1 | Oct 18, 2011 13:46:52 CDT | Oct 18, 2011 13:46:52 CDT |
| 93.218.77.145 | 3 | Oct 17, 2011 21:46:07 CDT | Oct 18, 2011 07:46:37 CDT |
| 2.92.105.92 | 1 | Oct 17, 2011 07:45:15 CDT | Oct 17, 2011 07:45:15 CDT |
| 93.218.77.148 | 2 | Oct 17, 2011 06:01:49 CDT | Oct 17, 2011 06:18:08 CDT |
| 93.218.70.20 | 1 | Oct 16, 2011 04:49:56 CDT | Oct 16, 2011 04:49:56 CDT |
| 93.81.197.189 | 2 | Oct 13, 2011 04:27:41 CDT | Oct 14, 2011 06:38:15 CDT |
| 93.218.75.64 | 3 | Oct 11, 2011 20:39:39 CDT | Oct 12, 2011 13:40:32 CDT |
| 2.92.92.197 | 3 | Oct 10, 2011 12:35:18 CDT | Oct 12, 2011 08:46:28 CDT |
| 93.218.76.141 | 3 | Oct 10, 2011 21:01:04 CDT | Oct 11, 2011 19:40:07 CDT |
| 93.218.76.157 | 1 | Oct 10, 2011 05:47:32 CDT | Oct 10, 2011 05:47:32 CDT |
| 88.248.12.54 | 12 | May 22, 2011 06:22:48 CDT | Oct 7, 2011 14:48:13 CDT |
| 93.218.77.135 | 2 | Oct 6, 2011 03:05:17 CDT | Oct 6, 2011 13:38:20 CDT |
| 195.175.75.94 | 12 | May 21, 2011 13:54:21 CDT | Oct 6, 2011 06:36:43 CDT |
| 88.248.48.58 | 4 | May 22, 2011 23:39:55 CDT | Oct 5, 2011 07:50:32 CDT |
| 93.218.76.112 | 1 | Oct 5, 2011 03:17:24 CDT | Oct 5, 2011 03:17:24 CDT |
| 93.218.76.78 | 4 | Aug 23, 2011 03:32:10 CDT | Oct 3, 2011 15:48:33 CDT |

