# EXHIBIT D

English ↓
Upload Files  Premium  Sign Up  Login  Forgot your password?

**Become a PREMIUM Member**

| 30 days | 90 days | 180 days | 365 days |
|---|---|---|---|
| € 9.95 | € 24.95 | € 44.95 | € 74.95 |
| Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer | Pay by Bank Transfer |
| Pay by SMS / Call | Pay by SMS / Call | | |
| Pay by Phone Call | Pay by Phone Call | | |
| Pay by Other Methods | Pay by Other Methods | Pay by Other Methods | Pay by Other Methods |
| Pay by WebMoney | Pay by WebMoney | Pay by WebMoney | Pay by WebMoney |

**ORON.com authorized resellers and alternative payment methods**

VISA  MasterCard  AmEx  DISCOVER  JCB  giropay  BANK  WebMoney (we accept)  WebMoney (verified)

| Premium Features | Free | Registered | Premium |
|---|---|---|---|
| Max upload file size: | 400 Mb | 1024 Mb | 2048 Mb |
| Max download file size: | 1024 Mb | 1024 Mb | Unlimited |
| Storage space: | ✗ | 250000 Mb | Unlimited |
| Download speed: | Lowest | Low | Maximum |
| Parallel downloads: | 1 | 1 | Unlimited |
| No downloads delay: | 60 seconds | 50 seconds | ✓ |
| Download starts instantly: | 100 Mb per hour | 100 Mb per 45 min | ✓ |
| Remote URL upload: | ✗ | ✓ | ✓ |
| Download accelerators support: | ✗ | ✗ | ✓ |
| Downloads resume: | ✗ | ✗ | ✓ |
| No advertisements: | ✗ | ✗ | ✓ |
| No downloads captcha: | ✗ | ✗ | ✓ |

Copyright © 2001-2012 ORON.com, All Rights Reserved.
Home | News | FAQ | Terms of service | Privacy policy | Report abuse | Premium | About | Contact Us