# EXHIBIT E



🇬🇧 **English** ⬇
Upload Files   Premium   Sign Up   Login   Forgot your password?

## ORON.com official resellers list

Filter: [All methods] [All countries]

Site: https://www.24instant.com
Country: USA, EU, World Wide
Payment methods:
Moneybookers, Western Union, Wire tranfer, Credit Cards, iDEAL, Poli, EPS, GiroPay, DK, Union Pay, PostePay, Solo, EC, Laser, Enets, Nordea, Epay.bg, Prezelewy 24, Euro 6000, 4B, InstantBank Tranfer

Site: https://www.microdeluxe.com
Country: USA, EU, World Wide
Payment methods:
Credit Cards, AlertPay, Dixipay

Site: https://www.premiumissuer.com
Country: USA, Canada, United Kingdom, Australia, Germany and France, Egypt and Saudi Arabia
Payment methods:
PayPal, Credit Cards, AlertPay, CashU, Liberty Reserve, WebMoney, Ukash

Site: http://www.bigshareshop.com
Country: Middle East, USA, China
Payment methods:
Cashu, Ukash, PayPal, Moneybookers, AlertPay, Webmoney, Liberty Reserve, Western Union, Bank wire, Credit Card, PaySafeCard

Site: https://www.easypayonline.us
Country: USA, Australia, United Kingdom, India, Germany, Italy
Payment methods:
AlertPay, cashU

Site: http://www.DownloadNoLimit.com
Country: Russia, Ukraine, EU
Payment methods:
Credit Cards, AlertPay, WebMoney, SMS, Liberty Reserve, Bank Wire Transfer, MoneyGram, Western Union, LiqPay

Site: http://mundopremium.com.br
Country: Brazil
Payment methods:
Moneybookers, Bank Transfer, PagamentoDigital, PagSeguro, MercadoPago

Site: http://premium.mmowned.pl
Country: Poland

Payment methods:
Credit Cards, Moneybookers, Polish Bankwire Transfer

Site: http://www.account-shop.cz
Country: Czech Republic and Slovakia
Payment methods:
Moneybookers, Credit Cards, GoPay, Bank transfer

Site: http://www.hotfilepremiumstore.com
Country: India
Payment methods:
AlertPay

Site: http://way2premium.com
Country: India
Payment methods:
Credit Card, Paypal

Site: http://www.365premium.com
Country: India
Payment methods:
Credit Card (Indian & International Visa, Mastercard, JCB, Diners, American Express, Discover), Debit Card (India 52 Banks), Net Banking, Cash Deposit (ICICI & SBI Bank), NEFT, Moneybookers, Western Union, Demand Draft, Cheque Deposit

Site: http://www.cuentaspremium.mx
Country: Mexico, Argentina, Chile, Venezuela, Colombia, Ecuador, Paraguay
Payment methods:
Bank Deposit, Bank transfer, Western Union, MoneyGram, Cheque, DineroMail, MercadoPago

Site: http://www.mrjasper.com
Country: Philippines
Payment methods:
PayPal, AlertPay, MoneyGram, Liberty Reserve, Western Union

Site: http://www.premium-online24.pl
Country: Poland
Payment methods:
Bank transfer

Site: http://www.nasze-klucze.pl
Country: Poland
Payment methods:
Bank transfer

Site: https://www.PremiumInRupees.com
Country: India
Payment methods:
Moneybookers, Credit Cards, AlertPay, Cheque, Bank transfer, Western Union

Site: http://aigoostore.com
Country: Saudi Arabia
Payment methods:
Moneybookers, Credit Cards, LiqPay, cashU, Bank transfer

Site: http://www.oron.premiumlatino.com
Country: Mexico
Payment methods:
Paypal, Mercadopago, Credit Card, DineroMail, Bank Deposit, Bank transfer

Site: http://filehostseller.com
Country: Ukraine, Russia
Payment methods:
Credit Cards, Privat24, LiqPay, Liberty Reserve, WebMoney, Bank transfer

