# EXHIBIT F

Open a FREE Account | Log in | Help



gooron.com | Whois Search | Search

**Whois** > GooRon.com

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

# GooRon.com Whois Record

Ads by Google

Like

Ads by Google

**Top 2012 Online Grants**
Grant Funding May Be Available See If You Qualify!
www.ClassesUSA.com

**Now Hiring**
Complete Your Online Application. Full and Part Time Jobs Available.
www.JobsOnline.net

**University of Phoenix®**
Official Site. College Degrees for the Real World. Learn More Today.
Phoenix.edu

**Ask a Lawyer Online Now**
24 Lawyers Are Online. Questions Answered Every 9 Seconds.
Law.JustAnswer.com

**Whois Search**
See Detailed Information About The Owner Of Any Web Property.
SmartAsk.com

**Lose Belly Fat Naturally**
3 sneaky hormones that are making you fat & how to stop them now.
www.RealDose.com/Weight-Loss

**Designer Fashion Sales**
Clothing, Watches, Jewelry. Authentic Brands, up to 85% Off.
www.Modnique.com

**Bad Credit Auto $0 Down**
Immediate Approvals.

**Job Openings**  Search For Job Openings. Apply For a Position Today!  www.findtherightjob.com

**GoDaddy #1 domain names**  $7.99 .COM Domains - Save Today Inc: Hosting, Blogcast, Email, More  GoDaddy.com

**See Todays Mortgage Rates**  Mortgages Plunge to 2.5% (2.9% APR) FHA Cuts Refi Requirement Again!  www.MortgageRates.LowerMyBills.com

**Prepared For 2012?**  Buying Gold Will Secure Your $. Insured | FedEx | Buy Gold Now!  USGoldBureau.com/Free-Digital-Safe

**Find Used Cars for Sale**  Search 800,000+ Used Cars. Prices Starting at $750!  www.Motovy.com/Used-Cars

| Whois Record | Site Profile | Registration | Server Stats | My Whois |

Reverse Whois:  **"FF MAGNAT Limited" owns about  2 other domains**
Registrar History:  **2 registrars**
NS History:  **4 changes** on 4 unique name servers over **4** years.
IP History:  **10 changes** on 8 unique IP addresses over **5** years.
Whois History:  **28 records** have been archived since **2010-01-24** .
Reverse IP:  **1 other site is** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

```
Registrant:
FF MAGNAT Limited
   ATTN GOORON.COM
   care of Network Solutions
   PO Box 459
   Drums, PA.   US   18222

   Domain Name: GOORON.COM

   Administrative Contact, Technical Contact:
      Limited, FF MAGNAT
pe5kr4h28ac@networksolutionsprivateregistration.com
      ATTN GOORON.COM
      care of Network Solutions
      PO Box 459
      Drums, PA 18222
      US
      570-708-8780

   Record expires on 22-Jan-2013.
   Record created on 14-Apr-2010.

   Domain servers in listed order:

   NS49.WORLDNIC.COM            205.178.190.25
   NS50.WORLDNIC.COM            206.188.198.25
```

**Backorder This Domain**



**Country TLDs**  General TLDs

Available domains for registration:

| GooRon.at  | Register |
| GooRon.be  | Register |
| GooRon.ch  | Register |
| GooRon.cn  | Register |
| GooRon.co.uk | Register |
| GooRon.de  | Register |
| GooRon.dk  | Register |
| GooRon.es  | Register |
| GooRon.eu  | Register |
| GooRon.fr  | Register |

Whois Directory
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Drive Same Day Up to
$35K Auto Loan. Low
Payments.
AutoCreditExpress.c
om

### ITT Tech - Official Site

100 + Locations &
Online Programs
Official ITT Tech Site.
Get Info!
www2.itt-tech.edu

**Register All Selected >**    **Show all (17) >**



**Related Results**

1. **Its Your Time To Win**
   Can You Really Use A System **To** Pick Winning Numbers? Watch The Video!
   www.inboxlotte.info

2. **.com what**
   Ask a Lawyer, Dr, Vet, Mechanic, etc. a Question, Get an Answer ASAP
   www.eAnswer.com

3. **Download WhoIs**
   Download Latest Version 100% Free Download WhoIs Riht Now!
   Winportal.com/whois

4. **Fast Payday Loans - 1000$**
   Bad Credit OK - No References! No Fax Payday Loans. 99% Approved
   PaydayCash.loanspd.com

AdChoices

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

