Marc J. Randazza, NV Bar # 12265
Ronald D. Green, NV Bar # 7360
J. Malcolm DeVoy, NV Bar #11950
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
rlgall@randazza.com

Attorneys for Plaintiff,
Liberty Media Holdings, LLC

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Liberty Media Holdings, LLC, a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>FF Magnat Limited d/b/a Oron.com; Maxim Bochenko a/k/a Roman Romanov; and John Does 1-500,<br><br>Defendants. | Case No.: 2:12-cv-01507<br><br>**NOTICE OF CORRECTION** |

Plaintiff Liberty Media Holdings LLC ("plaintiff"), through its counsel, Randazza Legal Group, hereby files this notice of correction with the Court concerning its Partial Opposition to Emergency Motion for Partial Stay from Temporary Restraining Order (Doc. # 17).

### NOTICE OF CORRECTION

On Page 4, line 20 of plaintiff's Partial Opposition to Emergency Motion for Partial Stay from Temporary Restraining Order (Doc. # 17), a website containing a functional index of links to infringing files hosted by Oron.com is misidentified as pornbb.com.  The proper name of this website is pornbb.org.

Dated: June 26, 2012

                                        Respectfully Submitted,

                                 *s/J. Malcolm DeVoy IV*

Marc J. Randazza, Esq., NV Bar # 12265
Ronald D. Green, NV Bar # 7360
J. Malcolm DeVoy, NV Bar #11950
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
rlgall@randazza.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed and served pursuant using this Court's CM/ECF system on June 26, 2012.

Dated: June 26, 2012

                                          Respectfully Submitted,

                                           *s/J. Malcolm DeVoy IV*

                                        Marc J. Randazza, Esq., NV Bar # 12265
                                        Ronald D. Green, NV Bar # 7360
                                        J. Malcolm DeVoy, NV Bar #11950
                                        Randazza Legal Group
                                        6525 W. Warm Springs Rd., Ste. 100
                                        Las Vegas, NV 89118
                                        888-667-1113
                                        305-437-7662 (fax)
                                        rlgall@randazza.com