**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, a California Corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FF MAGNAT LIMITED, *d/b/a* Oron.com; MAXIM BOCHENKO, *a/k/a* Roman Romanov; and John Does 1-500,<br><br>　　　　　　　Defendants. | Case No.: 2:12-cv-01057-GMN-RJJ<br><br>**ORDER**<br><br>**(Re: ECFs 15 and 16)** |

　　　Before the Court is Defendant FF Magnat Limited's Emergency Motion for Partial Relief from the Temporary Restraining Order (ECF No. 15) and Motion to Extend Time for Briefing Schedule regarding the Hearing on Preliminary Injunction (ECF No. 16).

　　　Defendant requests for this Court to unfreeze €300,000 (approximately $375,000 U.S. dollars) from its PayPal account so that it may pay legal fees to defend itself in this action and in a related action brought by Plaintiff Liberty Media Holdings, LLC in Hong Kong, as well as pay certain limited business expenses that are necessary to keep operating. However, Defendants do not provide any itemization or accounting for the Court to consider in making its determination if the amount requested is reasonable. Therefore, the Court authorizes $100,000 U.S. dollars to be released from Defendant's PayPal account. Defendant may file a subsequent motion for additional funds, but the Court will only consider such a motion if it is accompanied by an itemization specifying which funds are requested and for what purpose. This request should be accompanied by an affidavit verifying the amounts requested, their current location and their intended use.

1    Defendant argues that it is unable to defend the Hong Kong action because of the
2    Temporary Restraining Order (TRO) that has been filed in this case.  This Court hereby
3    clarifies that the TRO issued in this case does not prevent Defendant from withdrawing funds
4    from its Hong Kong accounts as authorized by the Hong Kong Court to pay its legal fees and
5    business expenses.
6    Defendant's request to advance the Preliminary Injunction hearing date to Friday, June
7    29, 2012, is DENIED.
8    **IT IS HEREBY ORDERED** that Defendant's Emergency Motion for Partial Relief
9    from the Temporary Restraining Order (ECF No. 15) is **GRANTED in part and DENIED in**
10   **part,** as stated in this Order.
11   **IT IS FURTHER ORDERED** that Defendant's Motion to Extend Time for Briefing
12   Schedule regarding the Hearing on Preliminary Injunction (ECF No. 16) is **GRANTED.**  The
13   Amended TRO (ECF No. 13) shall remain in effect until the hearing on the Preliminary
14   Injunction is held.
15   A hearing is scheduled for **Tuesday, July 10th, 2012 at 2:30 p.m. before the**
16   **Honorable Gloria M. Navarro, United States District Judge, in Courtroom 7D** of the
17   Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, Las Vegas,
18   Nevada, for Defendants to show cause why an Order pursuant to Federal Rule of Civil
19   Procedure 65 should not be entered granting to Plaintiff a preliminary injunction extending the
20   relief granted by this Temporary Restraining Order.  Plaintiff's request to have a receiver
21   appointed to take possession of the Defendant's assets will also be addressed at that hearing.
22   **IT IS FURTHER ORDERED** that Defendants' answering papers shall be filed with
23   the Clerk of this Court and served on Plaintiff's attorneys, with a courtesy copy being
24   delivered to Judge Gloria M. Navarro's chambers, on or before **5:00 p.m. on Tuesday July 3**
25   **2012**.  Reply papers shall be likewise filed with the Clerk of this Court and served on

Defendants' attorneys, with a courtesy copy being delivered to Judge Gloria M. Navarro's chambers, on or before **12:00 noon on Monday, July 9, 2012**.

**DATED** this 26th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge