DAVID S. KAHN (NEVADA BAR NO. 7038)
SHERI M. THOME (NEVADA BAR NO. 8627)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
Tel:   (702) 727-1400 / Fax: (702) 727-1401
david.kahn@wilsonelser.com
sheri.thome@wilsonelser.com

KENNETH E. KELLER (CALIFORNIA BAR NO. 71450)   (*pro hac vice in process*)
STAN G. ROMAN (CALIFORNIA BAR NO. 87652) (*pro hac vice in process*)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
Tel:   (415) 249-8330 / Fax: (415) 249-8333
kkeller@kksrr.com
sroman@kksrr.com

STEVAN LIEBERMAN (WASHINGTON, DC BAR NO. 448218)  (*pro hac vice in process*)
GREENBERG & LIEBERMAN, LLC
2141 Wisconsin Avenue, NW, Suite C2
Washington, DC  20007
Tel:   (202) 625-7000 / Fax: (202) 625-7001
stevan@aplegal.com

Attorneys for Defendant
FF MAGNAT LIMITED, d/b/a Oron.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FF MAGNAT LIMITED, d/b/a Oron.com; MAXIM BOCHENKO, a/k/a Roman Romanov; and John Does 1-500,<br><br>Defendants. | Case No.: 2:12-cv-01057-GMN-RJJ<br><br>**[PROPOSED] ORDER GRANTING ORON'S EMERGENCY MOTION FOR DISBURSEMENT OF ADDITIONAL FUNDS**<br><br>Judge:   Hon. Gloria N. Navarro |

The Court has now considered Defendant FF Magnat Limited's Emergency Motion For Disbursement of Additional Funds. Having considered the Emergency Motion, and in light of the Court's July 26 Order in this matter, the Court orders as follows:

Defendant's Emergency Motion is GRANTED. It is ordered that:

1. PayPal, Inc. may disburse the following funds from Defendant's account directly to third party provider LeaseWeb B.V.: (a) before July 1, PayPal, Inc. may disburse EUR 71.736,22; and (b) before July 9, 2012, PayPal, Inc. may disburse EUR 277.109,07.
2. The June 22 Temporary Restraining Order ("TRO") is modified to permit PayPal to process payments for Oron.com, with any funds received by Oron.com to remain subject to the Court's TRO.

**IT IS SO ORDERED.**

Dated: _____, 2012

_____
THE HON. GLORIA N. NAVARRO
UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER GRANTING ORON'S EMERGENCY MOTION FOR DISBURSEMENT OF ADDITIONAL FUNDS
Case No.: 2:12-cv-01057-GMN-RJJ

334406.1