1  DAVID S. KAHN (NEVADA BAR NO. 7038)
2  SHERI M. THOME (NEVADA BAR NO. 8627)
   WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
3  300 South Fourth Street, 11th Floor
   Las Vegas, NV 89101
4  Tel:   (702) 727-1400 / Fax: (702) 727-1401
5  david.kahn@wilsonelser.com
   sheri.thome@wilsonelser.com
6
   KENNETH E. KELLER (CALIFORNIA BAR NO. 71450)  *pro hac vice in process*)
7  STAN G. ROMAN (CALIFORNIA BAR NO. 87652) (*pro hac vice in process*)
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
8  555 Montgomery Street, 17th Floor
9  San Francisco, CA  94111
   Tel:   (415) 249-8330 / Fax: (415) 249-8333
10 kkeller@kksrr.com
11 sroman@kksrr.com

12 STEVAN LIEBERMAN (WASHINGTON, DC BAR NO. 448218)  (*pro hac vice in process*)
   GREENBERG & LIEBERMAN, LLC
13 2141 Wisconsin Avenue, NW, Suite C2
   Washington, DC  20007
14 Tel:   (202) 625-7000 / Fax: (202) 625-7001
15 stevan@aplegal.com

16 Attorneys for Defendant
   FF MAGNAT LIMITED, d/b/a Oron.com
17

18              **UNITED STATES DISTRICT COURT**

19                  **DISTRICT OF NEVADA**

20
   LIBERTY MEDIA HOLDINGS, LLC, a          Case No.: 2:12-cv-01057-GMN-RJJ
21 California Corporation,

22                  Plaintiff,             **DECLARATION OF STEVAN
                                           LIEBERMAN IN SUPPORT OF ORON'S**
23          vs.                            **MOTION FOR DISBURSEMENT OF
                                           ADDITIONAL FUNDS**
24 FF MAGNAT LIMITED, d/b/a Oron.com;
25 MAXIM BOCHENKO, a/k/a Roman
   Romanov; and John Does 1-500,           Judge:   Hon. Gloria N. Navarro
26
27                  Defendants.
28

I, Stevan Lieberman, declare and state as follows:

1.  I am a member of the Bars of the State of Maryland and District of Columbia, and counsel to Defendant FF Magnat Limited.  I make this declaration in support of Defendant's Motion for Disbursement of Additional Funds.  If called as a witness, I could and would so competently testify.

2.  Attached as Exhibit A is a true and correct copy of a July 26, 2012 Legal Notice received by Oron.com from LeaseWeb B.V.

3.  On or about June 27, 2012, Oron.com contacted Mandy Wong to request HSBC Hong Kong to release funds so that Oron.com may pay for its currently due business expenditures.  However, HSBC refused to release any money until the hearing in this matter.  Attached as Exhibit B is a true and correct copy of my June 28, 2012 correspondence with Mandy Wong of S.T. Poon & Wong, Solicitors, 13/F & 16/F, Hong Kong Trade Centre, 161-167 Des Voeux Road Central regarding that request.

4.  As explained in the supporting memorandum of points and authorities, Oron.com requests the release of funds from PayPal, Inc. in the amounts of EUR 71.736,22 before July 1, 2012 and a further amount of EUR 277.109,07 before July 9, 2012 in order to pay the server invoices from LeaseWeb B.V.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of June, 2012 at Washington, D.C.

STEVAN LIEBERMAN