**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Liberty Media Holdings, LLC, a California
Corporation

Plaintiff,

vs.

FF Magnat Limited d/b/a Oron.com; Maxim
Bochenko a/k/a Roman Romanov; and John
Does 1-500,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:12-cv-01057

**DECLARATION OF ERIKA DILLON IN
OPPOSITION TO DEFENDANTS'
EMERGENCY MOTION FOR
DISBURSEMENT OF FUNDS**

I, ERIKA DILLON, do hereby declare under the penalty of perjury:

1.     I am over the age of 18 and am a resident of the State of Nevada.

2.     I am employed by Plaintiff Liberty Media Holdings, LLC as an in-house paralegal
and online investigator.

3.     I have personal knowledge of the facts herein, and if called as a witness, could
testify competently thereto.

4.     I am familiar with Leaseweb from a number of different reports.

5.     Since 2007, Leaseweb has been acknowledged online and by anti-piracy law
enforcement agencies as the target of several investigations.  They have frequently found
themselves in the midst of legal actions because of the websites that they provide services to.

1    6.      In 2007, BREIN, Bescherming Rechten Entertainment Industrie Nederland (which

2    translates roughly as "association for the Protection Rights for the Entertainment Industry [of the]

3    Netherlands"), pursued Leaseweb until the hosting company agreed to give up the identity of the

4    registered owner of Demonoid.com, a massive and popular BitTorrent tracker.  It was reported that

5    Leaseweb's agreement to disclose this information was not as effective as BREIN had hoped, as

6    Leaseweb allowed Demonoid.com to move its materials to a Canadian host prior to disclosing the

7    requested information to BREIN.  A true and correct copy of a news article called "Leaseweb

8    Reveals Owner of Demonoid.com" is attached as Exhibit D.

9    7.      Leaseweb has also served as the host for Megaupload and Diwana, two websites that

10   were recently shut down for being comprised primarily of pirated and illegal content.  A true and

11   correct copies of news articles outlining Leaseweb's services for the webistes are attached as

12   Exhibits E and F.

13   8.      Megaupload operated more than 630 computer servers in the Netherlands through

14   Leaseweb's services.  Even prior to the criminal arrests and shutdown of the Megaupload network

15   of sites, it was widely known that Megaupload hosted a variety of infringing content.  Despite this,

16   Alex de Joode, a "Security" Officer of Leaseweb has stated that Leaseweb never received

17   complaints about Megaupload's service for abuse.  A true and correct copy of an article called

18   "Megaupload mega customer Leaseweb" is attached as Exhibit G.

19   9.      It is common knowledge online that Leaseweb works to ignore DMCA notices or at

20   the very least, minimize their impact.  In a thread on WebHostingTalk.com from February 2011,

21   user "OT-Vexion" notes that he "was a client of leaseweb for a long time" and that despite

22   receiving "several DMCA notices" that were forwarded by Leaseweb, "I never heard anything

23   from [Leaseweb] about them, ever."  A true and correct copy of this thread is attached as Exhibit H.

24   OT-Vexion's quote is on page 3 of the exhibit.

25   \\

26   \\

27   \\

28   \\

1       10.     In another thread on WebHostingTalk.com, this one from February 2012, a user

2  asks for assistance finding a host that will not comply with DMCA notices.  The first response to

3  this question lists Leaseweb as a viable option for a host that would meet this requirement.  A true

4  and correct copy of this thread is attached as Exhibit I.

5

6  Dated this ___ day of June, 2012 in Las Vegas, Nevada.

7

8

                                                             Erika Dillon

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28