# EXHIBIT B

# GREENBERG & LIEBERMAN LLC

*PATENTS • TRADEMARKS • COPYRIGHTS • DOMAIN NAMES*
*PROSECUTION • LITIGATION • ARBITRATION • LICENSING*

Stevan H. Lieberman – MD, DC
Michael L. Greenberg – MD
Debora J. McCormick – DC

Of Counsel:
Honorable John Anderson

June 23, 2012

Randazza Legal Group
Marc Randazza
6525 W. Warm Springs Rd.
Suite 100
Las Vegas, NV 89118

By Fax: 305-437-7662
By Email: mjr@randazza.com

Re: ███████████████████
███████████████
██████████████

Dear Marc,

██████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████

████████████████████████████████████████
██████████████████████████████████████ However, it appears that Liberty Media was unwilling to negotiate the monetary amount in good faith, and instead requested an unreasonable amount, one that was more than the company itself is worth.

████████████████████████████████████████
██████████████████████████████████
██████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████
████████████████████████████████████
████████████████████████████
████████████████████████████████████
████████████████████████████████
█████████████████████████
██████████████████████████████████████
█████████████████████████████████████
███████████████████████████████████████
██████████████████
████████████████████████████

2141 Wisconsin Avenue, N.W., Suite C-2 • Washington DC 20007 • Toll-Free: 888-275-2757
Phone: 202-625-7000 • Fax: 202-625-7001 • www.APLegal.com • info@APLegal.com

**GREENBERG & LIEBERMAN** LLC



I understand that this represents a significant reduction in the amount previously requested, but the amount previously requested represented far more money than Oron.com could possibly raise. ██████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████████████

Sincerely

Stevan Lieberman