# EXHIBIT D



Home | Forums | Programs | Dictionary | NewsFeeds | Contact
**Guides:** VIDEO Usenet Newsgroups | Usenet Newsgroups | BitTorrent | eDonkey | More Guides

Search Slyck   GO
Welcome Anonymous
Login | Register

**Slyck News**

# Leaseweb Reveals Owner of Demonoid.com

A+ A−

**July 11, 2007**
Thomas Mennecke



In a bitter battle of wills between Leaseweb and the Dutch copyright authority BREIN, it appears that BREIN has won. BREIN announced today that Leaseweb has agreed to divulge the identity of the registered owner of Demonoid.com, as well as sign the cease and desist demand which would take the site offline.

Demonoid.com is a highly popular BitTorrent tracker, which operates by invitation only. It's one of the more "exclusive" BitTorrent sites, which only allows outside membership on rare occasions - as opposed to the free-for-all philosophy of The Pirate Bay. According to Alexa.com, Demonoid.com is the 403rd most popularly ranked Internet site.

According to BREIN, it appears the Leaseweb waited to the bitter end before divulging Demonoid.com's owner. Additionally, and perhaps most importantly, Leaseweb also divulged the banking information of Demonoid.com's owner.

"Hosting provider Leaseweb today complied with the demands of Dutch anti-piracy organisation BREIN regarding the illegal website Demonoid.com," BREIN's press statement reads. "BREIN had summoned Leaseweb in a legal procedure demanding that Demonoid.com would be made inaccessible and the identity details of the owner would be provided to BREIN. The hearing was to take place in the District Court of Amsterdam tomorrow."

"Leaseweb signed a cease-and-desist undertaking which stipulates that it will keep Demonoid offline under penalty of 50.000 Euro per day. In addition Leaseweb supplied the name, address and bank details of their client to BREIN. These actions comply with the demands of BREIN which therefor does not continue with the hearing."

Interestingly enough, Leaseweb fought to protect the identity of their other client, Everlasting.nu, but not Demoinoid. In a similar action, BREIN also demanded the owner's identity of Everlasting.nu, and to block access. While Leaseweb appealed the cease and desist demand for Everlating.nu, a similar courtesy was not granted to Demonoid.com for reasons unknown.

It's likely that Demonoid.com has been preparing for this event, as last week the domain transferred from their Dutch webhost to Canada - thereby negating the threat of going offline. At time of publication, Leaseweb did not responded to our request for comment.

The administration of Demonoid.com, now outside the jurisdiction of BREIN, appeared unaware of the concession from Leaseweb, stating to Slyck.com, "...we know the same as you about the matter, so there is not much we can add."

Although Leaseweb signed the cease and desist demand which would serve to take Demonoid offline, this portion of BREIN's victory serves little effect as Demonoid.com's webhost is now in Canada. However, the revelation of Demonoid.com's personal identity and bank information may prove more damaging.



0

**This story is filed in these Slyck News categories**
BitTorrent :: Trackers/Indexers



**Premium News Servers**
Slyck Recommends
Red Orb News — Votes: 15
NewsDemon Newsgroups — Votes: 20
Thundernews — Votes: 10
Binverse — Votes: 9
Go To Premium Servers

**Latest Discussions**
Latest | Popular | Lounge
Sweeping Effects as Broadband Moves to Meters — 1 hours ago - by peewee007
Google releases Chrome browser for iPhone, iPad — 2 hours ago - by bmh67wa
Julian Assange sent extradition notice by Met Police — 3 hours ago - by bmh67wa
Golden Eye Int Ltd/Ben Dover letter/legal threat discussion — 3 hours ago - by MrFredPFL
The White House Wants Your Advice On Fighting Piracy — 6 hours ago - by ejonesss
Memo From The RIAA: Legal Action Is First Step To Legal Listening — 8 hours ago - by 1/2 Young 1/2 Lively
Netflix may have to provide closed captions online — 8 hours ago - by Scase
One In 10 Aussies Have Stopped Online Piracy — 9 hours ago - by multivariable

**NewsDemon Newsgroups**
$10.99 Unlimited Access, 256-Bit SSL, 1,200+ Days Retention, 99%+ Completion, Free Newsreader, Paypal Accepted.
**www.NewsDemon.com**

You can discuss this article here - 40 replies

© 2001-2012 Slyck.com