# EXHIBIT E




# DutchNews.nl

THURSDAY 28 JUNE 2012

**Home** | **Opinion** | **Features** | **International** | **In Dutch** | **Dictionary** | **What's On** | **Jobs** | **Housing** | **Expats** | **Blogs** | **Books**

««« previous                                                                                              next »»»

## Dutch hold Estonian national in Megaupload file-sharing case

Wednesday 25 January 2012

The Netherlands has remanded a 32-year-old Estonian in custody for 60 days pending his extradition to the US in connection with the Megaupload file-sharing case.

The man, named as Andrus Nomm on US court documents, was arrested on Friday and appeared in court this week. Nomm, who also holds Turkish nationality and was arrested in Rotterdam, is said to be a programmer at the file-sharing company.

The investigation into Megaupload led to the arrest of four people in New Zealand last week, including owner Kim Dotcom and Dutch national Bram van der Kolk, aka Bramos.

All four are currently being held in New Zealand to await extradition to the US.

Server farms owned by Leaseweb in Amsterdam and Haarlem were also raided last week. According to the Parool, Mega Conspiracy, the company behind Megaupload, rents 630 servers from Leaseweb at a cost, according to the FBI, of €65m. Some of the money was paid via Rabobank and ABN Amro, the paper says.

© DutchNews.nl

Like  0

Subscribe Newsletter
Print-version
News archives

0

### News

- Financial services group ING scraps bonuses for ordinary staff
- Monk suspected of involvement in 37 deaths, 60 years ago
- Companies delay sacking staff pending new laws: union
- Prime minister again under fire for failing to be clear on Europe
- Bert van Marwijk quits as Dutch football coach
- Six arrested for murdering Dutchman in Tanzania game park
- BMW confirms plans to build cars at Nedcar plant
- América Móvil poised to meet KPN shareholding target

News archives

### Readers' comments

Jumping on the US bandwagon. Disgraceful that the US demands extradition of non-US citizens who have committed no crime in their country of residence (in this case the Netherlands). And what is even worse is that they're blithely handed over...

By woods | January 25, 2012 4:02 PM

What a shame! Shame on New Zealand and The Netherlands for collaborating in another of the U.S.A.'s ravings.

By Julieta | January 26, 2012 11:21 AM

We are not accepting comments on this article.

### Comments

- @AC: the umweltplakket in Germany is a joke, unnecessary bureaucracy. ALL cars registered in EU last 15-18 years already have an objective mea

  by Andre L. in **Utrecht to ban old cars from the city centre to boost air quality**

- Dick Advocaat,I understand that he coaches the Belgian team, but should came back to NL and coach his home team

  by AlMorr in **Bert van Marwijk quits as Dutch football coach**

- They should cut from their ad campaigns in which they treat their targets like they are retards.

  by George in **Financial services group ING scraps**

AdChoices
**Cosmopolitan of Las Vegas**
Let Us Cool You Down w/ Our Summer Essentials Package - Book Now!
www.CosmopolitanLa...

**Police Courses**
Take Police & Criminal Justice Classes - Start This Summer!
www.CampusExplore...

**Cars**

Find A Car In Your Area. View New & Used Local Listings Now!
AutoTrader.com

**Data Center Resources**
Fabrics-Based Data Centers. Simple. Reliable. High-Performing.
www.Brocade.com

- bonuses for ordinary staff
- The Dutch Police was unwilling to help a Dutch lady who also suffered from this woman. The Dutch should learn from the USA who defends and hel

  by Li in **Cyberstalker ordered to pay actress and film maker €70,000**

- No it isn't, Simon http://www.gvu.nl/pages/over_gvu.aspx

  by pepe in **Utrecht to ban old cars from the city centre to boost air quality**

- @Sherry Gallagher, those AH, Kruidvat, etc, tickets are only valid after 9AM or in the weekends.

  by pepe in **Commuters to be 'paid' to stay off trains during rush hour**



### Opinion

- Barend van Lieshout: Decisive D66
- Jouke de Vries: Here come the technocrats
- Ton van den Brink: Netherlands suffering from 'sovereignty cramps'
- Rob de Wijk: Politicians hopeless at crisis management
- Youp van 't Hek: Let's dance

More opinion...

### Services

- New to Leiden and in need of a helping hand? Expats in Leiden
- Rent an open boat in Amsterdam with Sloep Huren Amsterdam
- Delicious food provided by Catering Amsterdam
- Enjoy the summer and book an on-board barbecue with Boat in Amsterdam
- Check out Expats in Eindhoven for jobs, housing and social clubs



- **Apartment Amsterdam** provides fully serviced apartments in city centre
- Need a gardener? We specialise in **small Amsterdam gardens**
- Get away from it all by renting a classic boat through **Boot Huren Amsterdam**
- Visit **Expats in Rotterdam** for advice and information for internationals

**Gadgets** powered by Google

**Newsletter | RSS | Advertising | Business services | Mobile | Friends | Privacy | Contact | About us | Tell a Friend**

Website realised by
**Stammeshaus.com**

Amsterdam Bed and Breakfast






Gardener in Amsterdam, maintenance and design

Website hosted by
**Qweb.nl**