DAVID S. KAHN (NEVADA BAR NO. 7038)
SHERI M. THOME (NEVADA BAR NO. 8627)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Tel:   (702) 727-1400 / Fax: (702) 727-1401
david.kahn@wilsonelser.com
sheri.thome@wilsonelser.com

KENNETH E. KELLER (CALIFORNIA BAR NO. 71450)  *pro hac vice in process*)
STAN G. ROMAN (CALIFORNIA BAR NO. 87652)  (*pro hac vice in process*)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
Tel:   (415) 249-8330 / Fax: (415) 249-8333
kkeller@kksrr.com
sroman@kksrr.com

STEVAN LIEBERMAN (WASHINGTON, DC BAR NO. 448218)  (*pro hac vice in process*)
GREENBERG & LIEBERMAN, LLC
2141 Wisconsin Avenue, NW, Suite C2
Washington, DC 20007
Tel:   (202) 625-7000 / Fax: (202) 625-7001
stevan@aplegal.com

Attorneys for Defendant
FF MAGNAT LIMITED, d/b/a Oron.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FF MAGNAT LIMITED, d/b/a Oron.com; MAXIM BOCHENKO, a/k/a Roman Romanov; and John Does 1-500,<br><br>Defendants. | Case No.: 2:12-cv-01057-GMN-RJJ<br><br>**DECLARATION OF STEVAN LIEBERMAN IN SUPPORT OF ORON'S MOTION FOR DISBURSEMENT OF ADDITIONAL FUNDS**<br><br>Judge:   Hon. Gloria N. Navarro |

DECLARATION OF STEVAN LIEBERMAN ISO ORON'S MOTION FOR DISBURSEMENT OF FUNDS
Case No.: 2:12-cv-01057-GMN-RJJ

I, Stevan Lieberman, declare and state as follows:

1. I am a member of the Bars of the State of Maryland and District of Columbia, and counsel to Defendant FF Magnat Limited. I make this declaration in support of Defendant's Motion for Disbursement of Additional Funds. If called as a witness, I could and would so competently testify.

2. Attached as Exhibit A is a true and correct copy of a July 26, 2012 Legal Notice received by Oron.com from LeaseWeb B.V.

3. On or about June 27, 2012, Oron.com had Mandy Wong request HSBC Hong Kong release funds so that Oron.com may pay for its currently due business expenditures. However, HSBC refused to release any money until the hearing in this matter. Mandy Wong is Oron's Hong Kong Counsel. Attached as Exhibit B is a true and correct copy of Ms. Wong's letter explaining her call to HSBC.

4. As explained in the supporting memorandum of points and authorities, Oron.com requests the release of funds from PayPay, Inc. in the amounts of EUR 71.736,22 before July 1, 2012 and a further amount of EUR 277.109,07 before July 9, 2012 in order to pay the server invoices from LeaseWeb B.V.

5. Late on June 28, 2012, just before 10pm EST I received a call from PayPal council. We discussed the situation and I was informed that it might be hard for them to send a wire quickly, that it could take as much as two (2) weeks. Paypal council called me again on the morning of June 29, 2012 and confirmed the previously indicated timing of a wire.

6. It was indicated that the reason for the delay was because our client's account is based in Singapore and that wires out of that branch are very slow, especially when being sent to other countries. I was told that the only alternative for alacrity was for our client to put in a request for the money to be sent to my law firm's PayPal account which could then be withdrawn minus PayPal's processing fee. I do not believe there is any other method of moving the money quickly from Oron's PayPal account to pay the LeaseWeb invoices which are due on or before July 1 and July 9..

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of June, 2012 at Washington, D.C.

_____
STEVAN LIEBERMAN