# EXHIBIT A



Per email: support@oron.com
Oron.com

**LEGAL NOTICE – requires your immediate and urgent attention**

Haarlem, 26 July 2012

Dear Sir,

I refer to the Internet Services Master Agreement, signed on 12 April 2010, entered into between Oron.com and LeaseWeb B.V. for the provision of certain internet services by LeaseWeb B.V.

Information has very recently come to our attention that certain payment processors (including CCBill and Paypal) have recently ceased to provide services in relation to your cloud storage platform Oron.com. In addition, we have just now learned that a restraining order was issued against file-locker site Oron.com, effectively freezing all of your assets. Additionally, an injunction was issued prohibiting FF Magnat Ltd. of disposing any of its assets.

In light of the above developments, I request your immediate and urgent attention for the following:

1. **Deposit for July 2012.** I herewith notify you that, as per 1 July 2012, LeaseWeb B.V. limits your credit to an amount of nil euro. This effectively means that LeaseWeb B.V. requires you to deposit into LeaseWeb B.V.'s bank account an amount of EUR 71.736,22 before 1 July 2012, should you wish to continue to use LeaseWeb B.V.'s services in July 2012. LeaseWeb B.V. shall, without any further notice, effectively discontinue providing all of its services per 1 July 2012 if it has not timely received this deposit. I refer to clause 4.2 and 5.12 of the aforementioned agreement.

2. **Deposit for Remainder of Contract.** Additionally, please note that LeaseWeb B.V.'s credit policies and procedures require you to provide a deposit of an amount of EUR 277.109,07 no later than 9 July 2012. This deposit amount equals the amount of the monthly charges from 1 August 2012 toward the end of the term of aforementioned agreement. The continued provision of LeaseWeb B.V.'s services shall be conditional upon receipt of this deposit. We require you to provide this deposit by no later than 9 July 2012. I refer to clause 4.2 and 5.11 of aforementioned agreement.

Also note that we are still in the process of reviewing the questionnaires that you provided. Once both deposits are received in full, LeaseWeb B.V. shall assess the answers given in the questionnaires and further steps in an audit program shall be taken on the basis hereof. One issue that I am already notifying you of is that you indicated that the following entity is LeaseWeb B.V's customer: FF Magnat Ltd. Aforementioned agreement was entered into by Mr. G. Maksim in person and

LeaseWeb B.V. has not consented to the assignment of the agreement to FF Magnat Ltd or any other entity or person.

Please do not hesitate to contact me should you have any questions or queries.

Best regards,

Bob Rietjens

Senior Legal Counsel
T: +31 (0)20 316 2880
F: +31 (0)20 316 2890

P.O. Box 93054, 1090 BB Amsterdam, The Netherlands