# EXHIBIT B

黃 金 潘 黃 律 師 行

SOLICITORS
AGENT FOR TRADE MARKS AND PATENTS

All the correspondences and/or documents **must be delivered to our 16th Floor Office,** delivery to the 13th Floor office will not be accepted and will not constitute any acceptance or acknowledgement of receipt of such correspondences or documents.

| | | |
|---|---|---|
| Your Ref. | : | |
| 來函檔號 | : | |
| Our Ref. | : | CI/MW/ET/MW/55289/12 |
| 本行檔號 | : | |

| | | |
|---|---|---|
| Please Reply to | : | Mandy Wong/EmilyTang |
| Direct line | : | |
| Direct fax | : | |
| Date | : | 28th June 2012 |

To the Honourable Judge Navarro

Untied States District Court

State of Navada

Re: HSBC Business Direct Account No.:64-024354-838 under the name of FF Magnat Limited

We act for the registered holder of the above account, namely FF Magnat Limited.

Upon instructions form our client, our Ms. Wong Suk Mei, solicitors did call Ms. Levina Lee of the HSBC in the afternoon and asking whether they had received the order from United States of District Court, State of Nevada on 26th June 2012 ("the Order"). Ms. Lee of the HSBC confirmed that they had received the same and the same had been passed to their legal department for further handling. Our Ms. Wong then left her direct contact to Ms. Lee and informed Ms. Lee that should their legal department had any queries, they could call her direct.

Shortly after in or about 5 minutes, one lady informed that she was Bonnie ("Ms. Bonnie") from the legal department of HSBC telephoned our Ms. Wong, during which Ms. Bonnie acknowledged that they had a copy of the Order. However, Ms. Bonnie informed our Ms. Wong that HSBC frozen the above account pursuant to the order in Hong Kong instead of the Order. Ms. Bonnie also mentioned to our Ms. Wong that they would not release money to our client unless they obtained a order from the Hong Kong Court to vary the injunction order granted on 22nd June 2012 under HCMP1275 of 2012.

Yours faithfully,

(S.T.) Poon & Wong

**PARTNERS**

WONG HANG SHING        黃恆成 律師
LAU KIN WING, BENNY    劉建榮 律師

**ASSOCIATE**

LI WEN HWEI, GRACE     李文慧 律師

**CONSULTANTS**

POON SHING TEK              潘成達 律師
WONG SUK MEI               黃淑薇 律師
LO WAI YAN, WINNIE         盧蔚恩 律師
KAN ARTHUR YING KIT        簡英傑 律師

In Association with Messrs. B. Mak & Co.