IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Liberty Media Holdings, LLC, a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>FF Magnat Limited d/b/a Oron.com; Maxim Bochenko a/k/a Roman Romanov; and John Does 1-500,<br><br>Defendants. | Case No.: 2:12-cv-01057<br><br>**JOINT STIPULATION TO EXTEND HEARING DATE AND SUBMISSION DEADLINES RE HEARING ON ORDER TO SHOW CAUSE**<br><br>**AND ORDER** |

Plaintiff Liberty Media Holdings, LLC (hereinafter "Liberty") and Defendant FF Magnat Limited d/b/a Oron.com (hereinafter "Oron") (collectively "Parties) request a delay of the hearing currently scheduled for July 10, 2012, and, accordingly, a delay of the papers due prior to the hearing.

The parties have jointly stipulated to the following and submit it to the Court for approval:

    a.    The current Temporary Restraining Order shall be extended for thirty (30) days up to and including August 9, 2012, which is consented to by Oron.

    b.    The hearing scheduled for July 10, 2012, and the accompanying deadlines for paper submissions prior to the hearing, shall be postponed for thirty (30) days.

The Parties mutually agree to these terms and postponements and believe that they will facilitate attempts to narrow the issues in this matter or to come to a mutually beneficial resolution to the dispute.

Dated: July 3, 2012

Respectfully Submitted,

*[signature]*

Marc J. Randazza, Esq., NV Bar # 12265
Ronald D. Green, NV Bar # 7360
J. Malcolm DeVoy, NV Bar #11950
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
rlgall@randazza.com

Attorneys for Plaintiff, Liberty Media Holdings, LLC

Dated: July 3, 2012

*[signature]*

David S. Kahn, Esq., NV Bar #7038
Sheri M. Thome, Esq., NV Bar #8627
Wilson Elser Moskowitz Edelman & Dicker LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
702-727-1400
702-727-1401 (fax)
david.kahn@wilsonelser.com
sheri.thome@wilsonelser.com

Attorneys for Defendant, FF Magnat Limited

Having read the foregoing Stipulation of the parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the current Temporary Restraining Order shall be extended for thirty (30) days up to and including August 9, 2012.

**IT IS FURTHER ORDERED** that the hearing scheduled for July 10, 2012, and the accompanying deadlines for paper submissions prior to the hearing, shall be postponed for thirty (30) days, as follows:

The hearing scheduled for July 10, 2012 at 2:30 p.m. is hereby continued to August 9th, 2012, at the hour of 1:30 pm in Courtroom 7D of the United States District Court.

**IT IS FURTHER ORDERED** that Defendants' answering brief shall be filed not later than August 3rd, 2012, and Plaintiff's reply brief shall be filed not later than August 7th, 2012.

**DATED** this 3rd day of July, 2012.

_____
Gloria M. Navarro
United States District Judge