Michael D. Rounds
Nevada Bar No. 4734
Steven A. Caloiaro
Nevada Bar No. 12344
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511-2083
Telephone: (775) 324-4100
Facsimile: (775) 333-8171
E-Mail: mrounds@watsonrounds.com
E-Mail: scaloiaro@watsonrounds.com

Attorneys for Defendant Maxim Bochenko

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Liberty Media Holdings, LLC, A California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FF Magnat Limited d/b/a Oron.com; Maxim Bochenko a/k/a Roman Romanov; and John Does 1-500,<br><br>Defendants. | Civil Action No. 2:12-cv-01057-GMN-RJJ<br><br>**STIPULATION TO JOIN JOINT STIPULATION TO EXTEND TIME.** |

Plaintiff Liberty Media Holdings, LLC and Defendant Maxim Bochenko respectfully submits this stipulation to join the Joint Stipulation to Extend Hearing Date and Submission Deadlines regarding the hearing on Order to Show Cause (Doc. 28) filed by the Plaintiff and Co-Defendant Oron.com on July 3, 2012.

1
2  Dated: July 5, 2012                     By: /s/ Michael D. Rounds
3                                          Michael D. Rounds
                                           Nevada Bar No. 4734
4                                          Steven A. Caloiaro
                                           Nevada Bar. No. 12344
5                                          WATSON ROUNDS
                                           5371 Kietzke Lane
6                                          Reno, NV 89511-2083
7
                                           Attorneys for Defendant Bochenko
8
   Dated: July 5, 2012                     By: /s/ Marc Randazza
9                                          Marc J. Randazza, Esq.
10                                         Nevada Bar No. 12265
                                           Randazza Legal Group
11                                         6525 W. Warm Springs Rd., Ste. 100
                                           Las Vegas, NV 89118
12                                         888-667-1113
                                           rlgall@randazza.com
13
14                                         Attorneys for Plaintiff, Liberty Media Holdings,
                                           LLC.
15
16
17
18
   It is so ordered,
19
   DATED: _____
20
                                           _____
21                                         Honorable Gloria M. Navarro
                                           UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using this Court's CM/ECF System on July 5, 2012.

Dated:  July 5, 2012                                                     *s/ Marc J. Randazza*____
                                                                                          Marc J. Randazza, NV Bar #12265
                                                                                          Ronald D. Green, NV Bar #7360
                                                                                          J. Malcolm DeVoy, NV Bar #11950
                                                                                          Randazza Legal Group
                                                                                          6525 W. Warm Springs Road, Ste. 100
                                                                                          Las Vegas, NV 89118
                                                                                          888-667-1113; 305-437-7662 (fax)
                                                                                          rlgall@randazza.com