**RANDAZZA** | LEGAL GROUP

MARC J. RANDAZZA
Licensed to practice in
Massachusetts
California
Nevada
Arizona
Florida

RONALD D. GREEN
Licensed to practice in
Nevada

JASON A. FISCHER
Licensed to practice in
Florida
California
U.S. Patent Office

J. MALCOLM DEVOY
Licensed to practice in
Wisconsin
Nevada

BETH A. HUTCHENS
Licensed to practice in
Arizona
U.S. Patent Office

ALEX COSTOPOLOUS
Licensed to practice in
Florida

JONATHANE M. RICCI
Licensed to practice in
Michigan
Ontario, Canada
U.S. Tax Court

www.randazza.com

**Las Vegas**
6525 W. Warm Springs Rd
Suite 100
Las Vegas, NV 89118
Tel: 888.667.1113
Fax: 305.437.7662

**Miami**
2 S. Biscayne Boulevard
Suite 2600
Miami, FL 33131
Tel: 888.667.1113
Fax: 305.397.2772

**Phoenix**
1212 East Osborn
Suite 104
Phoenix, AZ 85014
Tel: 888.667.1113
Fax: 305.437.7662

**Toronto**
3230 Yonge Street
Suite 200
Toronto, ON M4N 3P6
Tel: 888.667.1113
Fax: 416.342.1761

Correspondence from:
Marc J. Randazza, Esq.
mjr@randazza.com

**Reply to Las Vegas Office
via Email or Fax**

July 2, 2012

<u>Via Fax Only</u>
+31 (0)20-316-2890

Bob Rietjens
Senior Legal Counsel at LeaseWeb
P.O. Box 93054
1090 BB Amsterdam
The Netherlands

> *Re: Liberty Media Holdings, LLC v. FF Magnat et al.*
> *D. Nevada 12-cv-01057*

Dear Mr. Rietjens:

This letter is you that Oron.com is on the eve of making a deal with us that will permit them to remit all payments you demanded in your June 26 letter.

Therefore, to the extent that you can take our word for it, we assure you that you are going to get paid, and we request that you do not cut Oron.com off from service due to non-payment.

Best regards,

Marc. J. Randazza

cc: Stevan Lieberman