# EXHIBIT C

# S. T. POON & WONG

潘 成 達
黃 恆 成  律 師 行

SOLICITORS
AGENT FOR TRADE MARKS AND PATENTS

香港中環德輔道中 161-167 號香港貿易中心 13 & 16 字樓
13TH & 16TH FLOOR, HONG KONG TRADE CENTRE,
161-167 DES VOEUX ROAD, CENTRAL, HONG KONG
TEL : 2545 6360   FAX : 2541 6478, 2851 3707
DX : 075010 Sheung Wan 1
All the correspondences and/or documents **must be delivered to our 16th Floor Office**, delivery to the 13th Floor office will not be accepted and will not constitute any acceptance or acknowledgement of receipt of such correspondences or documents.

| | | |
|---|---|---|
| Your Ref. 來函檔號 | : | RA/PW/1876-01/12 |
| Our Ref. 本行檔號 | : | CI/MW/ET/MW/55289/12 |

| | | |
|---|---|---|
| Please Reply to | : | Mandy Wong/Emily Tang |
| Direct line | : | 21112279 |
| Direct fax | : | |
| Date | : | 3rd July 2012 |

Messrs. Gall,
Solicitors,
Unit 302, 3rd Floor,
Dina House,
Ruttonjee Centre,
Hong Kong

**URGENT**

BY FAX (28017202) & BY HAND

Re: <u>HCMP 1275 OF 2012</u>

We refer to the above action.

We are instructed that our client had reached an amicable settlement and we now enclose herewith a draft consent summons for your consideration.

Should the same be agreeable to you, kindly treat the same as engrossment and let us have the same forthwith.

Your soonest attention and earliest reply will be highly appreciated.

Yours faithfully,

*[signature]*

S.T. Poon & Wong

---

PARTNERS
WONG HANG SHING    黃恆成 律師
LAU KIN WING, BENNY    劉建榮 律師

ASSOCIATE
LI WEN HWEI, GRACE    李文蕙 律師

CONSULTANTS
POON SHING TEK    潘成達 律師
WONG SUK MEI    黃淑薇 律師
LO WAI YAN, WINNIE    盧蔚恩 律師
KAN ARTHUR YING KIT    簡英傑 律師

In Association with Messrs. B. Mak & Co.

HCMP1275/2012

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

MISCELLANEOUS PROCEEDING NO.1257 of 2012

\*\*\*\*\*\*\*\*\*\*

BETWEEN

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC | PLAINTIFF |
| and | |
| FF MAGNAT LIMITED | DEFENDANT |

\*\*\*\*\*\*\*\*\*\*

## CONSENT SUMMONS

Order 21 of Rule of   )
High Court, Cap.4A   )

      LET ALL PARTIES concerned attend before the Honourable Mr. Justice          in Chambers (open to public) on          the          day of          2012 at          o'clock in          -noon on the hearing of a joint application by the Plaintiff and the Defendant for an Order by consent that:-

1. this action be discontinue;

2. the order made by the Deputy High Court Judge Carlson on 22nd June 2012 be discharged;

3. the hearing on the 6th July 2012 at 10:00 a.m be vacated; and

4. there be no order as to costs of this action and this application.

HCMP1275/2012

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

THE COURT OF FIRST INSTANCE

MISCELLANOUS PROCEEDING NO.1275 of 2012

\*\*\*\*\*\*\*\*\*\*

BETWEEN

LIBERTY MEDIA HOLDINGS, LLC    Plaintiff

and

FF MAGNAT LIMITED    Defendant

\*\*\*\*\*\*\*\*\*\*

mmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmm

CONSENT SUMMONS

mmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmm

Filed this        day of            2012.

S. T. POON & WONG
SOLICITORS
16TH FLOOR, HONG KONG TRADE CENTRE,
161-167 DES VOEUX RAOD,
CENTRAL, HONG KONG

REF: CI/MW/ET/MW/55289/12