Marc J. Randazza, NV Bar # 12265
Ronald D. Green, NV Bar # 7360
J. Malcolm DeVoy, NV Bar #11950
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
rlgall@randazza.com

Attorneys for Plaintiff,
Liberty Media Holdings, LLC

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Liberty Media Holdings, LLC, a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>FF Magnat Limited d/b/a Oron.com; Maxim Bochenko a/k/a Roman Romanov; and John Does 1-500,<br><br>Defendants. | Case No.: 2:12-cv-01057<br><br>**MOTION TO REPLACE ECF 17-2 AND ECF 17-3** |

   Plaintiff Liberty Media Holdings, LLC hereby requests the Court replace ECF 17-2 and ECF 17-3 with the attached documents. These earlier versions of the documents were redacted in a manner that allowed third parties to strip away the redaction. The attached documents rectify this. Liberty requests that the Court simply replace these documents to allow for easy reference of the record in the future.

   Correctly redacted versions of these documents appear at ECF 22-8 and ECF 22-9.

\\

Dated: July 6, 2012

Respectfully Submitted,

*s/Marc J. Randazza*

Marc J. Randazza, Esq., NV Bar # 12265
Ronald D. Green, NV Bar # 7360
J. Malcolm DeVoy, NV Bar #11950
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
rlgall@randazza.com

## **ORDER**

**IT IS SO ORDERED** this 7th day of July, 2012.

_____
Gloria M. Navarro
United States District Judge

# EXHIBIT A

**RANDAZZA** LEGAL GROUP

Correspondence from:
Marc J. Randazza, Esq.
mjr@randazza.com

Reply to Las Vegas Office
via Email or Fax

MARC J. RANDAZZA
Licensed to practice in
Massachusetts
California
Nevada
Arizona
Florida

RONALD D. GREEN
Licensed to practice in
Nevada

JASON A. FISCHER
Licensed to practice in
Florida
California
U.S. Patent Office

J. MALCOLM DEVOY
Licensed to practice in
Wisconsin
Nevada

BETH A. HUTCHENS
Licensed to practice in
Arizona
U.S. Patent Office

ALEX COSTOPOLOUS
Licensed to practice in
Florida

JONATHANE M. RICCI
Licensed to practice in
Michigan
Ontario, Canada
U.S. Tax Court

www.randazza.com

**Las Vegas**
6525 W. Warm Springs Rd
Suite 100
Las Vegas, NV 89118
Tel: 888.667.1113
Fax: 305.437.7662

**Miami**
2 S. Biscayne Boulevard
Suite 2600
Miami, FL 33131
Tel: 888.667.1113
Fax: 305.397.2772

**Phoenix**
1212 East Osborn
Suite 104
Phoenix, AZ 85014
Tel: 888.667.1113
Fax: 305.437.7662

**Toronto**
3230 Yonge Street
Suite 200
Toronto, ON M4N 3P6
Tel: 888.667.1113
Fax: 416.342.1761

*Settlement Privileged Communication*

June 22, 2012

<u>Via Fax Only</u>
202-625-7001

Stevan Lieberman
Greenberg & Lieberman
2141 Wisconsin Ave. NW, Suite C-2
Washington, D.C. 20007

*Re: Potential Settlement*

Dear Stevan:



[redacted]

6) Oron will pay Liberty a one-time payment of $500,000.[1]

**In exchange:**

[redacted]

Best regards,

Marc. J. Randazza

Encls.

---

[1] [redacted]

# EXHIBIT B

# GREENBERG & LIEBERMAN LLC

PATENTS • TRADEMARKS • COPYRIGHTS • DOMAIN NAMES
PROSECUTION • LITIGATION • ARBITRATION • LICENSING

Stevan H. Lieberman – MD, DC
Michael L. Greenberg – MD
Debora J. McCormick – DC

Of Counsel:
Honorable John Anderson

June 23, 2012

Randazza Legal Group
Marc Randazza
6525 W. Warm Springs Rd.
Suite 100
Las Vegas, NV 89118

By Fax: 305-437-7662
By Email: mjr@randazza.com

Re: ██████████

Dear Marc,

████████████████████████████████ However, it appears that Liberty Media was unwilling to negotiate the monetary amount in good faith, and instead requested an unreasonable amount, one that was more than the company itself is worth.

████████████████████████████████

2141 Wisconsin Avenue, N.W., Suite C-2 • Washington DC 20007 • Toll-Free: 888-275-2757
Phone: 202-625-7000 • Fax: 202-625-7001 • www.APLegal.com • info@APLegal.com

**GREENBERG & LIEBERMAN** LLC



I understand that this represents a significant reduction in the amount previously requested, but the amount previously requested represented far more money than Oron.com could possibly raise.

Sincerely

*Stevan Lieberman*

Stevan Lieberman