# Exhibit A

This website works best using cookies which are currently blocked. Allow cookies?   Allow | More Info

**REPORT CRIMINAL CONTENT** 



SEARCH

| HOME | ABOUT US | HOTLINE | SERVICES | MEMBERS | PARTNERSHIPS | ACCOUNTABILITY | RESOURCES |

- Remit, Vision and Mission
- Our Values
- IWF News
  - News Archive 2011
  - News Archive 2010
  - News Archive 2009
- IWF Blog
- 15th Anniversary
- IWF History
- Structure
- Contact Us

> T-Mobile has been a committed member of the IWF for over 5 years. We are strongly supportive of its effective self-regulatory model which is widely considered as a role model for other countries in Europe and has resulted in the IWF's excellent record of combating online child abuse content in the UK.
>
> Richard Moat, Managing Director, T-Mobile UK

Home » About Us » IWF News » ORON is first new Internet Watch Foundation Member of 2012

# ORON is first new Internet Watch Foundation Member of 2012

02 March 2012

ORON is the newest Member of the Internet Watch Foundation (IWF). They join over 100 companies from across the world to remove online child sexual abuse content wherever it is hosted.



ORON is a file hosting provider offering online storage, remote backup capacity, sophisticated uploading and downloading tools.

ORON provides its services to private citizens, business and professional users, ensures that their clients are at all times provided with exceptional customer service, state of the art security and personal approach to customer needs.

**Susie Hargreaves, IWF Chief Executive, said:** "IWF members fund our work to remove child sexual abuse content from the web. In turn we offer a range of services to Members to ensure their businesses are not exploited by inadvertently hosting criminal content and we are keen to help any company which may benefit from our 16 years of experience.

"By becoming a Member, ORON publically affirms its determination to remove online child sexual abuse content from their servers. I am therefore delighted to welcome them into membership and look forward to working with them to provide a safer online experience for their users".

### About ORON

ORON is a file sharing hosting company that provides its services to private individuals, business and professional users. ORON strives to maintain a status of high end file hosting service that meets or exceeds its customers expectations. ORON is continuously evolving following the realities of modern online environment and pride themselves on making a real difference in community at large by supporting noble causes with resources at its disposal.

### About the Internet Watch Foundation

The IWF was established in 1996 by the internet industry to provide the UK internet Hotline for the public and IT professionals to report criminal online content in a secure and confidential way. The Hotline service can be used anonymously to report content within our remit:

- child sexual abuse images hosted anywhere in the world;
- criminally obscene adult content hosted in the UK;
- non-photographic child sexual abuse images hosted in the UK.

The IWF is funded by the EU and Member companies from the online industry, including hosting providers, internet access providers, content providers, filtering companies, search providers, trade associations and the financial sector. Working together, and sharing relevant intelligence with law enforcement agencies and international Hotlines, this partnership approach aids the removal of online child sexual abuse content wherever it is hosted.

For information about becoming a member of the IWF please email: members@iwf.org.uk

Back to News Headlines

| About Us | Hotline | Services | Members | Partnerships | Accountability | Resources |
|---|---|---|---|---|---|---|
| Remit, Vision and Mission | The Laws | Removal | Membership Benefits | Police | IWF Status | Newsletter |
| Our Values | Assessment | Blocking | Self-regulation | INHOPE | Governance | Best Practice Guide |
| IWF News | Case Laws | Keywords | Funding Model | European Union | Strategy | Trends |
| IWF Blog | Report Process | Newsgroups | Funding Council | International | Consultations | Independent Report |
| 15th Anniversary | | | Member Area | Government | Annual Reports | Feedback Form |
| IWF History | | | | Donors | Complaints | Useful Links |
| Structure | | | | | Charity | Brand Guidelines |

This website works best using cookies which are currently blocked. Allow cookies?    Allow    More Info

    

Website Feedback | Accessibility | Terms of Use | Privacy Policy | Site Index

Copyright © 1996-2012. Internet Watch Foundation. All Rights Reserved. Web Design by Chameleon Studios.