# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Liberty Media Holdings, LLC, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FF Magnat Limited d/b/a Oron.com; Maxim Bochenko a/k/a Roman Romanov; and John Does 1-500,<br><br>Defendants. | Case No.: 2:12-cv-01057<br><br>**ORDER** |

Good cause being shown, Plaintiff Liberty Media Holdings, LLC's Motion to Extend Time to Oppose Defendant Bochenko's Motion to Dismiss is hereby GRANTED. Accordingly, Liberty's Opposition will be due twenty (20) days after the Court rules on the Motion to Enforce Settlement.

IT IS HEREBY ORDERED.

Dated: This 11 day of June, 2012

_____
Gloria M. Navarro
United States District Judge