**DAVID S. KAHN** (Nevada Bar No. 7038)
**SHERI M. THOME** (Nevada Bar No. 8627)
**J. SCOTT BURRIS** (Nevada Bar No. 010529)
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727.1400; FAX (702) 727-1401
david.kahn@wilsonelser.com
sheri.thome@wilsonelser.com
j.scott.burris@wilsonelser.com

**KENNETH E. KELLER** (CA Bar No. 71450) (*pro hac vice in process*)
**STAN G. ROMAN** (CA Bar. No. 87652) (*pro hac vice in process*)
**MICHAEL D. LISI** (CA Bar No. 196974) (*pro hac vice in process*)
**KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
 (415) 249-8330; FAX (415) 249-8333
kkeller@kksrr.com
sroman@kksrr.com
mlisi@kksrr.com

**STEVAN LIEBERMAN** (Washington, DC Bar No. 448218) (*pro hac vice in process*)
Greenberg & Lieberman, LLC
2141 Wisconsin Ave., NW Suite C2
Washington, DC 20007
(202) 625-7000; fax: 202-625-7001
stevan@APLegal.com

Attorneys for Defendant FF MAGNAT LIMITED

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC,  a California Corporation,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a/ ORON.COM; MAXIM BOCHENKO a/k/a/ ROMAN ROMANOV; and JOHN DOES 1 - 500.<br><br>Defendants. | Case No. CV 2:12-cv-01057 GMN-RJJ<br><br>**ERRATA TO DEFENDANT FF MAGNAT LIMITED'S OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>**Hearing:** Not yet set<br>**Time:** Not yet set<br>**Judge:** Hon. Gloria N. Navarro<br>**Courtroom:** 7D |

Without intending to waive any defenses it may have based on lack of personal jurisdiction, venue or improper service of the summons and complaint, Defendant FF Magnat Limited dba Oron.com ("Oron") submits the following Errata to Oron's Opposition to Plaintiff's Motion to Enforce Settlement Agreement.

On July 12, 2012, Oron filed its Opposition to Plaintiff's Motion to Enforce Settlement Agreement [dkt no. 44]. On page 4 and footnote 7 of that opposition brief, Oron erroneously stated that Plaintiff claimed to have obtained an order "freezing Oron's assets (HK$3,000,000) in Hong Kong," and that "the $3 million in Hong Kong is actually in Hong Kong dollars, not U.S. dollars and is approximately U.S.$386,700 at the current exchange rate." Upon further investigation, counsel for Oron has determined that that was an incorrect statement. The asset freeze order obtained by Plaintiff in Hong Kong was on "up to US$3,000,000." The amount frozen pursuant to this order was actually HKD $8,011,602 which converts to US $1,032,950, at the current exchange rate.

Dated: July 13, 2012                     Wilson Elser Moskowitz Edelman & Dicker LLP

By: _____/s/ David S. Kahn_____
            DAVID S. KAHN
            Attorneys for Defendant FF MAGNAT LIMITED

2

ERRATA TO DEFENDANT FF MAGNAT LIMITED'S OPPOSITION TO PLAINTIFF'S
MOTION TO ENFORCE SETTLEMENT AGREEMENT
CASE NO. 2:12-cv-01507 GMN-RJJ