UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

LIBERTY MEDIA HOLDINGS, LLC, a California Corporation,

Plaintiff(s),

vs.

FF MAGNAT LIMITED d/b/a/ ORON. COM; MAXIM BOCHENKO a/k/a/ ROMAN ROMANOV; and JOHN DOES 1

Defendant(s).

Case #2:12-cv-01507

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

FILING FEE IS $200.00

___Stevan Lieberman___, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

___Greenberg & Lieberman, LLC___
(firm name)

with offices at ___2141 Wisconsin Ave., NW Suite C2___,
(street address)

___Washington___, ___District of Columbia___, ___20007___,
(city)              (state)                  (zip code)

___202-625-7000___, ___stevan@aplegal.com___
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___FF Magnat Limited___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3. That since ___January 1, 2000___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___Maryland___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Pennsylvania | 12/19/1994 | |
| Washington, D.C. | October 2, 1995 | 448218 |
| State of Maryland Court of Appeals | 12/19/2000 | |
| USCA DC | 07/05/2000 | |
| US Supreme Court | 10/19/1998 | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations:

DC Bar Association, Maryland Bar Association, American Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev 12/11

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  District of Columbia  )
                                )
COUNTY OF _____DC_____        )

__Steven Lieberman__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__28th__ day of __June__, __2012__

_____
Notary Public or Clerk of Court

JOSHUA PETE KUSZMAUL
Notary Public, District of Columbia
My Commission Expires July 14, 2015

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___David S. Kahn___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__Wilson Elser Moskowitz Edelman & Dicker LLP, 300 South 4th St., 11th Floor__,
(street address)

__Las Vegas__, __Nevada__, __89101-6014__,
(city)       (state)       (zip code)

__702-727-1400__, __David.Kahn@wilsonelser.com__
(area code + telephone number)   (Email address)

4

Rev 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____David S. Kahn_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

7038              david.Kahn@wilsonesler.com
Bar number        Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11