**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LIBERTY MEDIA HOLDINGS, LLC, a California corporation,

    Plaintiff(s),

vs.

FF MAGNAT LIMITED, dba Oron.com; MAXIM BOCHENKO, dba Roman Romanov; and John Does 1-500

    Defendant(s).

Case # 2:12-cv-01057-GMN-RJJ

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

_____Anne E. Kearns_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Krieg, Keller, Sloan, Reilley & Roman LLP
(firm name)

with offices at _____555 Montgomery Street, 17th Floor_____,
(street address)

___San Francisco___, ___California___, ___94111___,
(city)           (state)          (zip code)

___(415) 249-8330___, ___akearns@kksrr.com___.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___FF MAGNAT LIMITED dba Oron.com___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3. That since ___July 1996___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___California___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, Northern District of CA | March 1999 | 183336 |
| U.S. District Court, Southern District of CA | April 1998 | 183336 |
| U.S. District Court, Central District of CA | June 1997 | 183336 |
| U.S. District Court, Eastern District of CA | May 2006 | 183336 |
| New York State | January 1994 | 2594042 |
| Maryland (inactive status) | June 1994 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

Rev. 12/11

1  6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give
2  particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations:

State Bar of California; New York State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| December 21, 2011 | John Doe v. The Lofts | 2nd Judicial District Court of State of Nevada, County of Washoe, Case No. CV11-02014 | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 12/11

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __California__ )
)
COUNTY OF __San Francisco__ )

__Anne E. Kearns__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__27th__ day of __June__, __2012__.

_____
Notary Public or Clerk of Court

TAMANI MOORE
Commission # 1909155
Notary Public - California
San Francisco County
My Comm Expires Oct 19, 2014

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __David S. Kahn__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__Wilson Elser Moskowitz Edelman & Dicker LLP, 300 South 4th Street, 11th Floor__,
(street address)

__Las Vegas__, __Nevada__, __89101-6014__,
(city) (state) (zip code)

__(702) 727-1400__, __David.Kahn@wilsonelser.com__.
(area code + telephone number) (Email address)

4

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____David S. Kahn_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

7038                          David.Kahn@wilsonelser.com
Bar number                    Email address

**APPROVED:**

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11



**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

October 12, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANNE ELIZABETH KEARNS, #183336 was admitted to the practice of law in this state by the Supreme Court of California on July 10, 1996; that at her request, on October 16, 1998, her name was changed to ANNE ELIZABETH CASTLE on the records of the State Bar of California; that at her request, on May 11, 2004 her name was changed to ANNE ELIZABETH KEARNS on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records