Marc J. Randazza, NV Bar # 12265
Ronald D. Green, NV Bar # 7360
J. Malcolm DeVoy, NV Bar #11950
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
rlgall@randazza.com

Attorneys for Plaintiff,
Liberty Media Holdings, LLC

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Liberty Media Holdings, LLC, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FF Magnat Limited d/b/a Oron.com; Maxim Bochenko a/k/a Roman Romanov; and John Does 1-500,<br><br>Defendants. | Case No.: 2:12-cv-01057<br><br>**NOTICE RE MOTION TO SEAL (ECF 32)** |

Liberty notifies the court that the Motion to Seal (ECF 32) and all documents requested to be sealed now appears to be moot; the Defendant filed the settlement agreement at ECF 44-2 without any redactions or any attempt to seal it.

\\

\\

\\

\\

| | |
|---|---|
| 1 | Dated: July 16, 2012 |
| 2 | |
| 3 | Respectfully Submitted, |
| 4 | |
| 5 | *s/Marc J. Randazza* |
| 6 | Marc J. Randazza, Esq., NV Bar # 12265 |
| | Ronald D. Green, NV Bar # 7360 |
| 7 | J. Malcolm DeVoy, NV Bar #11950 |
| | Randazza Legal Group |
| 8 | 6525 W. Warm Springs Rd., Ste. 100 |
| | Las Vegas, NV 89118 |
| 9 | 888-667-1113 |
| 10 | 305-437-7662 (fax) |
| | rlgall@randazza.com |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on July 16, 2012.

Dated: July 16, 2012

Respectfully Submitted,

_s/Marc J. Randazza_

Marc J. Randazza, Esq., NV Bar # 12265
Ronald D. Green, NV Bar # 7360
J. Malcolm DeVoy, NV Bar #11950
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
rlgall@randazza.com