# REPLY EXHIBIT 1

Print | Close Window

**Subject:** RE: Consent Summons in Liberty Media Holdings v. FF Magnat Limited, HCMP1275/2012
**From:** mjr@randazza.com
**Date:** Tue, Jul 03, 2012 4:16 pm
**To:** "Erika LMH" <erika@libertymediaholdings.com>, smwongm@gmail.com, "Peggy Wong" <peggywong@gallhk.com>, "Randall Arthur" <randallarthur@gallhk.com>, "Nick Gall" <nickgall@gallhk.com>
**Cc:** "Stevan Lieberman" <stevan@APLegal.com>

I think we need to put the brakes on this. While I am not certain, it appears that settlement is not going to happen, and Liberty is not consenting to any modification if that is the case.

This may change and we may get back on track, but it seems that right now, the settlement we brokered is going off the rails.

> -------- Original Message --------
> Subject: Consent Summons in Liberty Media Holdings v. FF Magnat Limited, HCMP1275/2012
> From: "Erika LMH" <erika@libertymediaholdings.com>
> Date: Tue, July 03, 2012 12:11 pm
> To: smwongm@gmail.com, "Peggy Wong" <peggywong@gallhk.com>, "Randall Arthur" <randallarthur@gallhk.com>, "Nick Gall" <nickgall@gallhk.com>
> Cc: "Stevan Lieberman" <stevan@APLegal.com>, "Marc Randazza" <mjr@randazza.com>
>
> Greetings,
>
> Attached please find a consent summons for Liberty Media Holdings, LLC v. FF Magnat Limited, HCMP1275/2012, and wire instructions for the Randazza Legal Group Trust Account, which will need to be provided to HSBC if all terms are consented and agreed to.
>
> Thank you,
>
> Erika

Copyright © 2003-2012. All rights reserved.

HCMP1275/2012

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

MISCELLANEOUS PROCEEDING NO. 1257 of 2012

**********

BETWEEN

LIBERTY MEDIA HOLDINGS, LLC PLAINTIFF

and

FF MAGNAT LIMITED DEFENDANT

**********

CONSENT SUMMONS

Order 21 of Rule of )
High Court Cap.4a )

LET ALL PARTIES concerned attend before the Honourable Mr. Justice in Chambers (open to public) on the day of 2012 ato'clock in -noon on the hearing of a joint application by the Plaintiff and Defendant for an Order by consent that:-

1. In order to facilitate the sincere settlement discussions the parties are currently engaged in, the parties jointly request the Court permit the requested items herein.

2. The hearing on the injunctive relief shall be postponed for thirty (30) days until 6th day of August, 2012.

3. The injunction shall continue during these thirty (30) days, subject to the following modification agreed to by the parties:

   a. HSBC shall disburse $550,000 USD to the Randazza Legal Group trust account (wire instructions are attached);

   b. HSBC shall disburse $50,000 USD to FF Magnat's attorneys;

   c. HSBC shall disburse 344.00 EUR to Leaseweb, B.V.;

   d. No other funds shall be disbursed without separate, written agreement of the parties.

HCMP1275/2012

IN THE HIGH COURT OF THE

HONG KONG SPECIAL ADMINISTRATIVE REGION

COURT OF FIRST INSTANCE

MISCELLANEOUS PROCEEDING NO. 1257 of 2012

**********

BETWEEN

LIBERTY MEDIA HOLDINGS, LLC PLAINTIFF

and

FF MAGNAT LIMITED DEFENDANT

**********

mmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmm

CONSENT SUMMONS

mmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmmm

Filed this day of 2012.