# KUPPENS DECLARATION EXHIBIT A

**Lolita** dog lover



538 mb

0:55:40 min

http://**oron**.com/ /**Lolita**-dog-lover.part1.rar.html
http://**oron**.com/ /**Lolita**-dog-lover.part2.rar.html
http://**oron**.com/ olita-dog-lover.part3.rar.html
http://**oron**.com/ /**Lolita**-dog-lover.part4.rar.html
http://**oron**.com/ /**Lolita**-dog-lover.part5.rar.html
http://**oron**.com/ /**Lolita**-dog-lover.part6.rar.html

# Lo 076 Amazing Russian lolita

Recommend:  +1  27k

 Tweet 0

f Share

Sponsored link:



## Download from Highspeed Mirror:

### Lo 076 Amazing [FAST DOWNLOAD]

 Highspeed



## Download now from oron:

### Lo 076 Amazing Russian lolita.avi

215 MB

 Download

Direct links:

http://oron.com/ /Lo_076_Amazing_Russian_lolita.avi.html



REPORT ABUSE

Copy to Clipboard

New! - Find any file needed