# KUPPENS DECLARATION EXHIBIT B



# Forumophilia

? FAQ    🔍 Search    👥 Usergroups    ☑ Register
👤 Profile    ✉ Log in to check your private messages    🔓 Log in

## TRASH

Goto page 1, **2**, 3, 4, 5, 6, 7, 8, 9 ... 372, 373, 374, 375, 376  Next

[newtopic]    www.forumophilia.com - PORN FORUM Forum Index -> TRASH

| Topics | Replies | Author | Views | Last Post |
|---|---|---|---|---|
| -:¦:-EXCELLENT JAV-:¦:-BEAUTIFUL GIRL COLLECTION-:¦:-<br>[ Goto page: 1, 2 ] | 28 | tieubaubau | 425 | Mon Jul 16, 2012 4:38 pm<br>tieubaubau |
| Panty, CloseUp, Tease, UpSkirt, Enjoy boy...<br>[ Goto page: 1 ... 96, 97, 98 ] | 1456 | NeShMara | 47462 | Mon Jul 16, 2012 4:36 pm<br>NeShMara |
| World Wide XXX Magazines<br>[ Goto page: 1 ... 50, 51, 52 ] | 779 | elDOraDOs123 | 18044 | Mon Jul 16, 2012 4:31 pm<br>elDOraDOs123 |
| Bondage, Pain, Domination - All kinds of BDSM<br>[ Goto page: 1 ... 6, 7, 8 ] | 117 | bilan | 1681 | Mon Jul 16, 2012 4:30 pm<br>bilan |
| Anonymous Interracial GloryHole Cocksucking<br>[ Goto page: 1 ... 25, 26, 27 ] | 394 | wwwseswww | 11533 | Mon Jul 16, 2012 4:28 pm<br>wwwseswww |
| [OR] Big Mouthfuls | Sexy girls 18-25 years old [HD720]<br>[ Goto page: 1 ... 14, 15, 16 ] | 235 | hdpronvids767 | 8306 | Mon Jul 16, 2012 4:03 pm<br>hdpronvids767 |
| Male slaves submit to female dominatione<br>[ Goto page: 1 ... 50, 51, 52 ] | 776 | tipple_x | 15814 | Mon Jul 16, 2012 3:17 pm<br>tipple_x |
| Bound girls suspended in metal restraints<br>[ Goto page: 1 ... 50, 51, 52 ] | 771 | tipple_x | 13810 | Mon Jul 16, 2012 3:14 pm<br>tipple_x |
| Sleeping Porn – Sleeping Sex - Sleeping Teen - Sleeping Bea<br>[ Goto page: 1 ... 50, 51, 52 ] | 778 | tipple_x | 34369 | Mon Jul 16, 2012 3:12 pm<br>tipple_x |
| Hot Babes WebCam (update)<br>[ Goto page: 1 ... 3, 4, 5 ] | 70 | plonyx | 2250 | Mon Jul 16, 2012 2:55 pm<br>plonyx |
| Michelle Hunziker / Elisabetta Canalis - bikini 2012 | 6 | plonyx | 1991 | Mon Jul 16, 2012 2:49 pm<br>plonyx |
| NAILS(LONG PLEASURE )<br>[ Goto page: 1 ... 24, 25, 26 ] | 382 | pirat07 | 33071 | Mon Jul 16, 2012 2:43 pm<br>pirat07 |
