# EXHIBIT 1

Attorney's Fees regarding Motion to Seal, Motion to Enforce, and Motion for Fees

| Date | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|
| **Jay DeVoy** | | | | | | |
| 07/03/2012 | Review of materials regarding 30-day stipulation and other matters potentially concluding litigation. Review and file executed stipulation filed in D. Nev. | $325.00 hr | 0.3 | 0.3 | $97.50 | 0 |
| 07/04/2012 | Discuss status of HK action and settlement with Oron/Bochenko with RDG and MJR. | $0 hr | 0.4 | 0 | $0.00 | 0.4 |
| 07/06/2012 | Review of Motion to Seal, Motion to Enforce Settlement and Motion for Attorney's Fees. | $325.00 hr | 0.3 | 0.3 | $97.50 | 0 |
| 07/09/2012 | Review and analyze latest filing by Oron; discuss with RDG and e-mail observations to MJR and litigation team. | $325.00 hr | 0.4 | 0.4 | $130.00 | 0 |
| 07/09/2012 | Receive update on reply to opposition from RDG and MJR; discuss strategy and potential other materials needed with RDG. | $325.00 hr | 0.4 | 0.4 | $130.00 | 0 |
| 07/10/2012 | Review of recent filing (reply to response on motion to seal) and exhibits. | $325.00 hr | 0.3 | 0.3 | $97.50 | 0 |
| 07/11/2012 | Review of letter sent to HK counsel by Oron.com's HK attorneys. | $325.00 hr | 0.1 | 0.1 | $32.50 | 0 |
| 07/12/2012 | Confer with MJR and RDG regarding reply ISO motion to enforce settlement; search for info connecting illegal content to Oron; contact Nate Glass and Eric Green regarding same and begin preparing declarations to same effect. | $325.00 hr | 1.5 | 1.5 | $487.50 | 0 |

Attorney's Fees regarding Motion to Seal, Motion to Enforce, and Motion for Fees

| Date | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|
| 07/12/2012 | Review of D. Nev. local rules and e-mail to RDG/MJR based on prior knowledge of Lieberman practices. | $325.00 hr | 0.1 | 0.1 | $32.50 | 0 |
| 07/12/2012 | Research on contract interpretation in enforcement motions for CA and NV. | $325.00 hr | 0.4 | 0.4 | $130.00 | 0 |
| 07/13/2012 | E-mail exchange with E. Dillon, MJR regarding evidence gathering for Oron content. | $325.00 hr | 0.1 | 0.1 | $32.50 | 0 |
| 07/13/2012 | Conference call and review of errata with MJR and RDG; review of evidence and correspond with E. Dillon regarding utility/significance. | $325.00 hr | 0.9 | 0.9 | $292.50 | 0 |
| 07/13/2012 | Review, analyze and apply evidence and complete draft for Nate Glass; submit materials to E. Dillon for review. | $325.00 hr | 1.2 | 1.2 | $390.00 | 0 |
| 07/13/2012 | Research on enforcement of settlement agreements and construction of "term sheets" versus agreements themselves. Review five dozen+ cases from NV, CA, AZ and WA for relevant precedent. | $325.00 hr | 1.7 | 1.7 | $552.50 | 0 |
| 07/16/2012 | Additional research and format Green declaration into complete draft form; submit to MJR and E. Dillon. | $325.00 hr | 1.6 | 1.6 | $520.00 | 0 |
| 07/16/2012 | Exchange messages with MJR and John Krieger regarding motion to enforce settlement agreement. | $325.00 hr | 0.1 | 0.1 | $32.50 | 0 |
| 07/16/2012 | Follow up e-mails with E. Dillon; further research regarding drafted declarations. | $325.00 hr | 0.1 | 0.1 | $32.50 | 0 |

Attorney's Fees regarding Motion to Seal, Motion to Enforce, and Motion for Fees

| Date | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|
| 07/17/2012 | Discuss with RDG status of reply brief, other potentially needed materials. | $325.00 hr | 0.1 | 0.1 | $32.50 | 0 |
| 07/17/2012 | Review of Glass/Green revisions from MJR and updated exhibits. Finalize declarations and submit to witnesses with instructions for completion and return. | $325.00 hr | 0.5 | 0.5 | $162.50 | 0 |
| 07/18/2012 | Follow-up via e-mail with Glass and Green regarding declarations. | $325.00 hr | 0.1 | 0.1 | $32.50 | 0 |
| 07/18/2012 | Review and revise Glass declaration; exchange e-mails with Nate Glass and submit edits to MJR/E. Dillon for review and approval. | $325.00 hr | 0.2 | 0.2 | $65.00 | 0 |
| 07/18/2012 | E-mail exchanges with Eric Green regarding declaration; apprise MJR and E. Dillon of same. | $325.00 hr | 0.2 | 0.2 | $65.00 | 0 |
| 07/18/2012 | Follow up with Eric Green and submit finished declaration; correspond with E. Dillon about proposed edits to Glass declaration. | $325.00 hr | 0.1 | 0.1 | $32.50 | 0 |
| 07/18/2012 | Review e-mails from E. Dillon and make further revisions to Glass Decl.; e-mail to witness with explanation and directions. | $325.00 hr | 0.3 | 0.3 | $97.50 | 0 |
| 07/19/2012 | Review documents submitted by Nate Glass and transmit to client for use and organization. | $325.00 hr | 0.1 | 0.1 | $32.50 | 0 |
| 07/23/2012 | Confer with MJR regarding 1927 sanctions; review extant research and submit to MJR for review and analysis. | $325.00 hr | 0.1 | 0.1 | $32.50 | 0 |
| | | | 11.6 | 11.2 | $3,640.00 | 0.4 |

