**DAVID S. KAHN** (Nevada Bar No. 7038) david.kahn@wilsonelser.com
**SHERI M. THOME** (Nevada Bar No. 8627) sheri.thome@wilsonelser.com
**J. SCOTT BURRIS** (Nevada Bar No. 010529) j.scott.burris@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
T: (702) 727.1400; Fax: (702) 727-1401

**KENNETH E. KELLER** (CA Bar No. 71450) (*pro hac vice in process*) kkeller@kksrr.com
**STAN G. ROMAN** (CA BAR. NO. 87652) (*pro hac vice in process*) sroman@kksrr.com
**MICHAEL D. LISI** (CA Bar No. 196974) (*pro hac vice in process*) mlisi@kksrr.com
**KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP**
555 Montgomery Street, 17th Floor
San Francisco, CA  94111
T: (415) 249-8330; Fax: (415) 249-8333

**STEVAN LIEBERMAN** (Wash, DC Bar No. 448218) (*pro hac vice in process*) stevan@APLegal.com
**GREENBERG & LIEBERMAN, LLC**
2141 Wisconsin Ave., NW Suite C2
Washington, DC  20007
T: (202) 625-7000; Fax: 202-625-7001

Attorneys for Defendant FF MAGNAT LIMITED

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, a California Corporation,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a/ ORON.COM; MAXIM BOCHENKO a/k/a/ ROMAN ROMANOV; and JOHN DOES 1 - 500.<br><br>Defendants. | Case No. CV 2:12-cv-01057 GMN-RJJ<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT FF MAGNAT LIMITED'S MOTION TO DISMISS COMPLAINT**<br><br>Judge:         Hon. Gloria M. Navarro<br>Courtroom:  7D |

Pursuant to Federal Rule of Evidence 201, Defendant FF Magnat Limited, respectfully requests that the Court take judicial notice of the following document, a true and correct copy of which is attached hereto:

**EXHIBIT A**: Order dated December 14, 2011, in the case of *Liberty Media Holdings, LLC v. Sergej Letyagin, d/b/a Sunporno.com*, Case Number 11-62107-CV-WILLIAMS (S.D. Fla. 2011).

Dated: July 30, 2012                                   Krieg, Keller, Sloan, Reilley & Roman LLP


                                              By: _____/s/ Kenneth E. Keller_____
                                                     Kenneth E. Keller
                                                     Attorneys for Defendant FF MAGNAT LIMITED

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT FF MAGNAT LIMITED'S
MOTION TO DISMISS COMPLAINT
CASE NO. 2:12-cv-01057 GMN-RJJ