Michael D. Rounds
Nevada Bar No. 4734
Steven A. Caloiaro
Nevada Bar No. 12344
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV  89511-2083
Telephone:     (775) 324-4100
Facsimile:      (775) 333-8171
E-Mail:          mrounds@watsonrounds.com
E-Mail:          scaloiaro@watsonrounds.com

Attorneys for Defendant Maxim Bochenko

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Liberty Media Holdings, LLC, A California Corporation<br><br>                 Plaintiff,<br><br>        v.<br><br>FF Magnat Limited d/b/a Oron.com; Maxim Bochenko a/k/a Roman Romanov; and John Does 1-500,<br><br>                 Defendants.<br>_____/ | Civil Action No. 2:12-cv-01057-GMN-RJJ<br><br>**JOINDER IN DEFENDANT FF MAGNAT LIMITED'S OPPOSITION TO REQUEST FOR EVIDENTIARY HEARING** |

COMES NOW Maxim Bochenko, a Florida Resident, and by and through his counsel of record, Watson Rounds, a professional corporation, and hereby joins in the Opposition to Plaintiff's request for evidentiary hearing (Doc. #75) filed by Defendant FF Magnat Limited.[1]

It is respectfully requested that this honorable Court deny Plaintiff's request for the evidentiary hearing.

---

[1] In filing this joinder, Maxim Bochenko does not intend to waive any defense based on lack of personal jurisdiction Mr. Bocehnko is appearing specially, and is therefore not waiving any right to challenge jurisdiction. Mr. Bochenko has already filed a motion to dismiss under Federal Rules of Civil Procedure Rule 12(b) challenging personal jurisdiction. (Doc. # 21).  An opposition to a preliminary injunction motion under these circumstances does not constitute a waiver. *See Hendricks v. Bank of America, N.A.*, 408 F.3d 1127, 1135 (9th Cir. 2005).

Dated:  August 2, 2012 　　　　　　　　　By: /s/ Michael D. Rounds
　　　　　　　　　　　　　　　　　　　　　　Michael D. Rounds
　　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 4734
　　　　　　　　　　　　　　　　　　　　　　Steven A. Caloiaro
　　　　　　　　　　　　　　　　　　　　　　Nevada Bar. No. 12344
　　　　　　　　　　　　　　　　　　　　　　WATSON ROUNDS
　　　　　　　　　　　　　　　　　　　　　　5371 Kietzke Lane
　　　　　　　　　　　　　　　　　　　　　　Reno, NV  89511-2083

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Bochenko

## CERTIFICATE OF SERVICE

　　　　Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Watson Rounds, and that on this date, a copy of the foregoing **JOINDER IN DEFENDANT FF MAGNAT LIMITED'S OPPOSITION TO REQUEST FOR EVIDENTIARY HEARING** has been served upon counsel of record registered in this matter via the District of Nevada's ECF procedure.

Dated:  August 2, 2012 　　　　　　　　　By: /s/ Carla Ousby
　　　　　　　　　　　　　　　　　　　　　　An Employee of Watson Rounds

2