Marc J. Randazza, NV Bar # 12265
Ronald D. Green, NV Bar # 7360
J. Malcolm DeVoy, NV Bar #11950
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
rlgall@randazza.com

Attorneys for Plaintiff,
Liberty Media Holdings, LLC

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Liberty Media Holdings, LLC, a California Corporation<br><br>Plaintiff,<br><br>vs.<br><br>FF Magnat Limited d/b/a Oron.com; Maxim Bochenko a/k/a Roman Romanov; and John Does 1-500,<br><br>Defendants. | Case No.: 2:12-cv-01057<br><br>**REPLY TO DEFENDANT MAXIM BOCHENKO'S JOINDER [ECF 77]** |

    Plaintiff Liberty Media Holdings, LLC contests Defendant Maxim Bochenko's joinder.  If Bochenko was truthful in his sworn declaration (ECF 21-1), the preliminary injunction should have little effect on him.  The preliminary injunction pertains primarily to the Defendant FF Magnat Limited, its funds, and its operation of the Oron.com website and associated websites.  While the Court ordered Mr. Bochenko's accounts frozen (ECF 13), Plaintiff has yet to locate any of Mr. Bochenko's accounts and provide the institutions managing those accounts with the Court Order and Mr. Bochenko has not volunteered that information.  Given that Mr. Bochenko claims that he "has never worked for or been employed by FF MAGNAT LIMITED or any affiliated company,"

he should have little to no interest in the preliminary injunction or its effects.  ECF 21-1 ¶ 8. Plaintiff also finds it curious that Mr. Bochenko seems to have no interest in the enforcement of the settlement agreement (ECF 44-2) – an agreement that would allow him to be removed from the case without proving any considerations whatsoever to the Plaintiff.

That said, on July 24, 2012, the Plaintiff received a package of documents from a Mr. Oleg Karapetian, which appear to conclusively demonstrate that Mr. Bochenko has perjured himself, and that Bochenko is a key contact person in the Oron organization.  He was cagey in his declaration, stating that he is not an "employee … [or] owner…." Meanwhile, he apparently has an overwhelming amount of control over Oron's operations, billing, payment processing, and other advertising.  Whatever his title is, he seems to clearly be a driving force behind many of Oron's operations.  When Mr. Karapetian can be located to authenticate the documents, or when Bochenko sits for a deposition, they will be made of record in this case.

While Plaintiff will defer to the Court's wishes on the matter, the Court should not reject Plaintiff's request because of Defendant Bochenko's joinder.

Dated: August 3, 2012

Respectfully Submitted,

 *s/Marc J. Randazza*  
Marc J. Randazza, Esq., NV Bar # 12265  
Ronald D. Green, NV Bar # 7360  
J. Malcolm DeVoy, NV Bar #11950  
Randazza Legal Group  
6525 W. Warm Springs Rd., Ste. 100  
Las Vegas, NV 89118  
888-667-1113  
305-437-7662 (fax)  
rlgall@randazza.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed using this Court's CM/ECF system on August 3, 2012.

Dated: August 3, 2012

                                            Respectfully Submitted,

                                            *s/Marc J. Randazza*

Marc J. Randazza, Esq., NV Bar # 12265
Ronald D. Green, NV Bar # 7360
J. Malcolm DeVoy, NV Bar #11950
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
rlgall@randazza.com