# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Liberty Media Holdings LLC

                      Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

FF Magnat Limited d/b/a Oron.com;
Maxim Bochenko a/k/a roman Romanov

Case Number: 2:12-cv-01057-GMN -RJJ

                      Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

judgment is hereby entered in favor of Plaintiff in the amount of $550,000.00 and against Defendant "FF Magnat Limited, d/b/a Oron.com", and execution of that amount shall be issued forthwith.

August 7, 2012                                                        /s/ Lance S. Wilson

Date                                                              Clerk

                                                                              /s/ Molly Morrison

                                                                       (By) Deputy Clerk