# EXHIBIT A

**Print** | **Close Window**

**Subject:** Re: Oron.com real owner
**From:** Jason Voorhees
**Date:** Sun, Aug 05, 2012 11:40 pm
**To:** mjr@randazza.com

Hello Marc,

I have information that Oron owner (Fedor) put oron.com site down in order to simulate "loss of business" in court. Their servers with data are still in Leasweb data center. Just have court to make a query to the Leaseweb if that's possible.
Now Fedor is looking for the way how to get his money (approx 2M) back, he do not care about the site anymore (they're running new site novafile.com).

2012/7/20 Jason Voorhees
  http://www.xbiz.com/news/151346
  That's all fake. Like I said before, real owner is Fedor Goncharov. He's living in Hannover, Germany. I talked with him several times.
  Here's his contact info: http://firma-24.de/fedor-goncharov-viahof-gmbh-hengstmannstra%C3%9Fe-hannover

  And yes, that's true that he also own pornbb.org and forumophilia.com porn forums.

  2012/6/29 <mjr@randazza.com>

   Do you know anything about Maxim Bochenko?

   -------- Original Message --------
   Subject: Oron.com real owner
   From: Jason Voorhees
   Date: Thu, June 28, 2012 6:04 am
   To: rlgall@randazza.com, mjr@randazza.com

   Hello Marc,

   I've heard that you're currently working on Oron.com case and I have some information to share with you.

   I know who is the real owner of that site. That's one person, not group. He's Russian guy living in Germany, Hannover.
   He have few Russian guys (they are russians, but some of them living outside russia) working on site maintenance (programmers, admins, etc).
   Here's information about him:

     Fedor Goncharov
     Hengstmannstraße 7
     Hannover, 30449

     Phone: :+49 171 9080584

     His emails:
     nooooc@gmail.com

parado@gmail.com

I also know that he have birthday 11 Dec 1980.

I dont have 100% proof of my words, but this information can be confirmed from several online sources:

1) pornbb.org whois leaked some time ago: http://www.wjunction.com/677229-post47.htm (he also own it and several other top porno forums).
2) plimus account of oron.com was registered on his name: http://community.plimus.com/ecommerce/users/oron
3) oron.com domain were running under dovedo.com registrar which was owned by Fedor as well.

Feel free to contact me with questions, but keep in mind that I would like to stay anonymous.
Hope that will help to close this site.

Thanks
Jas

Copyright © 2003-2012. All rights reserved.