# EXHIBIT B

**Attachment A**
**Oron Accounts**

1. PayPal (paypal.com)
2. PaymentWall (http://www.paymentwall.com/)
3. MicroPayment (https://www.micropayment.ch/)
4. CCBill (http://www.ccbill.com/) may have a negative balance even but I guess that doesn't really matter.
5. Payza, ex AlertPay (https://www.payza.com/)
6. PaySpace (payspace.lv)
7. AcquiroPay (http://acquiropay.com/)
8. DaoPay (http://www.daopay.com/)
9. HSBC Hong Kong Bank