**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Liberty Media Holdings, LLC, a California Corporation )<br><br>Plaintiff, )<br><br>vs. )<br><br>FF Magnat Limited d/b/a Oron.com; Maxim Bochenko a/k/a Roman Romanov; and John Does 1-500, )<br><br>Defendants. ) | Case No.: 2:12-cv-01057<br><br>**[PROPOSED] SUPPLEMENTAL WRIT OF EXECUTION** |

TO PAY PAL, INC.:

On August 7, 2012, a Judgment was entered in the docket of the above-entitled Court and action in favor of Liberty Media Holdings, LLC as Judgment Creditor, and against FF Magnat Limited as Judgment Debtor, for $550,000.00 principal, making a total of $550,000.00 judgment as entered.

No payment nor partial satisfaction existing, the net balance of $550,000.00 is actually due to Liberty Media Holdings, LLC.

YOU ARE THEREFORE COMMANDED to satisfy the said Judgment as provided by law, from the PayPal account belonging to Judgment Debtor FF Magnat Limited to the trust account of counsel for the Judgment Creditor, Liberty Media Holdings, LLC, and make return of this writ within not less than ten (10) nor more than sixty (60) days after your receipt thereof.

Dated: August ___, 2012

_____

Hon. Gloria M. Navarro