FILED

AUG 24 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: FF MAGNAT LIMITED. | No. 12-72708 |
| FF MAGNAT LIMITED, | D.C. No. 2:12-cv-01057-GMN<br>District of Nevada,<br>Las Vegas |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS, | |
| Respondent, | |
| LIBERTY MEDIA HOLDINGS, LLC, | |
| Real Party in Interest. | |

Before: SCHROEDER, TASHIMA, and BERZON, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

jp/MOATT

The emergency motion for a stay pending review of the district court's orders freezing petitioner's assets and directing disbursement of funds is denied as moot.

No further filings shall be accepted in this closed case.

**DENIED**.