MARK G. TRATOS, ESQ. (Bar No. 1086)
TratosM@gtlaw.com
Laraine M. I. Burrell, Esq. (Bar No. 8771)
burrelll@gtlaw.com
PETER H. AJEMIAN, ESQ., (Bar No. 9491)
AjemianP@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Liberty Media Holdings, LLC, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FF Magnet Limited d/b/a Oron.com; Maxim Bochenko a/k/a Roman Romanov; and John Does 1-500,<br><br>Defendants. | Case No.: 2:12-cv-01057-GMN-RJJ<br><br>**SUBSTITUTION OF ATTORNEY** |

Plaintiff Liberty Media Holdings, LLC, a California Corporation, hereby appoints Mark G. Tratos, Laraine M.I. Burrell and Peter H. Ajemian of GREENBERG TRAURIG, LLP, as their counsel of record in this matter in the place of RANDAZZA LEGAL GROUP.

DATED this 31 day of August, 2012.

Liberty Media Holdings, LLC

By: Jason Gibson
Its: Chief Executive Officer

Page 1 of 3

419,484,441 1 999976.000087

## ACCEPTANCE OF SUBSTITUTION

Mark G. Tratos, Laraine M.I. Burrell and Peter H. Ajemian of GREENBERG TRAURIG, LLP hereby accept appointment as counsel for Plaintiff in the above-entitled matter.

DATED this 31st day of August, 2012.

GREENBERG TRAURIG, LLP

By: _____
MARK G. TRATOS, ESQ. (Bar No. 1086)
Laraine M. I. Burrell, Esq, (Bar No. 8771)
PETER H. AJEMIAN, ESQ., (Bar No. 9491)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

## CONSENT TO SUBSTITUTION

Marc J. Randazza and Ronald D. Green of RANDAZZA LEGAL GROUP, hereby consent to the substitution of Mark G. Tratos, Laraine M.I. Burrell and Peter Ajemian of GREENBERG TRAURIG, LLP in its place as counsel of record in the above-referenced matter.

DATED this 31st day of August, 2012.

RANDAZZA LEGAL GROUP

By: _____
Marc J. Randazza
Ronald D. Green
6525 W. Warm Springs Road, Suite 100
Las Vegas, Nevada 89118

Page 2 of 3

419,484,441 1 999976.000087

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2012, I served a true and correct copy of the foregoing SUBSTITUTION OF ATTORNEY upon all counsel of record via this Court's CM/ECF system.

*/s/ Cynthia B.*
An Employee of Greenberg Traurig, LLP

Page 3 of 3
419,484,441 1 999976.000087