1  MARK G. TRATOS, ESQ. (Bar No. 1086)
   TratosM@gtlaw.com
2  Laraine M. I. Burrell, Esq, (Bar No. 8771)
3  burrelll@gtlaw.com
   PETER H. AJEMIAN, ESQ., (Bar No. 9491)
4  AjemianP@gtlaw.com
   GREENBERG TRAURIG, LLP
5  3773 Howard Hughes Parkway
   Suite 400 North
6  Las Vegas, Nevada 89169
7  Telephone: (702) 792-3773
   Facsimile: (702) 792-9002
8  *Counsel for Plaintiff*

9            UNITED STATES DISTRICT COURT

10              DISTRICT OF NEVADA

11

12 Liberty Media Holdings, LLC, a California
   Corporation,
13                                            Case No.: 2:12-cv-01057-GMN-RJJ
                     Plaintiff,
14
   v.
15
   FF Magnet Limited d/b/a Oron.com; Maxim Bochenko    **SUBSTITUTION OF ATTORNEY**
16 a/k/a Roman Romanov; and John Does 1-500,

17                   Defendants.

18

19

20      Plaintiff Liberty Media Holdings, LLC, a California Corporation, hereby appoints Mark G.

21 Tratos, Laraine M.I. Burrell and Peter H. Ajemian of GREENBERG TRAURIG, LLP, as their

22 counsel of record in this matter in the place of RANDAZZA LEGAL GROUP.

23      DATED this _31_ day of August, 2012.

24

25                                  Liberty Media Holdings/LLC

26

27                                  By: Jason Gibson
                                    Its: Chief Executive Officer
28

                    Page 1 of 3

419,484,441 1 999976.000087

## ACCEPTANCE OF SUBSTITUTION

Mark G. Tratos, Laraine M.I. Burrell and Peter H. Ajemian of GREENBERG TRAURIG,

LLP hereby accept appointment as counsel for Plaintiff in the above-entitled matter.

DATED this 31st day of August, 2012.

GREENBERG TRAURIG, LLP

By: _____

MARK G. TRATOS, ESQ. (Bar No. 1086)
Laraine M. I. Burrell, Esq, (Bar No. 8771)
PETER H. AJEMIAN, ESQ., (Bar No. 9491)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

## CONSENT TO SUBSTITUTION

Marc J. Randazza and Ronald D. Green of RANDAZZA LEGAL GROUP, hereby consent

to the substitution of Mark G. Tratos, Laraine M.I. Burrell and Peter Ajemian of GREENBERG

TRAURIG, LLP in its place as counsel of record in the above-referenced matter.

DATED this 31st day of August, 2012.

RANDAZZA LEGAL GROUP

By: _____

Marc J. Randazza
Ronald D. Green
6525 W. Warm Springs Road, Suite 100
Las Vegas, Nevada 89118

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: SEPT. 4, 2012

Page 2 of 3

419,484,441 1 999976.000087

Greenberg Traurig, LLP
Suite 400 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)