1  DAVID S. KAHN (NEVADA BAR NO. 7038)
2  SHERI M. THOME (NEVADA BAR NO. 8627)
   WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
3  300 South Fourth Street, 11th Floor
   Las Vegas, NV 89101
4  Tel:   (702) 727-1400 / Fax: (702) 727-1401
   david.kahn@wilsonelser.com
5  sheri.thome@wilsonelser.com
6
7  STEVAN LIEBERMAN (WASHINGTON, DC BAR NO. 448218) (*pro hac vice*)
   GREENBERG & LIEBERMAN, LLC
8  2141 Wisconsin Avenue, NW, Suite C2
   Washington, DC 20007
9  Tel:   (202) 625-7000 / Fax: (202) 625-7001
10 stevan@aplegal.com

11 Attorneys for Defendant
   FF MAGNAT LIMITED, d/b/a Oron.com
12

13                **UNITED STATES DISTRICT COURT**
                        **DISTRICT OF NEVADA**
14

15
   Liberty Media Holdings, LLC, a California  )   Case No.: 2:12-cv-01057-GMN-RJJ
16 Corporation                                )
                                              )
17                                            )   **NOTICE OF APPEAL**
   Plaintiff,                                 )
18                                            )
                                              )
19 vs.                                        )
                                              )   Judge:    Hon. Gloria M. Navarro
20 FF Magnat Limited d/b/a Oron.com; Maxim    )
   Bochenko a/k/a Roman Romanov; and John     )
21 Does 1-500,                                )
                                              )
22                                            )
   Defendants.                                )
23 _____ )

24                              **NOTICE OF APPEAL**
25
         Notice is hereby given that FF Magnat Limited d/b/a Oron.com, Defendant in the above
26
   named case, hereby appeals to the United States Court of Appeals for the 9th Circuit from the Final
27
   Judgment and Orders as follows:
28

- Order Granting Motion for Ex Parte Temporary Restraining Order, ECF/Docket# 11, 6/21/12, as amended in ECF/Docket# 13, 6/22/12;
- Order Denying in Part Motion to Advance Preliminary Hearing and to Obtain Partial Relief from the Temporary Restraining Order, ECF/Docket# 19, 6/26/12;
- Order Denying in Part Emergency Motion for Disbursement of Additional Funds, ECF/Docket# 27, 6/29/12;
- Order Granting Motion to Enforce Settlement, ECF/Docket# 85, 8/7/12;
- Clerk's Judgment, ECF/Docket# 86, 8/7/12;
- Writ of Execution, ECF/Docket# 88, 8/8/12;
- Order Granting Motion for Order Directing PayPal, Inc. to Satisfy Judgment, ECF/Docket# 97, 8/21/12;
- Order Granting in Part Motion for Disbursement of Funds and Denying Motion to Stay Execution of Judgment, ECF/Docket# 102, 8/27/12;
- Order Granting Emergency Renewed Motion for Attorney Fees, ECF/Docket# 114, 9/4/12;
- Judgment on Attorney Fees, ECF/Docket# 115, 9/4/12; and
- All procedural rulings leading up to these orders as well as any and all other orders made final and appealable by the foregoing.

## REPRESENTATION STATEMENT

Pursuant to FRAP12 and Circuit Rule 3-2(b), the following are all parties to the action along with the names, addresses, and telephone numbers of their respective counsel:

- FF MAGNAT LIMITED, d/b/a Oron.com, Defendant/Appellant
    - Attorneys:
        - DAVID S. KAHN (NEVADA BAR NO. 7038)
          SHERI M. THOME (NEVADA BAR NO. 8627)
          WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
          300 South Fourth Street, 11th Floor

Las Vegas, NV 89101
Tel:    (702) 727-1400 / Fax: (702) 727-1401
david.kahn@wilsonelser.com
sheri.thome@wilsonelser.com

- STEVAN LIEBERMAN (WASHINGTON, DC BAR NO. 448218) (pro hac vice)
  GREENBERG & LIEBERMAN, LLC
  2141 Wisconsin Avenue, NW, Suite C2
  Washington, DC 20007
  Tel:    (202) 625-7000
  Fax:    (202) 625-7001
  stevan@aplegal.com

- Liberty Media Holdings, LLC, a California Corporation, Plaintiff/Respondent
  - Attorneys:
    - MARK G. TRATOS, Esq. (Bar No. 1086)
      Laraine M.I. Burrell, Esq. (Bar No. 8771)
      Peter H. Ajemian, Esq. (Bar No. 9491)
      GREENBERG TRAURIG, LLP
      3773 Howard Hughes Parkway
      Suite 400 North
      Las Vegas, NV 89169
      Tel: (702)792-3773
      Fax: (702)792-9002

- Maxim Bochenko a/k/a Roman Romanov, Defendant (terminated)
  - Attorneys:
    - Michael D Rounds
      Steven A. Caloiaro
      Watson Rounds, PC
      5371 Kietzke Lane
      Reno, NV 89511
      Email: mrounds@watsonrounds.com
      Anne E. Kearns
      Krieg Keller Sloan Reilley & Roman LLP
      555 Montgomery Street, 17th Floor
      San Francisco, CA 94111

Dated: September 5, 2012

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: _____

DAVID S. KAHN
Attorneys for Defendant
FF MAGNAT LIMITED, d/b/a Oron.com

3
NOTICE OF APPEAL

424201.5