MITCHELL J. LANGBERG (Nevada Bar No. 10118)
mlangberg@bhfs.com
LAURA E. BIELINSKI (Nevada Bar No. 10516)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiff
Liberty Media Holdings, LLC

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV
(702) 382-2101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; MAXIUM BOCHENKO a/k/a ROMAN ROMANOV; and JOHN DOES 1-500<br><br>Defendants. | Case No: 2:12-cv-01057-GMN-RJJ<br><br>**SUBSTITUTION OF COUNSEL** |

Plaintiff Liberty Media Holdings, LLC, a California Corporation, hereby substitutes:

MITCHELL J. LANGBERG, ESQ.
mlangberg@bhfs.com
Nevada Bar No. 10118
LAURA E. BIELINSKI, ESQ.
lbielinski@bhfs.com
Nevada Bar No. 10516
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV
(702) 382-2101

As attorneys of record in place and stead of:

MARK G. TRATOS, ESQ.
tratosm@gtlaw.com
Nevada Bar No. 1086
LARAINE M.I. BURRELL, ESQ.
lburrell@gtlaw.com
Nevada Bar No. 8771
PETER H. AJEMIAN, ESQ.
Nevada Bar No. 9491
ajemianp@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy.
Suite 400 North
Las Vegas, NV 8919
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Dated this 30 September, 2012.

LIBERTY MEDIA HOLDINGS, LLC

By: [signature]

Its VP

The law firm of Greenberg Traurig, LLP hereby consents to the substitution of the law firm of Brownstein Hyatt Farber Schreck, LLP as attorney of record for Plaintiff Liberty Media Holdings, LLC in its place and stead.

DATED this 30 day of September, 2012.

GREENBERG TRAURIG, LLP

By: [signature]

MARK G. TRATOS, ESQ.
tratosm@gtlaw.com
LARAINE M.I. BURRELL, ESQ.
lburrell@gtlaw.com
PETER H. AJEMIAN, ESQ.
ajemianp@gtlaw.com
3773 Howard Hughes Pkwy.
Suite 400 North
Las Vegas, NV 89106-4614

The law firm of Brownstein Hyatt Farber Schreck, LLP hereby consents to its substitution of record for Plaintiff Liberty Media Holdings, LLC in the place and stead of Greenberg Traurig, LLP.

DATED this 3rd day of October, 2012.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: Laura B

MITCHELL J. LANGBERG (Nevada Bar No. 10118)
mlangberg@bhfs.com
LAURA E. BIELINSKI (Nevada Bar No. 10516)
lbielinski@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV
(702) 382-2101

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of October, 2012, I served a true and correct copy of the foregoing SUBSTITUTION OF COUNSEL via electronic mail to the following:

David K. Kahn, Esq.
Sheri M. Thome, Esq.
John Scott Burris, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
david.kahn@wilsonelser.com
sheri.thome@wilsonelser.com
*Attorneys for FF Mangat Limited d/b/a Oron.com*

Stevan Lieberman, Esq.
GREENBERG & LIEBERMAN, LLC
2141 Wisconsin Ave., NW, Suite C2
Washington, DC 20007
stevan@aplegal.com
*Attorneys for FF Mangat Limited d/b/a Oron.com*

Kenneth K. Keller, Esq.
Anne E. Kearns, Esq.
Michael D. Lisi, Esq.
Stan G. Roman, Esq.
KRIEG KELLER SLOAN REILLEY & ROMAN LLP
555 Montgomery Street, 17th Floor
San Francisco, CA 94111
kkeller@kksrr.com
akearns@kksrr.com
mlisi@kksrr.com
sroman@kksrr.com
*Attorneys for FF Mangat Limited d/b/a Oron.com*

Michael D. Rounds, Esq.
Steven A. Caloiaro, Esq.
WATSON ROUNDS, PC
5371 Kietzke Lane
Reno, NV 89511
mrounds@watsonrounds.com
scaloiaro@watsonrounds.com
*Attorneys for Maxim Bochenko a/k/a Roman Romanov*

an employee of Brownstein Hyatt Farber Schreck, LLP