

THE RESOLUTION EXPERTS

# Demand for Arbitration Before JAMS

TO RESPONDENT: Liberty Media Holdings, LLC
(Name of the Party on whom Demand for Arbitration is made)

(Address) 302 Washington St #321

| (City) San Diego | (State) CA | (Zip) 92103 |
| --- | --- | --- |
| (Telephone) | (Fax) | (E-Mail) |

Representative/Attorney (if known): Laura Bielinski – Brownstein Hyatt Farber Schreck
(Name of the Representative/Attorney of the Party on whom Demand for Arbitration is made)

(Address) 100 City Parkway

| (City) Las Vegas | (State) NV | (Zip) 89106 |
| --- | --- | --- |
| (Telephone) 702-464-7019 | (Fax) 702-382-8135 | (E-Mail) lbielinski@bhfs.com |

FROM CLAIMANT (Name): FF Magnat Limited

(Address) Flat/RM 1502 15/F, Jubilee Centre, 46 Gloucester Road

| (City) Wan Chai | (State) Hong Kong | (Zip) |
| --- | --- | --- |
| (Telephone) | (Fax) | (E-Mail) |

Representative/Attorney of Claimant (if known): Valentin Gurvits – Boston Law Group, PC
(Name of the Representative/Attorney for the Party Demanding Arbitration)

(Address) 825 Beacon Street, Suite 20

| (City) Newton Center | (State) MA | (Zip) 02459 |
| --- | --- | --- |
| (Telephone) 617-928-1804 | (Fax) 617-928-1802 | (E-Mail) vgurvits@bostonlawgroup.com |

## NATURE OF DISPUTE

Claimant hereby demands that you submit the following dispute to final and binding arbitration (a more detailed statement of the claim(s) may be attached):

**Breach of the court-enforced settlement agreement in Liberty Media Holdings LLC v. FF Magnat Limited et al, Case No. 2:12-cv-01057-GMN-RJJ (D. Nev.)**

## ARBITRATION AGREEMENT

This demand is made pursuant to the arbitration agreement which the parties made as follows (cite location of arbitration provision & attach two (2) copies of entire agreement).

**Paragraphs 9 and 17 of the settlement agreement.**



THE RESOLUTION EXPERTS

# Demand for Arbitration Before JAMS

## CLAIM & RELIEF SOUGHT BY CLAIMANT

Claimant asserts the following claim and seeks the following relief (include amount in controversy, if applicable):

As detailed in the Notice of Claims and Remedies, Claimant asserts a claim for breach of contract and seeks relief in the amount of $20,981,797.50 plus additional costs and expenses to be determined.

## RESPONSE

Respondent may file a response and counter-claim to the above-stated claim according to the applicable arbitration rules. Send the original response and counter-claim to the claimant at the address stated above with two (2) copies to JAMS.

## REQUEST FOR HEARING

JAMS is requested to set this matter for hearing at:

Pursuant to Paragraph 17 of the settlement agreement, arbitration should be conducted telephonically only. However, to the extent that a "location" for the hearing is required, Complainant requests Boston, Massachusetts.

## ELECTION FOR EXPEDITED PROCEDURES (COMPREHENSIVE RULE 16.1)

By checking this box ☐ Claimant requests that the Expedited Procedures described in JAMS Comprehensive Rules 16.1 and 16.2 be applied in this matter. Respondent shall indicate not later than 7 days from the date this Demand is served whether it agrees to the Expedited Procedure.

Signed (Claimant): _____   Date: 11-16-12
(may be signed by an attorney)

Print Name:   Valentin Gurvits, Esq.

**Please include a check payable to JAMS for the required initial, non-refundable $400 per party deposit to be applied toward your Case Management Fee and submit to your local JAMS Resolution Center.**