**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC, a California Corporation,<br><br>Plaintiff<br><br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM; MAXIM BOCHENKO a/k/a ROMAN ROMANOV; and JOHN DOES 1 – 500,<br><br>Defendants. | Case No. 2:12-cv-01057<br><br>**[PROPOSED] ORDER** |

This action arises from alleged copyright infringement of Liberty Media Holding, LLC's ("Liberty Media") works on websites owned and/or operated by FF Magnat Limited ("Oron"). The Plaintiff moved this court to enforce a settlement agreement between the parties (ECF No. 33). On the request of Liberty Media, this Court issued an Order enforcing that settlement agreement (ECF No. 85). The settlement agreement called for the arbitration of all future disputes between the parties.

Following this Court's order enforcing the Settlement Agreement, Oron alleged that Liberty Media breached the settlement agreement and filed a demand for arbitration before JAMS.

Liberty Media refused to submit to arbitration. Instead, Liberty Media filed a motion to stay this Court's order enforcing the settlement agreement (ECF No. 121). Oron opposed the motion to stay on the basis that Liberty Media's motion was moot and cross-moved for an order that Liberty Media submit to arbitration of the dispute.

1   **IT IS HEREBY ORDERED** that Plaintiff's Motion to Stay Enforcement of Order
2   Granting Plaintiff's Motion to Enforce Settlement Agreement (ECF No. 121) is **DENIED**.
3   **IT IS FURTHER ORDERED** that FF Magnat Limited's Cross-Motion to Enforce
4   Settlement Agreement is **GRANTED**. It is **ORDERED** that Plaintiff Liberty Media Holdings,
5   LLC submit to arbitration with JAMS, pursuant to Oron's Demand for Arbitration, Reference
6   No. 1400014182.
7   **IT IS SO ORDERED.**
8   **DATED** this ____ day of January, 2013.

_____
United States District Judge