# EXHIBIT B

# BOSTON LAW GROUP, PC
ATTORNEYS AT LAW

Main (617) 928-1800     825 BEACON STREET, SUITE 20     Fax (617) 928-1802
                        NEWTON CENTRE, MASSACHUSETTS 02459

**VIA E-MAIL AND FACSIMILE – 305- 437-7662 – 6 PAGES**

June 15, 2013

Ronald Green, Esq. (rdg@randazza.com)
Marc Randazza, Esq. (mjr@randazza.com)
Randazza Legal Group
6525 W. Warm Springs Road
Suite Number 100
Las Vegas, NV 89118

      **RE:   Immediate release of Liberty Media v. FF Magnat (Case No.: 2:12-cv-01057) $550,000 escrowed settlement funds**

Dear Attorneys Randazza and Green,

With reference to the $550,000 presently held in escrow in your firm's client trust account, which funds were transmitted to you pursuant to a Court order in the above-referenced action (the "Funds"), please be advised that Liberty Media Holdings, LLC and FF Magnat Limited have settled their dispute and the above-referenced action. The settlement agreement calls for the Funds to be immediately delivered to Liberty Media's attorneys, Brownstein Hyatt Farber and Schreck. Enclosed please find a copy of a California Court Order directing you to immediately release the Funds to the Boston Law Group. Pursuant to this Court Order and by his signature, below, Val Gurvits and the Boston Law Group instruct you to immediately (no later than end of business on Monday, June 17th) wire the Funds to Brownstein Hyatt Farber and Schreck. Wiring instructions are as follows:

      Key Bank of Colorado
      3300 East First Avenue
      Denver, CO 80206
      ABA # 307070267

      SWIFT code: KEYBUS33

      For Credit To:    Brownstein Hyatt Farber and Schreck, LLP
                            COLTAF Trust Account

      Account # 82123967
      Federal ID # 26-1367865
      BHFS Client.Matter # 016194.0001
      Attorney Name:    Laura Bielinksi
      Contact:            Sue Seabeck or Grace Wadkins, 303-223-1100

2

Please note that the parties will consider any failure to immediately release the funds being held by you as a breach of the California Court's Order, a violation of your duties as the escrow agent, and a violation of your ethical duties as an attorney, licensed in the states of California and Nevada.

I thank you for your immediate attention to this matter.

Very truly yours,

Val Gurvits, Esq.
Boston Law Group, PC
on behalf of Boston Law Group and
FF Magnat Limited

D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff DataTech Enterprises, LLC,

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DATATECH ENTERPRISES, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br>vs.<br><br>FF MAGNAT LIMITED d/b/a ORON.COM, STANISLAV DAVIDOGLOV, and JOHN DOE a/k/a ROMAN ROMANOV (an alias); and<br><br>Defendants. | Case No.: 2-12-4500 CRB<br><br>ORDER GRANTING RE PARTIAL RELIEF FROM PRELIMINARY INJUNCTION PURSUANT TO STIPULATION OF THE PARTIES<br><br>DOCUMENT SUBMITTED UNDER SEAL |

This Court previously issued a Order re Preliminary Injunction enjoining Defendants from dissipating assets and ordering various third parties to freeze assets held on behalf of Defendants. Dkt. No. 35

The Parties have stipulated to an Order Granting Partial Relief from the Preliminary Injunction in order to fulfill requirements of settlement arrangements.

The Parties have requested that the Court issue this Order under seal for a limited time in order for the Parties to confidentially complete settlement arrangements.

Having found good cause to support the Parties stipulation, the Court **ORDERS** as follows:

D. Gill Sperlein's Declaration in Support of Stipulation to File Documents under Seal, the Party's Stipulation to Partial Relief from the Preliminary Injunction, the Parties [Proposed] Order Granting Partial Relief from the Preliminary Injunction, and this Order shall remain under seal for a period of twenty-one days from the date the Court enters this Order. At such time the seal shall be lifted.

PayPal shall release funds in the amount of            from the account of FF Magnat Limited to Plaintiff's Counsel, the Law Office of D. Gill Sperlein, to be held in trust pursuant to settlement arrangements between the Parties.

PayPal shall release any funds remaining in the account of FF Magnat Limited after releasing the funds identified in the immediately preceding paragraph to Defendants' attorneys, the Boston Law Group, pursuant to settlement arrangements between the Parties.

AltertPay, now doing business as Payza, shall release all funds held in the account of FF Magnat Limited to Defendants' attorneys, the Boston Law Group, pursuant to settlement arrangements between the Parties.

The Court dissolves its prior Order Extending Relief Granted in the Preliminary Injunction (Dkt. No. 96) thereby unfreezing any funds otherwise entitled to be distributed to FF Magnat Limited or its counsel which are currently held by Liberty Media Holdings, LLC,

-2-
[PROPOSED] ORDER GRANTING PARTIAL RELIEF FROM PRELIMINARY INJUNCTION
C-12-4500 (CRB)

Case3:12-cv-04500-CRB   Document104 *SEALED*   Filed05/20/13   Page3 of 3

1  or held in trust by Liberty's former counsel Marc Randazza. Those funds are to be released to
2  Defendants' attorneys, the Boston Law Group, pursuant to settlement arrangements between
3  the Parties.

4  The Preliminary Injunction Order issued by this Court on September 14, 2012 at Dkt.
No. 35, otherwise remains in effect. Specifically, FF Magnat funds held by CCBill, LLC which the Court previously ordered frozen, shall remain frozen until further order from the Court.

Any party receiving a copy of this Order for the purposes of effectuating the Order, shall hold the contents of the Order in confidence and shall not reveal the contents of the Order to others except (a) as required by law or under compulsion of legal process, (b) to their respective attorneys, accountants, and financial consultants, or (c) after written consent from the counsel of FF Magnat and DataTech Enterprises, LLC.

The Court of Appeals shall be promptly notified of the status of this action.

**IT IS SO ORDERED**

DATED: May 20, 2013



_____
**CHARLES R. BREYER**
**U.S. DISTRICT JUDGE**

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DATATECH ENTERPRISES ,LLC,

       Plaintiff,

v.

FF MAGNAT LIMITED et al,

       Defendant.

Case Number: CV12-04500 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 20, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

D. Gill Sperlein  
The Law Office of D. Gill Sperlein  
345 Grove Street  
San Francisco, CA 94102

Evan Fray-Witzer  
Ciampa Fray-Witzer, LLP  
20 Park Plaza  
Suite 505  
Boston, MA 02116

Valentin David Gurvits  
Boston Law Group, P.C.  
825 Beacon Street  
Suite 20  
Newton, MA 02459

Dated: May 20, 2013

Richard W. Wieking, Clerk  
By: Barbara Espinoza, Deputy Clerk