# EXHIBIT C



Littler Mendelson, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937

September 6, 2012

Wendy Medura Krincek
702.862.7726 direct
702.862.8800 main
702.993.0569 fax
wkrincek@littler.com

**VIA E-MAIL** ~~(redacted)~~



Re:   *Your Correspondence dated September 5, 2012*

Dear Mr. Randazza:



littler.com

Clyde DeWitt
Allan S. Rubin
September 6, 2012
Page 6

-  [redacted]

If we are unable to resolve this matter, the Company intends to fully pursue an investigation into the above-referenced topics, as well as, others.[4]  Additionally, the Company reserves the right to report misconduct to all State Bars and/or Courts as it deems appropriate.



Sincerely,

Wendy Medura Krincek
WMK/ejm

---

[4]