UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Liberty Media Holdings, LLC, | District No.  2:12-cv-01057-GMN-RJJ |
| Plaintiff-Appellee, | |
| vs. | U.S.C.A. No.  12-16976 |
| FF Magnat Limited, DBA Oron.com, | |
| Defendant-Appellant. | |

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on Jun 25, 2013 issued its mandate that the appeal(s) is/are DISMISSED. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this 3rd day of July, 2013.

_____
Gloria M. Navarro
United States District Judge