# EXHIBIT C

# Brownstein Hyatt Farber Schreck

July 10, 2013

Laura Bielinski
Attorney at Law
702.464.7019 tel
702.382.8135 fax
lbielinksi@bhfs.com

**VIA ELECTRONIC MAIL: RDG@RANDAZZA.COM**

Ronald G. Green, Esq.
RANDAZZA LEGAL GROUP
6525 W. Warm Springs Road, Suite 100
Las Vegas, NV 89118

RE:  Liberty Media Holding, LLC v. FF Magnat Limited d/b/a oron.com, et al.
     Case No. 2:12-cv-01057-GMN-NJK
     Client-Matter No. 016194.0001

Dear Ron:

We are in receipt of your letter dated July 8, 2013. This letter reiterates Liberty Media Holdings, LLC's ("Liberty") request that Randazza Legal Group ("RLG") comply with the settlement agreement previously enforced by Judge Navarro and the Nevada Rules of Professional Conduct by immediately releasing to Liberty the $550,000.00 held by RLG in trust for Liberty.

Sincerely,

*Laura B* (signature)

Laura Bielinski

cc:  Val Gurvits, Esq. via electronic mail (vgurvits@bostonlawgroup.com)
     Evan Fray-Witzer, Esq., via electronic mail (evan@cfwlegal.com)

016194\0001\10563978.1

100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
main 702.382.2101

bhfs.com

Brownstein Hyatt Farber Schreck, LLP