Marc J. Randazza, NV Bar # 12265
Ronald D. Green, NV Bar # 7360
J. Malcolm DeVoy, NV Bar #11950
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
ecf@randazza.com

Attorneys for Third Party Objectors,
Randazza Legal Group and Marc J. Randazza

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Liberty Media Holdings, LLC, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FF Magnat Limited d/b/a Oron.com; Maxim Bochenko a/k/a Roman Romanov; and John Does 1-500,<br><br>Defendants. | Case No.: 2:12-cv-01057<br><br>**NOTICE OF ERRATA** |

    Third parties Randazza Legal Group ("RLG") and Marc J. Randazza ("Mr. Randazza") file this notice to correct the signature and service dates on its reply brief filed on July 25, 2013 (ECF 153). This document incorrectly stated that the document was signed and served on July 23, 2013. However, as reflected by the ECF information for that document, the objectors' reply brief was signed, filed, and served via cm/ecf on July 25, 2013.

//

//

//

Dated: July 25, 2013

Respectfully Submitted,

*s/Marc J. Randazza*

Marc J. Randazza, Esq., NV Bar # 12265
Ronald D. Green, NV Bar # 7360
J. Malcolm DeVoy, NV Bar #11950
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
rlgall@randazza.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed and served on all parties using this Court's CM/ECF system on July 25, 2013.

Dated: July 25, 2013

                                          Respectfully Submitted,

                                          *s/Marc J. Randazza*

Marc J. Randazza, Esq., NV Bar # 12265
Ronald D. Green, NV Bar # 7360
J. Malcolm DeVoy, NV Bar #11950
Randazza Legal Group
6525 W. Warm Springs Rd., Ste. 100
Las Vegas, NV 89118
888-667-1113
305-437-7662 (fax)
ecf@randazza.com