UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS LLC, | 2:12-cv-1057 GMN-NJK |
| Plaintiff, | |
| vs. | MINUTES OF THE COURT |
| FF MAGNAT LIMITED et al, | DATED April 11, 2016 |
| Defendants. | |

PRESENT
THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>EILEEN WOOD</u>          RECORDER:     <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF (S) :  <u>          NONE APPEARING          </u>

COUNSEL FOR DEFENDANT (S) :  <u>          NONE APPEARING          </u>

MINUTE ORDER IN CHAMBERS:

Judgment (#86) was entered in this case on August 7, 2012. Good cause appearing,

IT IS ORDERED that the Cash Bond, (#12) posted in the amount of $100.00, receipt #NVLAS012171, filed June 22, 2012 on behalf of Liberty Media Holdings LLC, is hereby exonerated and the Clerk of Court is hereby directed to release said funds to the rightful owner.

APPROVED: _____
CHIEF UNITED STATES DISTRICT JUDGE

DATED:     April 11, 2016