| IP Address | Count | First | Last |
|---|---|---|---|
| 93.218.72.175 | 1 | Oct 2, 2011 14:07:49 CDT | Oct 2, 2011 14:07:49 CDT |
| 93.218.66.160 | 2 | Oct 1, 2011 02:01:35 CDT | Oct 1, 2011 17:09:30 CDT |
| 93.218.75.29 | 5 | Apr 19, 2011 21:42:49 CDT | Sep 30, 2011 15:16:27 CDT |
| 93.218.75.189 | 1 | Sep 29, 2011 04:16:15 CDT | Sep 29, 2011 04:16:15 CDT |
| 93.218.75.253 | 3 | Sep 28, 2011 04:01:54 CDT | Sep 28, 2011 19:11:48 CDT |
| 2.92.113.119 | 1 | Sep 28, 2011 05:27:53 CDT | Sep 28, 2011 05:27:53 CDT |
| 93.218.75.20 | 1 | Sep 27, 2011 13:00:49 CDT | Sep 27, 2011 13:00:49 CDT |
| 89.179.24.241 | 1 | Sep 26, 2011 08:20:47 CDT | Sep 26, 2011 08:20:47 CDT |
| 93.81.44.159 | 1 | Sep 26, 2011 07:44:18 CDT | Sep 26, 2011 07:44:18 CDT |
| 93.218.76.209 | 6 | May 6, 2011 06:59:30 CDT | Sep 26, 2011 06:35:34 CDT |
| 78.106.18.27 | 1 | Sep 26, 2011 06:10:55 CDT | Sep 26, 2011 06:10:55 CDT |
| 93.218.75.124 | 1 | Sep 25, 2011 16:55:12 CDT | Sep 25, 2011 16:55:12 CDT |
| 78.106.99.185 | 2 | Sep 23, 2011 07:18:00 CDT | Sep 25, 2011 00:33:42 CDT |
| 94.51.76.33 | 1 | Sep 23, 2011 00:36:06 CDT | Sep 23, 2011 00:36:06 CDT |
| 2.94.205.69 | 4 | Sep 20, 2011 13:09:01 CDT | Sep 22, 2011 14:33:53 CDT |
| 31.162.192.125 | 1 | Sep 22, 2011 02:06:52 CDT | Sep 22, 2011 02:06:52 CDT |
| 94.51.18.58 | 2 | Sep 21, 2011 14:18:27 CDT | Sep 21, 2011 15:35:46 CDT |
| 46.147.221.120 | 3 | Sep 20, 2011 03:24:25 CDT | Sep 20, 2011 05:09:17 CDT |
| 2.94.66.120 | 1 | Sep 19, 2011 08:14:10 CDT | Sep 19, 2011 08:14:10 CDT |
| 93.218.67.27 | 1 | Sep 17, 2011 21:13:24 CDT | Sep 17, 2011 21:13:24 CDT |
| 93.218.76.52 | 2 | Sep 16, 2011 17:06:25 CDT | Sep 16, 2011 18:32:11 CDT |
| 95.31.205.19 | 1 | Sep 16, 2011 13:19:48 CDT | Sep 16, 2011 13:19:48 CDT |
| 78.106.252.242 | 7 | Sep 7, 2011 07:01:39 CDT | Sep 15, 2011 06:55:17 CDT |
| 195.76.59.98 | 10 | Jul 6, 2011 06:18:42 CDT | Sep 15, 2011 05:16:28 CDT |
| 84.54.200.67 | 1 | Sep 12, 2011 09:28:07 CDT | Sep 12, 2011 09:28:07 CDT |
| 93.218.72.35 | 1 | Sep 11, 2011 01:38:42 CDT | Sep 11, 2011 01:38:42 CDT |
| 93.218.78.219 | 2 | Sep 8, 2011 22:00:31 CDT | Sep 9, 2011 08:39:16 CDT |
| 93.218.78.203 | 1 | Sep 8, 2011 18:27:40 CDT | Sep 8, 2011 18:27:40 CDT |
| 93.218.78.205 | 2 | Sep 7, 2011 03:01:39 CDT | Sep 7, 2011 03:41:19 CDT |
| 2.93.38.41 | 1 | Sep 6, 2011 03:41:30 CDT | Sep 6, 2011 03:41:30 CDT |
| 93.218.77.48 | 12 | Sep 5, 2011 09:40:02 CDT | Sep 5, 2011 11:57:37 CDT |
| 2.93.38.175 | 3 | Sep 3, 2011 13:36:44 CDT | Sep 5, 2011 07:37:56 CDT |
| 93.218.77.74 | 1 | Sep 4, 2011 09:54:07 CDT | Sep 4, 2011 09:54:07 CDT |
| 93.218.78.201 | 1 | Sep 2, 2011 12:38:36 CDT | Sep 2, 2011 12:38:36 CDT |
| 95.31.206.144 | 1 | Sep 2, 2011 07:11:07 CDT | Sep 2, 2011 07:11:07 CDT |
| 176.15.5.250 | 1 | Sep 2, 2011 02:34:21 CDT | Sep 2, 2011 02:34:21 CDT |
| 93.218.77.95 | 5 | Aug 30, 2011 05:20:24 CDT | Sep 1, 2011 07:02:30 CDT |
| 176.15.6.151 | 3 | Aug 30, 2011 04:02:05 CDT | Sep 1, 2011 03:46:50 CDT |
| 93.218.78.159 | 1 | Aug 29, 2011 15:21:32 CDT | Aug 29, 2011 15:21:32 CDT |
| 2.94.150.138 | 2 | Aug 27, 2011 12:36:19 CDT | Aug 29, 2011 05:50:19 CDT |
| 93.218.77.121 | 2 | Aug 28, 2011 08:05:03 CDT | Aug 28, 2011 08:46:17 CDT |
| 93.218.67.9 | 1 | Aug 27, 2011 10:30:17 CDT | Aug 27, 2011 10:30:17 CDT |
| 95.29.114.7 | 5 | Aug 22, 2011 07:59:58 CDT | Aug 26, 2011 04:59:41 CDT |
| 93.218.78.190 | 2 | Aug 25, 2011 06:48:24 CDT | Aug 25, 2011 12:01:37 CDT |
| 93.218.76.93 | 5 | Aug 24, 2011 03:03:48 CDT | Aug 24, 2011 20:30:33 CDT |
| 93.218.65.202 | 1 | Aug 21, 2011 17:22:29 CDT | Aug 21, 2011 17:22:29 CDT |
| 78.106.146.148 | 3 | Aug 19, 2011 01:10:53 CDT | Aug 20, 2011 05:48:40 CDT |
| 93.218.70.43 | 1 | Aug 20, 2011 03:59:01 CDT | Aug 20, 2011 03:59:01 CDT |
| 2.93.36.83 | 1 | Aug 17, 2011 06:58:35 CDT | Aug 17, 2011 06:58:35 CDT |
| 2.94.66.86 | 5 | Aug 15, 2011 07:11:07 CDT | Aug 16, 2011 05:15:57 CDT |
| 93.218.75.121 | 1 | Aug 15, 2011 03:31:39 CDT | Aug 15, 2011 03:31:39 CDT |
| 2.93.36.252 | 1 | Aug 14, 2011 13:11:56 CDT | Aug 14, 2011 13:11:56 CDT |