Site: http://premiumaccounts-seller.blogspot.com
Country: India, Malaysia, China, Hong Kong, Singapore, Nepal, Bangladesh, Pakistan, Sri Lanka
Payment methods:
PayPal, Credit cards

Site: https://www.accountcart.com
Country: USA, Canada, United Kingdom, Australia
Payment methods:
AlertPay, cashU, Liberty Reserve

Site: http://www.menelbet.com
Country: Saudi Arabia, Kuwait, Emirates
Payment methods:
Bank Transfer, CashU

Site: http://www.plati.ru
Country: Russia, Ukraine, Germany, Italy, France
Payment methods:
Webmoney, QIWI, Mail.ru, RBK Money, CONTACT, EasyPay, HandyBank, TeleMoney

Site: http://digitadiko.com
Country: Greece
Payment methods:
Credit Cards, PaySafe

Site: http://www.pay-via-pagseguro.com
Country: Brazil
Payment methods:
CreditCard, PagSeguro, PLEONOCard, HSBC, Boleto Bancario, Bradesco, Banrisul, Itau, Aura, Hipercard, Elo, Oi Paggo

Site: http://oron.vip-keys.com
Country: Russia, Germany
Payment methods:

CreditCard, PayPal, Webmoney, Yandex, Moneybookers, LibertyReserve, QIWI, WesternUnion

Site: http://www.premiumpazari.com
Country: Turkey
Payment methods:
Bank transfers, Credit card, PTT Posta Ceki, TurkcellMobilOdeme, Avea Mobil Odeme

Site: http://www.plati.ru
Country: Russia, Ukraine, Belorussia, Kazakhstan
Payment methods:
Webmoney, QIWI, Mail.ru, RBK Money, CONTACT, EasyPay, HandyBank, TeleMoney, AlfaBank, MTS, Megafon

Site: http://www.premiumnoktasi.com
Country: USA
Payment methods:
Bank transfers, Credit card, PTT, PayPal, Moneybookers

Site: http://www.premiumnoktasi.com
Country: Turkey
Payment methods:
BankWire transfer, Paypal, Moneybookers, Credit cards

Site: http://contapremiumbr.com.br
Country: Brazil
Payment methods:
PayPal, Credit cards, Bank wire

Site: http://www.premium-reseller-deutschland.de
Country: Germany, Austria and Switzerland
Payment methods:
Bank transfers, PayPal

Site: http://cheapaccounts.net
Country: USA, EU, World Wide
Payment methods:
Paypal, Credit Cards

Site: http://premiumreseller.us
Country: USA, Canada, United Kingdom, Australia, Germany and France, Egypt, Saudi Arabia, Italy, Switzerland, Austria
Payment methods:
Paypal, Credit Cards

Site: http://www.eshtrakat.com
Country: Saudi Arabia, Egypt
Payment methods:
Moneybookers, Credit Cards, Fanapay, cashU, Bank transfer , Ukash , Paypal , Onecard , Alertpay , Liberty reserve

Site: http://comptes-premium.com
Country: France
Payment methods:
PayPal

Site: http://www.premiumshop.sk
Country: Slovakia, Czech Republic, Poland
Payment methods:
Bankwire transfer

Site: http://premium-keys.de
Country: Germany, Austria, Switzerland, Netherland, Belgium
Payment methods:
Paypal, Credit Cards, Bank Transfer

Site: http://www.premiumcarsi.com
Country: Turkey
Payment methods:
Bank transfers, credit card, Paypal, PTT Posta Ceki, Turkcell Mobile, Avea Mobile Payment

Site: http://oronreseller.us
Country: Worldwide
Payment methods:
Paypal, Credit Cards

Site: http://www.oronargentina.com
Country: Argentina, Chile, Bolivia ,Uruguay, Colombia, Ecuador, Paraguay
Payment methods:
Alertpay, PagoFacil, RapiPago, CobroExpress, Bapro, RipSa, MercadoPago, DineroMail, Moneybookers, Liberty Reserve, Bank Transfer, Credit Cards

Copyright © 2001-2012 ORON.com, All Rights Reserved.
Home | News | FAQ | Terms of service | Privacy policy | Report abuse | Premium | About | Contact Us