| Sleep Girls Drunk Run Time 29 Size 691 MB Resoluti<br>[ Goto page: 1 ... 29, 30, 31 ] | 462 | tipple_x | 14424 | Mon Jul 16, 2012 2:28 pm<br>tipple_x |
| Catfights, Female Wrestling<br>[ Goto page: 1 ... 51, 52, 53 ] | 788 | tipple_x | 48510 | Mon Jul 16, 2012 2:26 pm<br>tipple_x |
| FemDom handjob<br>[ Goto page: 1 ... 50, 51, 52 ] | 776 | tipple_x | 22816 | Mon Jul 16, 2012 2:24 pm<br>tipple_x |
| Rough Sex Collection<br>[ Goto page: 1 ... 50, 51, 52 ] | 774 | tipple_x | 22505 | Mon Jul 16, 2012 2:23 pm<br>tipple_x |
| Mature Men and Young Girl, Daddy and Babies<br>[ Goto page: 1 ... 75, 76, 77 ] | 1146 | Lyapandra | 78762 | Mon Jul 16, 2012 1:57 pm<br>Lyapandra |
| Bukkake Collection 2011-2012<br>[ Goto page: 1 ... 22, 23, 24 ] | 349 | vilya732 | 29458 | Mon Jul 16, 2012 1:48 pm<br>vilya732 |
| [ Poll ] Big black dick - monster cock - interracial<br>[ Goto page: 1 ... 97, 98, 99 ] | 1471 | sinners | 129022 | Mon Jul 16, 2012 1:21 pm<br>sinners |
| Domina Is Playing Rough With Sweet Little Teens<br>[ Goto page: 1 ... 11, 12, 13 ] | 186 | robinzon1 | 5388 | Mon Jul 16, 2012 1:12 pm<br>robinzon1 |
| ..::Rare Celebrity Hardcore and Softcore Videos Thread::.. 2<br>[ Goto page: 1 ... 100, 101, 102 ] | 1522 | tomdour | 534562 | Mon Jul 16, 2012 1:05 pm<br>tomdour |
| HD 1280x720 [penelopeblackdiamond.com] Penelope Black Diamon<br>[ Goto page: 1, 2, 3, 4 ] | 57 | swet30 | 979 | Mon Jul 16, 2012 12:43 pm<br>swet30 |
| Fuck me Big Busty bitch[Samantha38G,Update Every Day]<br>[ Goto page: 1 ... 5, 6, 7 ] | 93 | swet30 | 1468 | Mon Jul 16, 2012 12:39 pm<br>swet30 |
| Gold FEMDOM collection<br>[ Goto page: 1 ... 104, 105, 106 ] | 1588 | elvin | 188224 | Mon Jul 16, 2012 12:10 pm<br>elvin |
| [OR] Tug Jobs [HD720p]<br>[ Goto page: 1 ... 45, 46, 47 ] | 694 | olesya.maslenikova | 16310 | Mon Jul 16, 2012 10:32 am<br>olesya.maslenikova |
| Forced Sex / Rape (Fantasy) Videos Collection<br>[ Goto page: 1 ... 36, 37, 38 ] | 557 | mohanrao | 122589 | Mon Jul 16, 2012 10:14 am<br>mohanrao |
| "Spanking Hot Girls" Videos Collection<br>[ Goto page: 1 ... 69, 70, 71 ] | 1057 | mohanrao | 112144 | Mon Jul 16, 2012 9:26 am |