Attorney's Fees regarding Motion to Seal, Motion to Enforce, and Motion for Fees

| Date | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|
| **Laura Tucker** | | | | | | |
| 07/12/2012 | Review opposition to motion to enforce settlement and opposition to fees. | $125.00 hr | 0.2 | 0.2 | $25.00 | 0 |
| | | | **0.2** | **0.2** | **$25.00** | **0** |
| **Marc Randazza** | | | | | | |
| 07/05/2012 | Drafting documents for HK hearing. Calls with HK counsel. Call with opposing counsel. Drafting motion to seal and motion to enforce settlement. Calls with investigators. Calls with co-counsel on case. Filing stipulations for extensions of time and call with management regarding collaboration and settlement negotiations. | $500.00 hr | 5.3 | 5.3 | $2,650.00 | 0 |
| 07/09/2012 | Meeting with client executives regarding recent developments in case and strategy session with exec team. | $500.00 hr | 1 | 1 | $500.00 | 0 |
| 07/10/2012 | Drafting new version of reply brief regarding motion to seal and finalize same. | $500.00 hr | 3 | 3 | $1,500.00 | 0 |
| 07/12/2012 | Receipt and review of additional pleadings by opponents. Drafting of Reply briefing. | $500.00 hr | 3 | 3 | $1,500.00 | 0 |
| 07/15/2012 | Call with investigator regarding declaration for Reply re Motion to Enforce. | $500.00 hr | 0.7 | 0.7 | $350.00 | 0 |
| 07/16/2012 | Reviewing and revising reply re Motion to Enforce. | $500.00 hr | 1.1 | 1.1 | $550.00 | 0 |

Attorney's Fees regarding Motion to Seal, Motion to Enforce, and Motion for Fees

| Date | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|
| 07/17/2012 | Reviewing and revising declarations in support of the Motion to Enforce settlement; working with JMD and paralegal to send finalized versions to declarants. | $500.00 hr | 0.8 | 0.8 | $400.00 | 0 |
| 07/18/2012 | Reviewing, revising and updating reply on Motion to Enforce; reviewing and approving exhibits to reply. | $500.00 hr | 1.5 | 1.5 | $750.00 | 0 |
| 07/19/2012 | Performing additional edits of Motion to Enforce; reviewing and updating exhibits and legal standards. | $500.00 hr | 1.7 | 1.7 | $850.00 | 0 |
| 07/20/2012 | Additional reviews and edits of the Motion to Enforce; further review of exhibits and declarations. | $500.00 hr | 1.5 | 1.5 | $750.00 | 0 |
| | | | 19.6 | 19.6 | $9,800.00 | 0 |

**Ron Green**

| Date | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|
| 07/05/2012 | Discuss and analyze asking for attorneys' fees in motion to enforce settlement with M. Randazza. | $400.00 hr | 0.2 | 0.2 | $80.00 | 0 |
| 07/05/2012 | Review and revision of Motion to Enforce Settlement. | $400.00 hr | 0.2 | 0.2 | $80.00 | 0 |
| 07/06/2012 | Review and analysis of documents filed under seal re: enforcing settlement. | $400.00 hr | 0.5 | 0.5 | $200.00 | 0 |
| 07/09/2012 | Review and revision of Corbin Fisher Reply re: Motion to Seal. Email to M. Randazza re: same. | $400.00 hr | 0.4 | 0.4 | $160.00 | 0 |

Attorney's Fees regarding Motion to Seal, Motion to Enforce, and Motion for Fees

| Date | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price | Non-Billable Time |
|---|---|---|---|---|---|---|
| 07/09/2012 | Review Oron's Opposition to Motion to File Under Seal and exhibits attached thereto. Lengthy conference re: same with M. Randazza. | $400.00 hr | 0.9 | 0.9 | $360.00 | 0 |
| 07/20/2012 | Strategy discussion with M. Randazza re: lawsuit going forward. | $400.00 hr | 0.3 | 0.3 | $120.00 | 0 |
| | | | 2.5 | 2.5 | $1,000.00 | 0 |
| | | **Grand Total** | 33.9 | 33.5 | $14,465.00 | 0.4 |