| IP Address | Count | First Seen | Last Seen |
|---|---|---|---|
| 93.218.73.149 | 4 | Aug 8, 2011 22:40:25 CDT | Aug 9, 2011 19:43:57 CDT |
| 2.94.205.75 | 1 | Aug 9, 2011 10:43:43 CDT | Aug 9, 2011 10:43:43 CDT |
| 93.218.72.242 | 1 | Aug 8, 2011 10:39:16 CDT | Aug 8, 2011 10:39:16 CDT |
| 2.206.51.249 | 1 | Aug 8, 2011 03:24:40 CDT | Aug 8, 2011 03:24:40 CDT |
| 93.218.75.49 | 2 | Aug 4, 2011 00:05:38 CDT | Aug 4, 2011 18:35:27 CDT |
| 93.218.75.95 | 1 | Aug 3, 2011 18:48:03 CDT | Aug 3, 2011 18:48:03 CDT |
| 93.218.75.76 | 3 | Aug 2, 2011 00:19:09 CDT | Aug 2, 2011 09:14:57 CDT |
| 93.218.75.59 | 5 | Jul 31, 2011 23:15:04 CDT | Aug 1, 2011 09:41:04 CDT |
| 93.218.76.170 | 1 | Jul 31, 2011 18:59:34 CDT | Jul 31, 2011 18:59:34 CDT |
| 93.218.69.253 | 6 | Jul 29, 2011 22:58:22 CDT | Jul 30, 2011 10:23:49 CDT |
| 93.218.75.54 | 3 | Jul 29, 2011 04:13:38 CDT | Jul 29, 2011 10:35:08 CDT |
| 93.218.75.33 | 4 | Jul 27, 2011 22:40:42 CDT | Jul 28, 2011 09:04:10 CDT |
| 93.218.75.65 | 3 | Jul 26, 2011 21:13:00 CDT | Jul 27, 2011 17:19:01 CDT |
| 93.218.75.114 | 12 | Jul 25, 2011 23:35:51 CDT | Jul 26, 2011 16:38:57 CDT |
| 93.218.75.34 | 6 | Jul 24, 2011 22:29:34 CDT | Jul 25, 2011 18:19:08 CDT |
| 93.218.72.157 | 2 | Jul 23, 2011 20:26:08 CDT | Jul 23, 2011 21:17:41 CDT |
| 93.82.196.170 | 3 | Jul 21, 2011 14:56:49 CDT | Jul 22, 2011 08:08:03 CDT |
| 93.218.75.93 | 2 | Jul 19, 2011 20:42:56 CDT | Jul 20, 2011 06:23:22 CDT |
| 2.94.150.165 | 1 | Jul 19, 2011 01:10:29 CDT | Jul 19, 2011 01:10:29 CDT |
| 93.218.75.212 | 4 | Jun 7, 2011 08:43:06 CDT | Jul 18, 2011 21:32:31 CDT |
| 93.218.75.77 | 2 | Jul 17, 2011 21:42:23 CDT | Jul 17, 2011 21:45:21 CDT |
| 93.218.67.178 | 1 | Jul 16, 2011 01:24:37 CDT | Jul 16, 2011 01:24:37 CDT |
| 93.218.76.233 | 2 | Jul 5, 2011 03:55:21 CDT | Jul 5, 2011 07:30:31 CDT |
| 93.218.74.14 | 3 | Jul 4, 2011 07:01:08 CDT | Jul 4, 2011 18:54:03 CDT |
| 93.218.71.213 | 2 | Jul 2, 2011 21:45:47 CDT | Jul 3, 2011 09:26:15 CDT |
| 2.94.87.17 | 2 | Jun 30, 2011 12:56:12 CDT | Jul 1, 2011 07:13:53 CDT |