| Topic | Replies | Author | Views | Last Post |
|---|---|---|---|---|
| My Collection of Delicious Movies and Clips<br>[ Goto page: 1 ... 147, 148, 149 ] | 2227 | Kappiah98 | 207791 | Mon Jul 16, 2012 8:31 am<br>Kappiah98 |
| My Super AWESOME Homemade Picture Thread (updated daily!)<br>[ Goto page: 1, 2, 3, 4 ] | 55 | PsychoZeppelin | 1611 | Mon Jul 16, 2012 8:29 am<br>PsychoZeppelin |
| Sweet Little Teenage Girls<br>[ Goto page: 1 ... 33, 34, 35 ] | 522 | EasyMen | 49974 | Mon Jul 16, 2012 8:00 am<br>EasyMen |
| Celebrity photos they didn't want you to see | 11 | udinpetot | 670 | Mon Jul 16, 2012 7:45 am<br>udinpetot |
| [OR] Big Collection Models Masturbation<br>[ Goto page: 1 ... 31, 32, 33 ] | 483 | EasyMen | 41899 | Mon Jul 16, 2012 6:00 am<br>EasyMen |
| Extreme public piss/Extreme Piss/Amateur Pissen<br>[ Goto page: 1 ... 76, 77, 78 ] | 1159 | elvin | 189828 | Mon Jul 16, 2012 5:11 am<br>elvin |
| [OR] Clockwork Lesbian Sex<br>[ Goto page: 1 ... 31, 32, 33 ] | 486 | EasyMen | 25515 | Mon Jul 16, 2012 5:00 am<br>EasyMen |
| Adult JAV - Beautyfull girls - HOT Videos (Updated daily) | 6 | thangtinbikhung | 174 | Mon Jul 16, 2012 4:36 am<br>thangtinbikhung |
| Passionate Student Group Sex<br>[ Goto page: 1 ... 33, 34, 35 ] | 515 | EasyMen | 37774 | Mon Jul 16, 2012 4:00 am<br>EasyMen |
| Pornstars EU - Movies HD - update daily | 4 | thangtinbikhung | 111 | Mon Jul 16, 2012 3:32 am<br>thangtinbikhung |
| Guarantee A Good BDSM (HD)<br>[ Goto page: 1 ... 52, 53, 54 ] | 804 | PornoGigant | 36942 | Mon Jul 16, 2012 3:00 am<br>PornoGigant |
| Amateur Girls Love Black Meat (Homemade Interracial Vids)<br>[ Goto page: 1, 2, 3 ] | 36 | miaa_n | 776 | Mon Jul 16, 2012 2:06 am<br>miaa_n |
| [1 LINK] Pure amateurs getting nasty & naked !!!<br>[ Goto page: 1 ... 5, 6, 7 ] | 104 | miaa_n | 8597 | Mon Jul 16, 2012 1:57 am<br>miaa_n |
| [1 LINK] Pregnant girls get banged deep and hard!!!<br>[ Goto page: 1 ... 4, 5, 6 ] | 87 | miaa_n | 3049 | Mon Jul 16, 2012 1:48 am<br>miaa_n |
| [OR] Golden shower is very hot & tasty for them!!!<br>[ Goto page: 1 ... 5, 6, 7 ] | 104 | miaa_n | 3180 | Mon Jul 16, 2012 1:38 am<br>miaa_n |
| Sexy Girls Hardcore Collection | 9 | flipwilson42 | 83 | Mon Jul 16, 2012 12:29 am<br>flipwilson42 |
| Woodman Casting Girls [Oron]<br>[ Goto page: 1 ... 34, 35, 36 ] | 539 | mayak | 218485 | Sun Jul 15, 2012 11:26 pm<br>mayak |
| Hottest Asian Babes Doing<br>[ Goto page: 1 ... 59, 60, 61 ] | 904 | PornoGigant | 31650 | Sun Jul 15, 2012 11:00 pm<br>PornoGigant |
| Exclusive Teen Porn Movies<br>[ Goto page: 1 ... 59, 60, 61 ] | 914 | PornoGigant | 39628 | Sun Jul 15, 2012 10:00 pm<br>PornoGigant |
| Exhibitionist girls | 8 | sexypleasure | 357 | Sun Jul 15, 2012 9:42 pm<br>sexypleasure |
| The Fat Man's Shemale Posts - Updated<br>[ Goto page: 1 ... 17, 18, 19 ] | 272 | TheFatMan | 45111 | Sun Jul 15, 2012 9:10 pm<br>TheFatMan |
| Scenes of the real group porn<br>[ Goto page: 1 ... 71, 72, 73 ] | 1082 | stolstakan | 87920 | Sun Jul 15, 2012 9:05 pm<br>stolstakan |
| Watch Free Lesbian Sex Videos<br>[ Goto page: 1 ... 59, 60, 61 ] | 907 | PornoGigant | 26765 | Sun Jul 15, 2012 9:00 pm<br>PornoGigant |