| 93.218.75.119 | 2 | Jun 30, 2011 07:13:34 CDT | Jun 30, 2011 18:28:48 CDT |
| 93.218.75.46 | 2 | Jun 29, 2011 03:03:03 CDT | Jun 29, 2011 07:59:07 CDT |
| 93.218.75.133 | 9 | Apr 13, 2011 21:23:27 CDT | Jun 28, 2011 19:51:54 CDT |
| 93.218.76.232 | 5 | Jun 27, 2011 06:35:39 CDT | Jun 27, 2011 16:53:15 CDT |
| 93.218.69.189 | 1 | Jun 26, 2011 08:18:55 CDT | Jun 26, 2011 08:18:55 CDT |
| 93.218.75.113 | 1 | Jun 24, 2011 07:02:00 CDT | Jun 24, 2011 07:02:00 CDT |
| 93.218.75.154 | 3 | Mar 22, 2011 06:29:51 CDT | Jun 23, 2011 13:54:20 CDT |
| 109.40.246.196 | 1 | Jun 21, 2011 17:21:31 CDT | Jun 21, 2011 17:21:31 CDT |
| 93.218.74.154 | 6 | Jun 21, 2011 05:39:29 CDT | Jun 21, 2011 14:58:59 CDT |
| 93.218.74.15 | 1 | Jun 20, 2011 05:14:26 CDT | Jun 20, 2011 05:14:26 CDT |
| 93.218.74.122 | 1 | Jun 19, 2011 19:19:38 CDT | Jun 19, 2011 19:19:38 CDT |
| 93.218.77.22 | 1 | Jun 18, 2011 05:14:54 CDT | Jun 18, 2011 05:14:54 CDT |
| 93.218.75.84 | 3 | Jun 15, 2011 04:51:21 CDT | Jun 15, 2011 11:56:49 CDT |
| 93.218.74.132 | 3 | Jun 13, 2011 22:43:43 CDT | Jun 14, 2011 15:05:46 CDT |
| 93.218.76.242 | 3 | Jun 13, 2011 06:53:21 CDT | Jun 13, 2011 10:54:55 CDT |
| 93.218.67.130 | 1 | Jun 11, 2011 06:06:03 CDT | Jun 11, 2011 06:06:03 CDT |
| 93.218.75.182 | 3 | Jun 9, 2011 21:09:38 CDT | Jun 10, 2011 06:17:55 CDT |
| 93.218.74.54 | 2 | Jun 9, 2011 04:59:10 CDT | Jun 9, 2011 13:37:40 CDT |
| 93.218.75.236 | 2 | Jun 8, 2011 01:09:25 CDT | Jun 8, 2011 17:46:14 CDT |
| 93.218.74.109 | 1 | Jun 6, 2011 19:58:05 CDT | Jun 6, 2011 19:58:05 CDT |
| 109.44.112.58 | 3 | Jun 6, 2011 08:27:19 CDT | Jun 6, 2011 15:48:14 CDT |
| 93.218.76.205 | 1 | Jun 5, 2011 08:08:11 CDT | Jun 5, 2011 08:08:11 CDT |
| 93.218.68.122 | 1 | Jun 4, 2011 13:03:44 CDT | Jun 4, 2011 13:03:44 CDT |
| 109.40.10.172 | 1 | Jun 3, 2011 06:58:21 CDT | Jun 3, 2011 06:58:21 CDT |
| 93.218.75.163 | 1 | Jun 3, 2011 04:58:21 CDT | Jun 3, 2011 04:58:21 CDT |
| 93.218.75.166 | 8 | May 4, 2011 22:34:06 CDT | Jun 2, 2011 20:15:53 CDT |