Display topics from previous: All Topics   Go

newtopic   www.forumophilia.com - PORN FORUM Forum Index -> TRASH       All times are GMT

Goto page 1, 2, 3, 4, 5, 6, 7, 8, 9 ... 372, 373, 374, 375, 376  Next

Page 1 of 376       Moderator: Moderators

Jump to:  Select a forum    Go

New posts          No new posts          Announcement          You **cannot** post new topics in this forum
New posts [ Popular ]    No new posts [ Popular ]    Sticky               You **cannot** reply to topics in this forum
New posts [ Locked ]     No new posts [ Locked ]                          You **cannot** edit your posts in this forum
                                                                          You **cannot** delete your posts in this forum
                                                                          You **cannot** vote in polls in this forum



# Forumophilia

FAQ  Search  Usergroups  Register
Profile  Log in to check your private messages  Log in

## TRASH

Goto page Previous 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 … 372, 373, 374, 375, 376  Next

www.forumophilia.com - PORN FORUM Forum Index -> TRASH

| Topics | Replies | Author | Views | Last Post |
|---|---|---|---|---|
| Home Video (young couple, cameras, etc.)<br>[ Goto page: 1 … 78, 79, 80 ] | 1197 | stolstakan | 94521 | Sun Jul 15, 2012 9:00 pm<br>stolstakan |
| Young girls with men of all ages (update)<br>[ Goto page: 1 … 118, 119, 120 ] | 1790 | stolstakan | 162791 | Sun Jul 15, 2012 8:59 pm<br>stolstakan |
| Elite and little girls in all positions<br>[ Goto page: 1 … 60, 61, 62 ] | 929 | stolstakan | 122061 | Sun Jul 15, 2012 8:56 pm<br>stolstakan |
| Spam | 2 | mobidick | 18 | Sun Jul 15, 2012 7:33 pm<br>JosephDredd |
| [SubDESU-H] Sore Demo Tsuma o Aishiteru - 01-02 | 1 | hentais | 30 | Sun Jul 15, 2012 7:31 pm<br>JosephDredd |
| [MIDD-889] Hitomi Tanaka - Hitomi's JAV | 1 | thikjav | 54 | Sun Jul 15, 2012 7:29 pm<br>JosephDredd |
| Camfrog Girls……<br>[ Goto page: 1 … 21, 22, 23 ] | 334 | Jason_Seexy | 74558 | Sun Jul 15, 2012 7:00 pm<br>Liver |
| (ORON) BEST PREGNANT VIDEO update Every DAY<br>[ Goto page: 1, 2, 3, 4 ] | 52 | vedonero | 1633 | Sun Jul 15, 2012 6:20 pm<br>vedonero |
| Amateur,Milf video | 9 | Sexvideoos | 194 | Sun Jul 15, 2012 5:22 pm<br>Sexvideoos |