| IP | Count | First | Last |
|---|---|---|---|
| 2.206.122.121 | 1 | Jun 1, 2011 17:36:30 CDT | Jun 1, 2011 17:36:30 CDT |
| 93.218.75.167 | 4 | Jun 1, 2011 01:29:34 CDT | Jun 1, 2011 10:23:34 CDT |
| 89.179.24.189 | 1 | Jun 1, 2011 08:16:18 CDT | Jun 1, 2011 08:16:18 CDT |
| 93.218.73.2 | 1 | May 31, 2011 19:37:35 CDT | May 31, 2011 19:37:35 CDT |
| 93.218.75.222 | 3 | May 30, 2011 03:16:42 CDT | May 30, 2011 10:02:03 CDT |
| 93.218.73.32 | 1 | May 29, 2011 18:34:00 CDT | May 29, 2011 18:34:00 CDT |
| 93.218.69.172 | 1 | May 28, 2011 05:09:29 CDT | May 28, 2011 05:09:29 CDT |
| 93.218.74.63 | 1 | May 26, 2011 04:15:57 CDT | May 26, 2011 04:15:57 CDT |
| 78.26.173.210 | 9 | May 21, 2011 20:01:18 CDT | May 25, 2011 00:52:05 CDT |
| 91.210.116.218 | 11 | May 15, 2011 21:32:51 CDT | May 20, 2011 02:29:38 CDT |
| 93.218.74.190 | 2 | May 13, 2011 02:27:33 CDT | May 13, 2011 17:54:17 CDT |
| 93.218.68.194 | 1 | May 11, 2011 14:29:17 CDT | May 11, 2011 14:29:17 CDT |
| 93.218.75.171 | 2 | May 10, 2011 13:47:32 CDT | May 10, 2011 19:59:20 CDT |
| 93.218.76.136 | 3 | May 9, 2011 06:50:54 CDT | May 9, 2011 13:10:15 CDT |
| 93.218.65.135 | 1 | May 8, 2011 17:59:28 CDT | May 8, 2011 17:59:28 CDT |
| 93.218.70.132 | 5 | May 7, 2011 04:18:09 CDT | May 7, 2011 11:02:59 CDT |
| 93.218.76.163 | 1 | May 4, 2011 00:25:48 CDT | May 4, 2011 00:25:48 CDT |
| 93.218.75.178 | 1 | May 2, 2011 21:53:14 CDT | May 2, 2011 21:53:14 CDT |
| 93.218.76.128 | 2 | May 1, 2011 22:00:54 CDT | May 2, 2011 14:20:53 CDT |
| 93.218.65.218 | 1 | May 1, 2011 10:09:33 CDT | May 1, 2011 10:09:33 CDT |
| 93.218.68.63 | 2 | Apr 29, 2011 20:57:06 CDT | Apr 30, 2011 09:42:07 CDT |
| 93.218.75.158 | 2 | Apr 27, 2011 20:47:34 CDT | Apr 27, 2011 21:19:17 CDT |
| 93.218.76.226 | 4 | Apr 27, 2011 10:41:10 CDT | Apr 27, 2011 17:40:21 CDT |
| 93.218.75.220 | 3 | Apr 25, 2011 22:13:08 CDT | Apr 26, 2011 17:31:57 CDT |
| 93.218.76.184 | 1 | Apr 25, 2011 17:04:22 CDT | Apr 25, 2011 17:04:22 CDT |
| 93.218.66.138 | 3 | Apr 23, 2011 21:29:16 CDT | Apr 24, 2011 17:09:46 CDT |
| 79.201.145.16 | 4 | Apr 23, 2011 06:14:19 CDT | Apr 23, 2011 09:30:33 CDT |
| 93.218.75.25 | 2 | Apr 21, 2011 15:05:42 CDT | Apr 21, 2011 20:10:17 CDT |
| 93.218.71.38 | 5 | Apr 16, 2011 20:49:18 CDT | Apr 17, 2011 11:34:34 CDT |
| 93.218.69.146 | 4 | Apr 15, 2011 22:28:03 CDT | Apr 16, 2011 20:20:48 CDT |
| 93.218.75.12 | 3 | Apr 14, 2011 23:18:39 CDT | Apr 15, 2011 16:50:18 CDT |
| 93.218.75.37 | 3 | Apr 13, 2011 08:02:33 CDT | Apr 13, 2011 17:18:16 CDT |
| 93.218.75.206 | 9 | Apr 11, 2011 21:18:45 CDT | Apr 12, 2011 16:51:26 CDT |
| 93.218.76.201 | 4 | Apr 11, 2011 05:51:52 CDT | Apr 11, 2011 20:07:10 CDT |
| 93.218.73.6 | 1 | Apr 10, 2011 17:11:22 CDT | Apr 10, 2011 17:11:22 CDT |
| 93.218.73.235 | 2 | Apr 8, 2011 02:48:45 CDT | Apr 8, 2011 16:18:00 CDT |
| 93.218.76.61 | 4 | Apr 6, 2011 21:33:38 CDT | Apr 7, 2011 15:16:36 CDT |
| 93.218.76.237 | 2 | Apr 6, 2011 05:38:17 CDT | Apr 6, 2011 16:29:48 CDT |
| 93.218.75.143 | 5 | Apr 5, 2011 00:51:01 CDT | Apr 5, 2011 19:44:37 CDT |
| 178.49.131.252 | 4 | Apr 2, 2011 08:05:50 CDT | Apr 5, 2011 12:47:36 CDT |
| 93.218.76.39 | 5 | Apr 3, 2011 21:23:17 CDT | Apr 4, 2011 19:12:01 CDT |
| 93.218.67.207 | 13 | Apr 2, 2011 20:17:34 CDT | Apr 3, 2011 18:18:19 CDT |
| 93.218.70.39 | 8 | Apr 2, 2011 02:15:27 CDT | Apr 2, 2011 19:44:14 CDT |
| 93.218.76.177 | 3 | Mar 29, 2011 21:38:13 CDT | Mar 30, 2011 06:24:06 CDT |
| 93.218.74.254 | 4 | Mar 28, 2011 06:39:17 CDT | Mar 28, 2011 18:08:37 CDT |
| 93.218.75.90 | 2 | Mar 21, 2011 09:40:17 CDT | Mar 21, 2011 13:08:44 CDT |
| 93.218.75.199 | 2 | Mar 18, 2011 18:02:17 CDT | Mar 18, 2011 20:01:55 CDT |
| 93.218.75.82 | 3 | Mar 17, 2011 18:47:06 CDT | Mar 17, 2011 19:05:12 CDT |
| 93.218.66.30 | 1 | Mar 12, 2011 07:01:03 CST | Mar 12, 2011 07:01:03 CST |
| 81.4.136.6 (Signup) | 2 | Mar 9, 2011 08:51:25 CST | Mar 9, 2011 09:00:09 CST |
| 93.218.76.248 | 1 | Mar 9, 2011 08:53:57 CST | Mar 9, 2011 08:53:57 CST |