| Horny mature women<br>[ Goto page: 1 … 24, 25, 26 ] | 375 | Robinhood81 | 20023 | Sun Jul 15, 2012 2:29 pm<br>Robinhood81 |
| Cute teens love sex too<br>[ Goto page: 1 … 36, 37, 38 ] | 562 | Robinhood81 | 19905 | Sun Jul 15, 2012 1:48 pm<br>Robinhood81 |
| [DF]Amazing &Young Amateur Teens EU, American, Photos | 1 | nike184 | 65 | Sun Jul 15, 2012 1:24 pm<br>JosephDredd |
| Hard anal fisting<br>[ Goto page: 1 … 4, 5, 6 ] | 83 | alan333 | 3177 | Sun Jul 15, 2012 1:15 pm<br>alan333 |
| Milfs loves anal sex<br>[ Goto page: 1 … 4, 5, 6 ] | 82 | alan333 | 3463 | Sun Jul 15, 2012 1:11 pm<br>alan333 |
| Spy cam sex collection<br>[ Goto page: 1 … 7, 8, 9 ] | 129 | alan333 | 5690 | Sun Jul 15, 2012 11:56 am<br>alan333 |
| Collection of amateur videos<br>[ Goto page: 1 … 41, 42, 43 ] | 636 | Robinhood81 | 17438 | Sun Jul 15, 2012 11:10 am<br>Robinhood81 |
| Rychlyprachy,Megacasting..etc: CZECH Girls Fucking For MONEY<br>[ Goto page: 1 … 57, 58, 59 ] | 879 | astalavistia | 1270068 | Sun Jul 15, 2012 10:17 am<br>Poxypriest |
| For lovers of pissing<br>[ Goto page: 1 … 13, 14, 15 ] | 214 | Robinhood81 | 11646 | Sun Jul 15, 2012 9:07 am<br>Robinhood81 |
| Hidden camera in toilets, bedrooms, on the beaches<br>[ Goto page: 1 … 14, 15, 16 ] | 230 | Robinhood81 | 19892 | Sun Jul 15, 2012 8:34 am<br>Robinhood81 |
| Transsexual girls<br>[ Goto page: 1 … 12, 13, 14 ] | 203 | Robinhood81 | 8712 | Sun Jul 15, 2012 7:17 am<br>Robinhood81 |
| Girls give in anal<br>[ Goto page: 1 … 19, 20, 21 ] | 302 | Robinhood81 | 12239 | Sun Jul 15, 2012 2:37 am<br>Robinhood81 |
| Fetish Pet Girls<br>[ Goto page: 1 … 51, 52, 53 ] | 785 | darkskondor | 51907 | Sat Jul 14, 2012 8:36 pm<br>darkskondor |
| Extreme lactation and milky tits<br>[ Goto page: 1 … 19, 20, 21 ] | 312 | bims | 17330 | Sat Jul 14, 2012 8:17 pm<br>bims |
| Teen Pantyhose Mega Thread | 11 | ster74ster | 139 | Sat Jul 14, 2012 7:41 pm<br>ster74ster |
| Plushie,toys,doll,teddybear and girl<br>[ Goto page: 1 … 7, 8, 9 ] | 121 | pirat07 | 6619 | Sat Jul 14, 2012 6:38 pm<br>pirat07 |
| LKepler topic: Drunken girls have much more fun | 0 | lkepler | 103 | Sat Jul 14, 2012 5:48 pm<br>lkepler |
| Big girls - fat, big tits, big ass (update)<br>[ Goto page: 1, 2, 3, 4 ] | 46 | Mores17 | 2127 | Sat Jul 14, 2012 1:29 pm<br>Mores17 |