|  | IP Protection | Disabled |  |
|---|---|---|---|

**Restrictions**

| Restriction | Attack Case ID | Time Restricted | Time Lifted |
|---|---|---|---|
| Risk Management - Credit Reviewed |  | Jun 8, 2012 12:15:46 CDT |  |
| AUP Account Closure |  | Jan 27, 2012 15:13:34 CST |  |

**Banks**

**Credit cards**

**Debit cards**

| Type | DC Number | Status | Req Date | Act Date | Exp Date | ATM Limit | POS Limit |
|---|---|---|---|---|---|---|---|

No Debit cards on file

**Secure Card Attributes**

| Billing Address: |  |
|---:|---|
| Secure Card Numbers: | N/A |
| Backup Funding Source: | N/A |
| Daily Spending Limit | $500 |

[View all card numbers]

**PayPal Credit**

**PayPal Credit Account Details**

| PayPal Credit Account Number: |  |
|---:|---|
| Expiration Date: |  |
| Account Status: |  |
| Funding Source Availability: | Disabled |
| Authorized Users: | Not Available |

[View History]

**Auctions**

| Auction User ID | Auction Manager User ID |
|---|---|

No Auctions on file

Go to top

**Mobile payments**

| Phone Number | Status | Pending Payment | Notification Preferences | Date Added | Signup Method |
|---|---|---|---|---|---|

No Mobile payments on file

The information is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this information in error, please contact the sender or delete the material from any computer.