| | Topic | Replies | Author | Views | Last Post |
|---|---|---|---|---|---|
| | Hot Photos - Nudism, Naturism, Exhibitionism, Public, Street<br>[ Goto page: 1 ... 3, 4, 5 ] | 69 | Mores17 | 3792 | Sat Jul 14, 2012 12:18 pm<br>Mores17 |
| | Collection Photos of Mature Women and Milfs<br>[ Goto page: 1 ... 3, 4, 5 ] | 71 | Mores17 | 2129 | Sat Jul 14, 2012 12:06 pm<br>Mores17 |
| | Young Girl Hot Collection (update daily)<br>[ Goto page: 1, 2 ] | 26 | jeffxxx | 703 | Sat Jul 14, 2012 11:31 am<br>jeffxxx |
| | [OR][DF]2D Incest comix - big colection<br>[ Goto page: 1 ... 29, 30, 31 ] | 460 | taxi4444 | 17717 | Sat Jul 14, 2012 10:27 am<br>taxi4444 |
| | Topic hijacking | 0 | walderama | 33 | Sat Jul 14, 2012 10:08 am<br>walderama |
| | My Lifetime Mixed Tread | One by One Added (OR)<br>[ Goto page: 1, 2, 3 ] | 41 | masxara | 1488 | Sat Jul 14, 2012 9:02 am<br>masxara |
| | |Big Brother|Chix|SHAVED PUSSY|NUDE|FUCK|WANK|<br>[ Goto page: 1 ... 64, 65, 66 ] | 979 | sithlord69 | 712266 | Sat Jul 14, 2012 7:18 am<br>sithlord69 |
| | She has a wonderful form - REAL Amateur/ Russian chicks | 10 | LegendaMario23 | 893 | Sat Jul 14, 2012 3:53 am<br>LegendaMario23 |
| | Masturbating babes<br>[ Goto page: 1 ... 24, 25, 26 ] | 380 | Robinhood81 | 26343 | Sat Jul 14, 2012 1:09 am<br>Robinhood81 |
| | sorry my mistake. | 0 | ArZeNiC | 465 | Fri Jul 13, 2012 11:40 pm<br>ArZeNiC |
| | Nude Beach - Voyeur Cams - HD - Single Link<br>[ Goto page: 1 ... 13, 14, 15 ] | 212 | RoccoSifredi | 29238 | Fri Jul 13, 2012 11:38 pm<br>naefanne |
| | Favorite amateur videos from around the world daily updating | 4 | rusyuki | 240 | Fri Jul 13, 2012 10:44 pm<br>rusyuki |
| | More young Girls Fucking and Sucking everyday<br>[ Goto page: 1 ... 72, 73, 74 ] | 1096 | ivital | 54927 | Fri Jul 13, 2012 9:26 pm<br>Moderator |
| | Young Teen by MuhKuh ... Square Teens<br>[ Goto page: 1 ... 441, 442, 443 ] | 6634 | square | 9481544 | Fri Jul 13, 2012 6:24 pm<br>coax_k |
| | Topic hijacking | 0 | tepopo | 17 | Fri Jul 13, 2012 4:49 pm<br>tepopo |
| | Nude Fashion Models - Photoshoots / Oops | 11 | sindex | 163 | Fri Jul 13, 2012 3:31 pm<br>JosephDredd |
| | Photo Sets Collection (Update!!!)<br>[ Goto page: 1 ... 3, 4, 5 ] | 68 | alekslu | 5019 | Fri Jul 13, 2012 3:28 pm<br>alekslu |
| | Sexyaracely exclusive immortal videos ,nice girls. updated | 6 | rusyuki | 286 | Fri Jul 13, 2012 1:37 pm<br>rusyuki |
| | Hentai / Porno Big Games Mega Thread (Update Daily)<br>[ Goto page: 1 ... 19, 20, 21 ] | 314 | Sexymouse | 112312 | Fri Jul 13, 2012 1:07 pm<br>Superleo14 |
| | French Peee etc. Extreme Watersports & Facial Cumshots!<br>[ Goto page: 1 ... 39, 40, 41 ] | 611 | PornoLord | 71080 | Fri Jul 13, 2012 10:22 am<br>PornoLord |
| | Collection amateur porn video | 2 | alibobaevich | 124 | Fri Jul 13, 2012 9:15 am<br>JosephDredd |
| | Shemales & Ladyboys / Beautiful boys<br>[ Goto page: 1 ... 3, 4, 5 ] | 71 | podboq | 3278 | Fri Jul 13, 2012 9:02 am<br>JosephDredd |
| | Amateur Couple Webcams<br>[ Goto page: 1, 2, 3 ] | 44 | Ozzie | 856 | Fri Jul 13, 2012 1:54 am<br>Ozzie |

Display topics from previous: All Topics  Go

[newtopic]   www.forumophilia.com - PORN FORUM Forum Index -> TRASH                All times are GMT

Goto page Previous  1, 2, 3, 4, 5, 6, 7, 8, 9, 10 ... 372, 373, 374, 375, 376  Next
Page 2 of 376                                                                          Moderator: Moderators

Jump to:  Select a forum  Go

New posts | No new posts | Announcement
New posts [ Popular ] | No new posts [ Popular ] | Sticky
New posts [ Locked ] | No new posts [ Locked ] |

You **cannot** post new topics in this forum
You **cannot** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum